**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____  Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Rapid Metals, LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-0957672** |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7031 Orchard Lake Road**<br>**Suite 203**<br>**West Bloomfield, MI 48322**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Oakland**<br>County | **Location of principal assets, if different from principal place of business**<br>**See Attached Schedule of Location of Debtor's Asset.**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | **www.rapidmetals.com** |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When | _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

      Contact name _____

      Phone _____

---

### ■ Statistical and administrative information

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Note: The box for "$10,000,001 - $50 million" is filled (checked).

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **July 12, 2023**
                        MM / DD / YYYY

**X** /s/ Daniel Butler                                                    **Daniel Butler**
Signature of authorized representative of debtor          Printed name

Title       **President**

**18. Signature of attorney**

**X** /s/ Charles D. Bullock                                    Date    **July 12, 2023**
Signature of attorney for debtor                                            MM / DD / YYYY

**Charles D. Bullock P55550**
Printed name

**Stevenson & Bullock, P.L.C.**
Firm name

**26100 American Drive**
**Suite 500**
**Southfield, MI 48034**
Number, Street, City, State & ZIP Code

Contact phone    **(248)354-7906 Ext. 2224**        Email address    **cbullock@sbplclaw.com**

**P55550 MI**
Bar number and State

## <u>RESOLUTION OF RAPID METALS, LLC</u>

**RAPID METALS, LLC,** a Michigan limited liability company (the "<u>Company</u>"), hereby certifies that the following is a true and correct copy of resolutions duly adopted at a meeting of the member of the Company on July 10, 2023 in accordance with the requirements of applicable Michigan law and the said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof.

RESOLVED, that in the judgment of the member, it is desirable and in the best interest of the Company that the Company commence a Chapter 11 bankruptcy case by filing voluntary petition under the provisions of Chapter 11 of Title 11, United States Code (the "<u>Bankruptcy Code</u>"); and

RESOLVED, that Daniel Butler is hereby authorized and empowered on behalf of, and in the name of the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Michigan at such time as such authorized officer executing the same shall determine ("<u>Bankruptcy Case</u>"); and

RESOLVED that Daniel Butler is hereby authorized and empowered on behalf of, and in the name of the Company to retain and employ other employees, attorneys, investment professionals, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper and desirable; and

RESOLVED, that Daniel Butler be and hereby is, authorized and empowered to act as the responsible person for the Company during the Bankruptcy Case (both in and out of Court) and to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, petitions, applications, motions, plans, disclosure statements, affidavits, applications for approvals or rulings of courts, governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of such officer shall be necessary, proper and desirable to prosecute to a successful completion the Company's Chapter 11 case, and to carry out and put into effect the purposes of the foregoing resolutions consistent with the United States Bankruptcy Code, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and

RESOLVED, that Charles D. Bullock and the law firm of Stevenson & Bullock, PLC be and it hereby are, employed as attorneys for the Company for the Bankruptcy Case; and

RESOLVED, that any and all past actions heretofore taken by any directors and officers of the Company in the name of and on behalf of the Company in the furtherance of any or all of the preceding resolutions be, and the same hereby are ratified, approved, and adopted.

IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of July, 2023.

APPROVED:

