Fill in this information to identify the case:

Debtor name: **Rapid Metals, LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Algoma Steel<br>105 West Street<br>Sault Ste Marie, Ontario, P6A 7B4 | Shweta Raut<br><br>shweta.raut@algoma.com | Vendor | | | | $2,051,686.00 |
| Alliance Steel<br>24342 Network Place<br>Chicago, IL 60673 | Meagan Ahrens<br><br>mahrens@alliancesteel.net | Vendor | | | | $67,109.75 |
| Axle Logistics, LLC<br>PO Box 631490<br>Cincinnati, OH 45263 | Joey Faragalli<br><br>joey.faragalli@axlelogistics.com | Transporation Services | | | | $62,010.00 |
| Bailey Metal Processing LTD.<br>1211 Heritage Rd<br>Burlington, ON L7L4Y1 | Lyudmyla Myssechko<br><br>lmyssechko@bmp-group.com | Processing Services | | | | $208,146.87 |
| Blue Dolphin Logistics Corporation<br>1610 Chestnut St<br>Portsmouth, VA 23704 | henry@bluedolphinlogistics.com | Transporation Services | | | | $177,500.00 |
| Blue Fin Steel Corp<br>372 Bay Street<br>Toronto, Ontario, M5H 2W9 | Arbi Aghazarian<br><br>Arbi@bluefinsteel.com | Vendor | | | | $107,156.40 |
| Cleveland-Cliff Steel Corp<br>PO Box 735146<br>Chicago, IL 60673 | Mary Jane Canary<br><br>maryjane.canary@clevelandcliffs.com | Vendor | | | | $683,030.64 |
| Cleveland-Cliffs Inc.<br>25465 Network Place<br>Chicago, IL 60673 | Mary Jane Canary<br><br>maryjane.canary@clevelandcliffs.com | Vendor | | | | $1,399,001.98 |

Debtor **Rapid Metals, LLC**　　Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Davis Gate & Wire PO Box 100 Dunnville, KY 42528** | **Ashley Davis** Ashleyd@davisgates.com | **Vendor** | | | | $58,902.52 |
| **Delaware Steel Company 311 Lindenwold Ave Ambler, PA 19002** | **Lisa Goldenberg** Lisa.goldenberg@delawaresteel.com | **Vendor** | | | | $207,761.06 |
| **Heidtman Steel Products 21895 Network Place Chicago, IL 60673** | **Betsy Hakeos** betsy.hakeos@heidtman.com | **Vendor** | | | | $207,000.00 |
| **International Steel & Counter 140 North West Ave Youngstown, OH 44502** | **Jim Nackino** jnackino@steelcounterweights.com | **Vendor** | | | | $93,576.15 |
| **Milll Steel 2905 Lucerne Drive SE Grand Rapids, MI 49546** | **Jonah Epema** Jonah.Epema@millsteel.com | **Vendor** | | | | $210,972.00 |
| **North Star Bluescope Steel LLC 25544 Networdk Place Chicago, IL 60673** | **Melissa Gibson** Melissa.Gibson@nsbsl.com | **Vendor** | | | | $359,574.52 |
| **Nucor Steel 4537 Nucor Road Crawfordsville, IN 47933** | **Melissa Dees** Melissa.dees@nucor.com | **Vendor** | | | | $700,000.00 |
| **OPS Sales Comp PO Box 189 Dewey, OK 74029** | **Ben Singh** Bensingh@steel-traders.com | **Vendor** | | | | $83,132.00 |
| **Steel Dynamics 36248 Treasury Center Chicago, IL 60694** | **Tom Hartman** Tom.hartman@steeldynamics.com | **Vendor** | | | | $841,106.47 |
| **Taylor Steel Inc. 477 Arvin Avenue Stoney Creek, ON L8E 2N1** | credit@taylorsteel.com | **Vendor** | | | | $63,417.05 |
| **Valor Steel, Inc. 4145 north Service Road Burlington, ON L7L 6A3** | **Darryl Waugh** darryl.waugh@valorsteel.net | **Vendor** | | | | $92,211.16 |

| Debtor | **Rapid Metals, LLC** | | Case number *(if known)* | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **West Boca Metals 5735 NW 40th Way Jupiter, FL 33477** | **Stuart Fox** stu@westbocametals.com | **Vendor** | | | | $185,221.85 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 3