**RAPID METALS, LLC**

By: _____

Daniel Butler

Its: Sole and Managing Member

| Vendor Name | Address | City/State | Zip Code |
|---|---|---|---|
| DETROIT WELDED TUBE | 3900 BEAUFAIT ST. | DETROIT, MI | 48207 |
| ALLIANCE STEEL | 2700 E. 5TH AVENUE | GARY, IN | 46402 |
| ALPINE STEEL PROCESSING | 9301 CENTRAL | DETROIT, MI | 48204 |
| AMERICAN COIL PROCESSING LLC | 17001 SARANAC ROAD | CLEVELAND, OH | 44110 |
| ANDES COIL PROCESSORS | 201 MISSISSIPPI ST | GARY, IN | 46402 |
| ANDES COIL PROCESSOR | 202 S RAILROAD STREET | LEWISVILLE, TX | 75057 |
| ANDES COIL PROCESSING | 1401 W. Commerce Street | DALLAS TX | 75208 |
| CERTIFIED STEEL CO | 199 WHITEHEAD ROAD | TRENTON, NJ | 08619 |
| CHAPPELL STEEL | 3545 SCOTTEN AVE | DETROIT, MI | 48210 |
| CHICAGO STEEL HOLDINGS LLC | 700 CHASE ST. SUITE 100 | GARY, IN | 46404 |
| COIL STEEL PROCESSING, LLC. | 1604 PROSPERITY RD. | TOLEDO, OH | 43612 |
| INDIANA PICKLING & PROCESSING | 6650 NAUTICAL DRIVE | PORTAGE, IN | 46368 |
| FERALLOY - DECATUR | 1435 RED HAT ROAD | DECATUR, AL | 35601 |
| FERALLOY HUGER SC | 1020 N STEEL CIRCLE | HUGER, SC | 29450 |
| FERALLOY - GHENT | 155 MONTGOMERY ROAD | GHENT, KY | 41045 |
| FERALLOY CORP. MIDWEST | 6755 WATERWAY DR | PORTAGE, IN | 46368 |
| FERROUS METAL PROCESSING, INC. | 11103 MEMPHIS AVE. | BROOKLYN, OH | 44144 |
| ACERO PRIME FERALLOY SINTON PR | 8534 HIGHWAY 89 | SINTON, TX | 78387 |
| FERROUS SOUTH | 38 COUNTY RD 370 | IUKA, MS | 38852 |
| FULTON COUNTY PROCESSING | 7800 STATE ROUTE 109 | DELTA, OH | 43515 |
| GREENPOINT METALS | 301 SHOTWELL DR | FRANKLIN, OH | 45005 |
| HARVARD COIL PROCESSING, INC. | 5400 HARVARD AVE. | CLEVELAND, OH | 44105 |
| HASCALL STEEL - STRONG PLANT | 6349 STRONG STREET | DETROIT, MI | 48211 |
| HASCALL STEEL CHICAGO | 14100 S. HALSTED STREET | CHICAGO, IL | 60827 |
| HASCALL STEEL - GRANDVILLE PLAN | 4165 SPARTAN INDUSTRIAL DRIVE | GRANDVILLE, MI | 48211 |
| National Processing Plant #3 | 4502 West Cline Ave | East Chicago, IN | 46312 |
| HASCALL STEEL NASHVILLE | 407 DRIFTWOOD ST | NASHVILLE, TN | 37210 |
| HEIDTMAN - CHICAGO | 4407 RAILROAD AVE | EAST CHICAGO, IN | 46312 |
| HEIDTMAN STEEL PRODUCTS, INC. | 640 LAVOY RD | ERIE, MI | 48133 |
| HEIDTMAN STEEL-BUTLER | 4400 COUNTY RD. | BUTLER, IN | 46721 |
| KENWAL PICKLING | 8223 W WARREN AVE | DEARBORN, MI | 48126 |
| KLOECKNER METALS CORP - HUGER | 1090 NORTH STEEL CIRCLE | HUGER, SC | 29450 |
| LIBERTY STEEL PROCESSING CORP. | 11070 HARPER AVENUE | DETROIT, MI | 48213 |
| L & M PROCESSING, LLC | 7775 ADDISON RD | MASURY, OH | 44438 |
| MAINLINE METALS | 21 BALA AVE. | BALA CYNWYD, PA | 19004 |
| MAKSTEEL PROCESSING LLC | 4343 WYOMING AVE | DEARBORN, MI | 48126 |
| MAKSTEEL HOLDING ULC | 7615 TORBRAM RD | MISSISSAUGA, ON | L4T 4A8 |
| MD METALS | 6499 W 66TH PL | BEDFORD PARK, IL | 60638 |
| METAL PROCESSORS, INC | 200 S. FALKENBURG RD. | TAMPA, FL | 33619 |
| METAL PROCESSING | 201 MISSISSIPPI ST. | GARY, IN | 46402 |
| MIDWEST MATERIAL INC. | 3687 SHEPARD ROAD | PERRY, OH | 44081 |
| MISSISSIPPI STEEL PROCESSING | 400 N. STEEL ROAD | COLUMBUS, MS | 39701 |
| NATIONAL PROCESSING-PLANT 1 | 429 W. 127TH ST. | CHICAGO, IL | 60628 |
| NATIONAL PROCESSING PLANT 3 | 4502 W.CLINE AVE | EAST CHICAGO, IN | 46312 |
| NEW PROCESS STEEL-2 | 280 INDUSTRIAL PARK ROAD | COLUMBUS, MS | 39701 |
| OHIO PICKLING & PROCESSING | 1149 CAMPBELL STREET | TOLEDO, OH | 43607 |
| OHIO SLITTING AND STORAGE | 7000 N. MAIN | CAMDEN, OH | 45311 |
| OHIO KENTUCKY STEEL | 2001 COMMERCE CENTER DRIVE | FRANKLIN, OH | 45005 |
| OPS SALES COMP | 620 33RD PLACE NORTH | BIRMINGHAM, AL | 35222 |
| PACO STEEL | 4949 N.COUNTY ROAD 967 | HICKMAN, AR | 72310 |
| PARAGON STEEL ENTERPRISES, LLC | 4211 COUNTY RD. 61 | BUTLER, IN | 46721 |
| PATRIOT STEEL PROCESSING | 3545 SCOTTEN AVE | DETROIT, MI | 48210 |
| PERFORMANCE MASTER COIL PROC. | 3752 E. 350 S. | CRAWFORDSVILLE, IN | 47933 |
| PRECISION STRIP | 7401 PONDEROSA RD. | PERRYSBURG, OH | 43551 |
| PRECISION SLITTING SVC | 28975 SMITH RD | ROMULUS, MI | 48174 |
| PRECISION STRIP-TIPP CITY | 315 PARK AVE | TIPP CITY, OH | 45371 |
| PRECISION STRIP INC. | 4400 OXFORD STATE RD. | MIDDLETOWN, OH | 45044 |
| STEEL WAREHOUSE OF MEMPHIS | 4740 HUNGERFORD RD. | MEMPHIS, TN | 38118-7001 |
| STEEL WAREHOUSE OF CHATTANOOGA | 600 river terminal rd | Chattanooga TN | 37406 |
| TARGET STEEL GIBRALTAR | 19800 MIDDLE GIBRALTAR ROAD | GIBRALTAR, MI | 48173 |
| TARGET STEEL INC. | 24601 VREELAND | FLAT ROCK, MI | 48134 |

| | | | |
|---|---|---|---|
| TAYLOR COIL PROCESSING | 2260 INDUSTRIAL DRIVE | LORDSTOWN, OH | 44481 |
| TORCH STEEL | 8103 LYNCH RD. | DETROIT, MI | 48234 |
| UNITED STEEL SERVICE | 4500 PARKWAY | BROOKFIELD, OH | 44403 |
| VOSS CLARK | 701 LOOP RD. | JEFFERSONVILLE, IN | 47130 |
| VOSS-TAYLOR | 7925 BEECH DALY RD. | TAYLOR, MI | 48180 |
| WAYNE INDUSTRIES | 36253 MICHIGAN AVE. | WAYNE, MI | 48184 |
| WORTHINGTON PORTER | 100 WORTHINGTON DR | PORTER, IN | 46304 |
| Thormax Enterprises | 2250 15th St. | Columbus, IN | 47201 |

Fill in this information to identify the case:

Debtor name    **Rapid Metals, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 12, 2023**          X **/s/ Daniel Butler**
                                          Signature of individual signing on behalf of debtor

                                          **Daniel Butler**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

# United States Bankruptcy Court
## Eastern District of Michigan

In re   **Rapid Metals, LLC**

                    Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Daniel Butler**<br>**1960 Golf Ridge Dr.**<br>**Bloomfield Hills, MI 48302** | **Equity** | **100%** | **Shares** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 12, 2023**

Signature  **/s/ Daniel Butler**

                              **Daniel Butler**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Eastern District of Michigan**

In re   **Rapid Metals, LLC** _____   Case No. _____
                                                 Debtor(s)       Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 12, 2023** _____       **/s/ Daniel Butler** _____
                                                     **Daniel Butler**/**President**
                                                     Signer/Title

Ace Doran Hauling
PO Box 896805
Charlotte, NC 28289


Acero Prime Feralloy
8534 TX-89
Suite 5 and 6
Sinton, TX 78387


Acero Prime Feralloy Sinton PR
8534 Highway 89
Sinton, TX 78387


Advanaced Steel Co.
100 E Big Beaver Rd
Troy, MI 48083


Advanced Steel Canada, Inc.
8-180 Shearson Cres.
Cambridge, On N1T 1P4


Algoma Steel
105 West Street
Sault Ste Marie, Ontario, P6A 7B4


Allegheny Steel Distributors
PO Box 645363
Pittsburgh, PA 15264


Alliance Critical Capacity
PO Box 826896
Philadelphia, PA 19182


Alliance Steel
24342 Network Place
Chicago, IL 60673


Alliance Steel
2700 E. 5th Avenue
Gary, IN 46402


Alpine Steel Processing, LLC
12910 Inkster Road
Redford, MI 48239

Altus Receivables Management
PO Box 1389
Kenner, LA 70063


American Coil Processing LLC
PO Box 343
Geneva, OH 44041


American Coil Processing LLC
17001 Saranac Road
Cleveland, OH 44110


Andes Coil Processing
201 Mississippi Street
Gary, IN 46402


Andes Coil Processing
202 South Railroad Street
Lewisville, TX 75057


Andes Coil Processing
1401 W. Commerce Street
Dallas, TX 75208


ARC Media Inc/ Metal Center
PO Box 3127
Oak Brook, IL 60523


Arrow Office Supply Co.
17005 Grand River Ave.
Detroit, MI 48227


ATS Logistics Services, Inc
LBX 7130
Minneapolis, MN 55485


Axle Logistics, LLC
PO Box 631490
Cincinnati, OH 45263


Bailey Metal Processing LTD.
1211 Heritage Rd
Burlington, ON L7L4Y1

Bank of America
c/o Doron Yitzchaki and
Adam D. Grant
500 Woodward Ave., Suite 4000
Detroit, MI 48226


Bank of America, N.A
2600 W. Big Beaver Road
Troy, MI 48084


Bank of America, N.A.
c/o Steve M. Siravo
One Bryant Park
New York, NY 10036


BBL Transportation, LLC
PO Box 3192
Cuyahoga Falls, OH 44223


BCC Steel Inc.
PO Box 585
Ephraim, WI 54211


Bedrock Logistics
PO Box 679242
Dallas, TX 75267


Beemac Trucking LLC
PO Box 6315
Hermitage, PA 16148


Blue Dolphin Logistics Corporation
1610 Chestnut St
Portsmouth, VA 23704


Blue Fin Steel Corp
372 Bay Street
Toronto, Ontario, M5H 2W9


C&G Transporation
1110 Wayne Rd
Wayne, OH 43466

Certified Steel Co.
199 Whitehead Road
Trenton, NJ 08619


Chappell Steel
3545 Scotten Ave
Detroit, MI 48210


Chase Freight Systems
7622 St. RT 109
Delta, OH 43515


Chicago Steel Holdings, LLC
700 Chase Street
#100
Gary, IN 46404


Cleveland-Cliff Steel Corp
PO Box 735146
Chicago, IL 60673


Cleveland-Cliffs Inc.
25465 Network Place
Chicago, IL 60673


Coil Steel Processing, LLC
1604 Prosperity Rd
Toledo, OH 43612


Concord Steel Trading Inc.
147 Ashbridge Circle
Woodbridge, IN L4L 3R5


Cowan Logistics, LLC
4555 Hollins Ferry Rd
Halethorpe, MD 21227


Coyote Logistics, LLC
PO Box 742636
Atlanta, GA 30374


Crawford Transportation/Logistics
P.O. Box 178
Lamont, IA 50650

Crown Center
6775 Daly Road
Suite 101
West Bloomfield, MI 48322


Davis Gate & Wire
PO Box 100
Dunnville, KY 42528


Delaware Steel Company
311 Lindenwold Ave
Ambler, PA 19002


Detroit Welded Tube
3900 Beaufait St.
Detroit, MI 48207


Feralloy Corp
PO Box 100204
Atlanta, GA 30384


Feralloy Corp
PO Box 745742
Atlanta, GA 30374


Feralloy Corp. Midwest
12899 Collection Center
Chicago, IL 60693


Feralloy Corp. Midwest
6755 Waterway Dr.
Portage, IN 46368


Feralloy Corporation-Decatur
PO Box 100174
Atlanta, GA 30384


Feralloy Huger SC
1020 N Steel Circle
Huger, SC 29450


Feralloy- Decatur
1435 Red Hat Road
Decatur, AL 35601

Feralloy-Ghent
155 Montgomery Road
Ghent, KY 41045


Ferrous Metal Processing, Inc.
11103 Memphis Ave.
Cleveland, OH 44144


Ferrous South
PO Box 74516
Cleveland, OH 44194


Ferrous South
38 Country Rd 370
Iuka, MS 38852


First Star Logistics, LLC
PO Box 912394
Denver, CO 80291


Fitzmark
PO Box 010825
Milwaukee, WI 53288


Foodmaster Logistics LLC
7202 S Beneva Rd
Sarasota, FL 34238


Fulton County Processing
PO Box 67
Delta, OH 43515


Fulton County Processing
7800 State Route 109
Delta, OH 43515


G&F Trucking Leasing Inc.
PO Box 4032
Hammond, IN 46324


GEO.F.Alger Company
28650 Hildebrand St
Romulus, MI 48174

Give2Get Inc
16W485 S. Frontage Rd.
Willowbrook, IL 60527


Globe Trucking, Inc.
5261 Stickney Ave.
Toledo, OH 43612


Greenpoint Metals
301 Shotwell Dr.
Franklin, OH 45005


Haddad International Transport
5000 Wyoming
Dearborn, MI 48126


Harvard Coil Processing, Inc.
5400 Harvard Ave.
Cleveland, OH 44105


Hascall Steel Chicago
14100 S. Halsted Street
Riverdale, IL 60827


Hascall Steel Nashville
4165 Spartan Ind DR SW
Grandville, MI 49418


Hascall Steel Nashville
407 Driftwood St
Nashville, TN 37210


Hascall Steel- Grandville Plain
4165 Spartan Industrial Drive
Detroit, MI 48211


Hascall Steel- Strong Plant
6349 Strong Street
Detroit, MI 48211


Heidtman Steel Products
21895 Network Place
Chicago, IL 60673

Heidtman Steel Products
PO Box 95390
Chicago, IL 60694


Heidtman Steel Products
640 Lavoy Rd
Erie, MI 48133


Heidtman Steel- Butler
4400 Country Rd.
Butler, IN 46721


Heidtman- Chicago
4407 Railroad Ave
East Chicago, IN 46312


Hycal Corporation
PO Box 74059
Cleveland, OH 44194


Indiana Pickling & Processing
12940 Collections Center Drive
Chicago, IL 60693


Indiana Pickling & Processing
6650 Nautical Drive
Portage, IN 46368


Integrity Express Logistics
62488 Collections Center Drive
Chicago, IL 60693


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


International Freight Systems
PO Box 1148
Tilbury, On N0P 2L0


International Steel & Counter
140 North West Ave
Youngstown, OH 44502

JP Graham Transport, Inc.
PO Box 390
Rochester, PA 15074


Kaplan Trucking Company
PO Box 92618
Cleveland, OH 44190


Kenwal Pickling
8223 West Warren Ave.
Dearborn, MI 48126


KIEH Corp
PO Box 681477
Franklin, TN 37068


Kloeckner Metals Corp
1090 North Steel Circle
Huger, SC 29450


Koil Metals, LLC
Lockbox#774897
Minneapolis, MN 55485


L&M Processing, LLC
7775 Addison Rd.
Detroit, MI 48213


Landstar Ranger, Inc.
PO Box 784293
Philadelphia, PA 19178


Leen Logistics LLC
19230 W. Centerra Dr.
Buckeye, AZ 85326


Liberty Steel Processing Corp.
100 East Big Beaver Rd
Troy, MI 48083


Liberty Steel Processing Corp.
11070 Harper Avenue
Detroit, MI 48213

Mainline Metals
21 Bala Ave.
Bala Cynwyd, PA 19004


Mainline Processing
PO Box 74378
Cleveland, OH 44194


Maksteel Holding ULC
7615 Torbram Rd
Mississauga, On  L4T 4A8


Maksteel Processing LLC
4343 Wyoming Ave
Dearborn, MI 48126


Maksteel USA
PO Box 95398
Chicago, IL 60694


MD Metals
6499 West 66th Place
Chicago, IL 60638


Metal Processing
201 Mississippi St.
Gary, IN 46400


Metal Processors, Inc.
200 S. Falkenburg Rd.
Tampa, FL 33619


MGR Logistics LLC
1016 Hoffman St
Hammond, IN 46327


Michigan Department of Treasury
Collections/Bankruptcy Unit
P.O. Box 30168
Lansing, MI 48909


Midway Logistics, LLC
6100 E. Centgral Ave
Wichita, KS 67208

Midwest Material, Inc.
3687 Shepard Road
Perry, OH 44081

Midwest Materials, Inc.
PO Box 345
Perry, OH 44081

Millennium Business System
P.O. Box 660831
Dallas, TX 75266

Milll Steel
2905 Lucerne Drive SE
Grand Rapids, MI 49546

Mississippi Steel Processing
400 North Steel Road
Columbus, MS 39701

N.M. Transtech Transport Inc
PO Box 52009
Laval Quebec, H7P 5S1

National Galvanizing L.P.
1500 Telb Rd
Monroe, MI 48162

National Processing
429 W. 127th St.
Chicago, IL 60628

National Processing Plant
4502 West Cline Ave
East Chicago, IN 46312

National Processing Plant
4502 W. Cline Ave
East Chicago, IN 46312

New Process Steel
280 Industrial Park Road
Columbus, MS 39701

NLMK Pennsylvania LLC
62520 Collections Center Drive
Chicago, IL 60693


North Star Bluescope Steel LLC
25544 Networdk Place
Chicago, IL 60673


Northern Steel Tranport Co.
PO Box 6996
Toledo, OH 43612


Nucor Steel
4537 Nucor Road
Crawfordsville, IN 47933


Nucor Steel
PO Box 751412
Charlotte, NC 28275


Nucor Steel
700 Holt Rd NE
Tuscaloosa, AL 35404


Nucor Steel
Lockbox 101835
Atlanta, GA 30354


Nucor Steel
PO Box 202581
Dallas, TX 75320


Ohio Intra Express, Inc.
852 Lyles Dr
Hermitage, PA 16148


Ohio Kentcy Steel LLC
2001 Commerce Center Drive
Franklin, OH 45005


Ohio Kentucky Steel LLC
PO Box 933287
Cleveland, OH 44193

Ohio Pickling & Processing
PO Box 3005
Toledo, OH 43607

Ohio Pickling & Processing
1149 Campbell Street
Toledo, OH 43607

Ohio Slitting and Storage
PO Box 206281
Dallas, TX 75320

Ohio Slitting and Storage
7000 N. Main
Camden, OH 45311

Online Freight Services, Inc.
PO Box 860789
Minneapolis, MN 55486

OPS Sales Comp
PO Box 189
Dewey, OK 74029

OPS Sales Comp
620 33rd Place North
Birmingham, AL 35220

P.S. Date Services
1029 Central Ave.
Middletown, OH 45044

PACO Steel
4949 N.Country Road 967
Armorel, AR 72310

Paragon Steel Enterprises, LLC
PO Box 861
Indianapolis, IN 46206

Paragon Steel Enterprises, LLC
4211 Country Rd. 61
Butler, IN 46721

Patriot Steel Processing
3545 Scotten Ave
Detroit, MI 48210


Performance Master
3752 E 350 S
Crawfordsville, IN 47933


PGT Trucking, Inc.
PO Box 150167
Ogden, UT 84415


Precision Slitting SVC
28975 Smith Rd
Romulus, MI 48174


Precision Stip
315 Park Ave
Tipp City, OH 45371


Precision Strip
7401 Ponderosa Rd.
Perrysburg, OH 43551


Precision Strip Inc.
440 Oxford State Rd.
Middletown, OH 45044


Precision Stripping
PO Box 7147414
Cincinnati, OH 45271


Precoat Metals
PO Box 90392
Chicago, IL 60696


PSI Services, Inc.
6363 Oak Tree Blvd
Independence, OH 44131


R&R Express Inc.
100 Commerce Drive
Pittsburgh, PA 15275

Red Wing Transporation, Inc.
7170 E.McNichols
Detroit, MI 48212


Reliable Delivery
21450 Trolley Industrial Dr
Taylor, MI 48180


RTI Laboratories, Inc.
33080 Industrial Rd.
Livonia, MI 48150


Rubicon Transporation, LLC
PO Box 3785
Cookeville, TN 38502


Sandy Bay Freight Broker
PO Box 108
Arden, ON K0H 1B0


Schneider Transporation
2567 Paysphere Circle
Chicago, IL 60674


Scott Steel LLC
PO Box 244
Middletown, OH 45042


Specialty Sript & Oscillating
1262 Standard Ave
Masury, OH 44438


State of Michigan
Department of Treasury
P.O. Box 77437
Detroit, MI 48277-0437


State of Michigan
Department of Attorney General
Cadillac Place
3030 West Grand Boulevard
Detroit, MI 48202

State of Michigan
Department of Treasury
Collections Division
Treasury Building
Lansing, MI 48922


Steel Dynamics
36248 Treasury Center
Chicago, IL 60694


Steel Spectrum LLC
80 Bonaventure Way
Sugar Land, TX 77479


Steel Warehouse
PO Box 854005
Minneapolis, MN 55485


Steel Warehouse
4740 Hungerford Rd.
Memphis, TN 38118


Steel Warehouse
600 River Terminal Rd
Chattanooga, TN 37406


Target Steel
19800 Middle Gibraltr Road
Rockwood, MI 48173


Target Steel Inc.
24601 Vreeland Road
Flat Rock, MI 48134


Target Steel Inc.
24601 Vreeland
Flat Rock, MI 48134


Taylor Coil Procesing
2260 Industrial Drive
Warren, OH 44481


Taylor Steel Inc.
477 Arvin Avenue
Stoney Creek, ON L8E 2N1

Tensile Testing
4520 Willow Pky.
Cleveland, OH 44125


The Tiny Bull Inc.
4433 Village Green Circle
Birmingham, AL 35226


Thormax Enterprises
2250 15th St.
Columbus, IN 47201


Thunder Struck Transporation
8699 S Dixe Hwy
Rudolph, OH 43462


Timberstone Steel
8000 Yankee Rd
Ottawa Lake, MI 49267


Torch Steel
PO Box 933394
Cleveland, OH 44193


Torch Steel
8103 Lynch Rd.
Detroit, MI 48234


Tortorigi Transport LLC
428 Main Street
Trussville, AL 35173


Total Quality Logistics LLC
PO Box 634558
Cincinnati, OH 45263


Transloop Logistics LLC
PO Box 735318
Chicago, IL 60673


Trek Transport, Inc.
16717 W. Michigan
Albion, MI 49224

Trident Transport LLC
PO Box 746991
Atlanta, GA 30374


Truxio, Inc.
5100 Poplar Ave
Memphis, TN 38137


U.S. Attorney
attn: Civil Division (IRS)
211 West Fort St., Ste 2001
Detroit, MI 48226


U.S. Attorney General
U.S. Dept. of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530


Uniserv LLC
PO Box 149
Brookfield, OH 44403


United Steel Service
4500 Parkway
Brookfield, OH 44403


Universal Metals LLC
PO Box 932719
Cleveland, OH 44193


Universal Steel PA
PO Box 74690
Cleveland, OH 44194


US Logistics
PO Box 14309
Cincinnati, OH 45250


Valor Steel, Inc.
4145 north Service Road
Burlington, ON L7L 6A3


Varstar Alliance Inc.
5395 Cogwell Rd.
Wayne, MI 48184

Voss- Taylor
7925 Beech Daly Rd.
Taylor, MI 48180


Voss-Clark
701 Loop Rd.
Jeffersonville, IN 47130


Wayne Industries
36253 Michigan Ave.
Wayne, MI 48184


West Boca Metals
5735 NW 40th Way
Jupiter, FL 33477


Worldwide Logistics, Inc.
PO Box 88637
Chicago, IL 60680


Worthington Steel Porter
27404 Network Place
Chicago, IL 60673


Worthington Steel Porter
100 Worthington Dr
Chesterton, IN 46304