**EXHIBIT 2**

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

BANK OF AMERICA, N.A.,

    Plaintiff,

Case No.

v.

RAPID METALS, LLC,

    Defendant.

---

### AFFIDAVIT OF DENISE DOCAL IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION, TEMPORARY RESTRAINING ORDER AND APPOINTMENT OF A RECEIVER

| | |
|---|---|
| STATE OF MICHIGAN | ) |
| | ) ss.: |
| COUNTY OF OAKLAND | ) |

Denise Docal, being duly sworn, deposes and says:

1. I am a resident of the State of Georgia and a field examiner and a member and chief executive officer of D4, LLC ("D4"), which provides field examination services to asset-based lenders, including Bank of America, N.A. ("Bank of America").

2. I submit this affidavit in support of Bank of America's motion for a preliminary injunction and a temporary restraining order against, and the appointment of a receiver for, defendant Rapid Metals, LLC ("Rapid Metals"). If called upon to testify, I can testify competently to the matters set forth in this affidavit.

3. As set forth below, as a result of the field examination which I personally conducted in June and early July 2023, I have concluded that there are numerous serious and material discrepancies amounting to millions of dollars in Rapid Metals' reporting of its inventory and

7530292.1

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

accounts receivable to Bank of America which overstated the value of Bank of America's collateral on Rapid Metals' May 31, 2023, June 9, 2023, June 16, 2023, and June 23, 2023 borrowing base reports. For example, based on test counts performed, $1,130,037 in inventory that was nonexistent was included on the May 31, 2023, June 9, 2023 and June 16, 2023 inventory reports provided to the bank. $2,159,836 in inventory, for which quantities of "0" were shown, was also included on the June 23, 2023 inventory reports provided to the bank. In addition, Rapid Metals' reporting of its accounts receivable to Bank of America from February 28, 2023, through June 23, 2023, includes numerous inaccuracies and discrepancies.

4.     In an asset-based revolving loan, a borrower, like Rapid Metals, is entitled to borrow amounts from the bank under a collateral-based formula, referred to as the "Borrowing Base." Here, the Borrowing Base is limited to 85% of Rapid Metals' eligible accounts receivable, plus up to the lesser of 85% of the net ordinary liquidation value or 70% of the cost/value of its eligible inventory. The borrower regularly reports its collateral position, and thereby its entitlement to request loans, on a "Borrowing Base Report," listing its gross receivables and inventory, and deducting ineligible receivables and inventory.

5.     My field exam testing revealed, among other things, that the Borrowing Base Reports and other collateral reporting had numerous inconsistencies which resulted in the overstatement of collateral. The overstatement included approximately $1.1 million in inventory on the May 31, 2023, June 9, 2023 and June 16, 2023 borrowing base reports and approximately $2.1 million on the June 23, 2023 borrowing base report.

6.     Specifically, Rapid Metals' inventory in the perpetual inventories and borrowing base reports submitted to Bank of America included 34 coils with a total value of $1,130,037 in the May 31, 2023, June 9, 2023 and June 16, 2023 perpetual inventory reports as having quantities

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

of zero. Inventory with zero quantities can only have zero value. These coils were all listed in the same location at Hascall Steel in Nashville, Tennessee, making it the location with the most inventory shown on those perpetual inventory reports. The total value assigned to the 34 coils with zero-quantity items of inventory shown in Rapid Metals' perpetual inventory as of May 31, 2023, June 9, 2023 and June 16, 2023 perpetual reports was $1,130,037.

7.     I also reviewed the June 23, 2023 perpetual inventory report. The value of coils with zero quantities had increased to $2,159,836 and was spread across four locations, rather than just one location. On the June 23, 2023 inventory report, there were no coils with zero quantities in the Hascall Steel Nashville, Tennessee location. Instead, that perpetual inventory report showed four other locations with extended values and zero quantities. There were 70 coils with zero quantities with a total value of $2,159,836 on the June 23, 2023 perpetual inventory report.

8.     In addition to the inventory overstatements, Rapid Metals' reporting of its accounts receivable to Bank of America includes numerous inaccuracies and discrepancies. For example, in reviewing the accounts receivable aging reports for the February 28, 2023, March 31, 2023, April 30, 2023 and May 31, 2023, I noticed the following examples:

     (a)    increased dollar value of invoices as reflected in Rapid Metals' agings from month to month (a $23,506 invoice on the March 31, 2023 accounts receivable aging was $223,506 on the April 30, 2023 accounts receivable aging; and a $25,001 invoice on the February 28, 2023 and March 31, 2023 accounts receivable agings was $125,001 on the April 30, 2023 accounts receivable aging);

     (b)    re-aging of the same invoices (*i.e.*, redating the same invoice to a later date to make it appear eligible when it was actually more than 90 days old and therefore, ineligible);

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

(c)    re-using of the same invoice numbers for different transactions (*i.e.*, using the same invoice number in the same aging or different agings to refer to different sales of goods to different customers for different amounts); or

(d)    reporting of invoices in Rapid Metals' receivable agings that appeared to be at overstated values.

Moreover, Rapid Metals was unable to supply documentation that was sufficient to substantiate a material portion of the accounts receivable that I tested on Rapid Metals' May 31, 2023 accounts receivable aging that were sampled in an "invoice and ship test."

In addition, in reviewing the accounts receivable aging for the week ended June 23, 2023, I found 16 invoices totaling $902,472 to three customers with duplicate invoice numbers. Each invoice has its own unique number and thus there should never be duplicate invoice numbers in an accounts receivable aging.

## I.    <u>MY BACKGROUND AND FIELD EXAMINATIONS IN GENERAL</u>

9.    I have approximately 33 years of experience as a banker and performing field examinations for lenders that make asset-based loans, including Bank of America. From 1990 to 1997, I worked for Bank of America as a relationship manager and a field examiner. From 1997 to 2005, I managed the lender services practice for Moore Colson, a CPA firm in Marietta, GA. As manager of the lender services practice, I performed field exams for more than 10 banks and financial institutions and also trained Moore Colson's CPAs to perform field examinations. Since 2005, I have owned D4 and worked independently performing field exams for Bank of America and Wells Fargo Bank. I have performed asset-based lending field exams, lender finance field exams and factoring and staffing field exams on more than 250 companies in a variety of industries

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

over the past 18 years. The sizes of the bank credit facilities for which I have conducted field examinations have ranged from a low of less $10 million to a high of more than $1 billion.

10. Generally speaking, a field examination is an evaluation that is conducted by or for a bank or other asset-based lender on the collateral and "borrowing base" supporting the lender's loans to its borrower, as well as other aspects of the borrower, so that the bank or lender can determine whether to make a loan, or to continue lending money to the borrower. During a field examination, the field examiner reviews the collateral for the loan, including, for example, inventory, accounts receivable and other assets, as well as other aspects of the borrower's financial condition, business operations, liabilities, and compliance with loan covenants.

## II. BANK OF AMERICA'S RETENTION OF D4 TO CONDUCT A FIELD EXAMINATION OF RAPID METALS, THE SCOPE OF THE SERVICES TO BE PROVIDED BY D4, AND THE DOCUMENTS AND INFORMATION RECEIVED BY D4

11. In mid-June 2023, Bank of America engaged D4 to conduct a field examination of one of its borrowers, Rapid Metals, which has an asset-based loan from Bank of America. From mid-June through early July 2023, D4 conducted a field examination of Rapid Metals for the period from February 1, 2023, through June 23, 2023. The purpose of D4's field examination with respect to Rapid Metals was to perform specific tests as designated in the Bank of America field examination template. These tests are on accounts receivable and inventory as well as accounts payable and cash. At all times, I have been solely responsible for the examination conducted by D4 within the scope of that engagement. I conducted or supervised all of the work on that field examination, other than a few instances described below in which Bank of America retained individuals in another state to conduct onsite testing of inventory.

12. I have learned that Rapid Metals is a limited liability company based in West Bloomfield, Michigan, that sources and resells hot-rolled, cold-rolled, treated and scrap metals,

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

including primarily steel but also aluminum (collectively referred to herein as "coils") to third parties that use them in other products. Dan Butler, whom I understand is the managing member of Rapid Metals, was my sole contact at Rapid Metals for providing the information needed to perform the field examination. He stated that he would be the only person providing information for the examination. Rapid Metals does not have a chief financial officer or a controller. Consequently, Mr. Butler handles Rapid Metals' accounts receivable, inventory, accounts payable and the accounting functions.

13. On or about November 9, 2022, Bank of America, as lender, and Rapid Metals, as borrower, entered into a Loan and Security Agreement dated as of November 9, 2022 (the "Loan Agreement"), in which Bank of America agreed to make a revolving asset-based loan to Rapid Metals (collectively, the "Loan"). Since that time, Bank of America has made advances and extended credit to Rapid Metals under the Loan Agreement.

14. Under the Loan Agreement, Rapid Metals is required to provide the following documents to Bank of America by the 15th day of each month, or weekly following a default[1]:

- a "Borrowing Base Report" (each a "BBR" and, collectively, the "BBRs") certified by Rapid Metals, providing, among other things, accurate calculations and breakdowns of Rapid Metals' inventory and accounts receivable as of the close of business on the last day of the previous month;

- a detailed aged trial balance for all accounts receivable as of the end of the preceding month, together with back-up documentation requested by Bank of America;

- a monthly roll forward report of all accounts receivable from the previous month; and

---

[1] Through May 31, 2023, Rapid Metals was on monthly reporting.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

- inventory reports, generally submitted in the form of a "perpetual inventory," together with inventory reconciliation reports.

15.    Rapid Metals is required to provide other documentation and information to Bank of America periodically at other times, including, for example, financial statements and "Compliance Certificates," and to comply with requests by Bank of America for documentation and information permitted under the Loan Agreement.

16.    In connection with my field examination of Rapid Metals, Jang Kim of Bank of America provided me with the "Month-End Borrowing Base Report" and supporting files for each of the four the months ended February 28, 2023, through May 31, 2023.

17.    Each month-end borrowing base submission includes a BBR and the same types of supporting schedules. By way of illustration, the May 2023 Borrowing Base Report included the following documents:

- a file entitled "May 23 AP.xlxs," consisting of an Accounts Payable by Vendor aging;

- a file entitled "May 23 AR Rollover Report.pdf" that rolls forward accounts receivable from the prior BBR;

- a file entitled "May 23 AR.xlxs," consisting of Detailed Accounts Receivable aging by customer by invoice and includes the date of each invoice and the invoice amount;

- a file entitled "May 23 BBR Worksheet BOA New Deal.xlxs," consisting of the calculation of Borrowing Base availability based on gross accounts receivable, less ineligible accounts receivable at the approved advance rate, plus gross inventory at the approved advance rate, less the outstanding line of credit balance to calculate the amount of money Rapid Metals has available to borrow on its Loan;

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

- a file entitled "May 23 Inv by Product Category.xlxs," consisting of a "Summary of inventory by type: Hot Rolled coils, Cold Rolled coils, Coated coils," which was provided because the inventory advance rates are different for each type of coil; and

- a file entitled "May 23 Inv.xlxs," consisting of a "Detailed inventory by location by coil tag number," which includes the weight, length, gauge, quantity on hand and cost of each coil at each location.

18.     Because Rapid Metals was in default and Bank of America sent a notice of default on June 12, 2023, beginning for the week ending on June 9, 2023 Rapid Metals was also required to provide weekly BBRs.  The weekly BBRs included all of the files set forth above, except the Accounts Payable aging, which is only required at month end.

19.     Mr. Kim also provided me with two weekly BBRs as of June 9, 2023, and June 16, 2023, and supporting files.  Mr. Butler copied me on his email to Jang Kim for the submission of the June 23, 2023 Weekly BBR and supporting files.

## III.    D4'S EXAMINATION OF ACCOUNTS RECEIVABLE

20.     As part of my field examination conducted for Bank of America, I analyzed the four month-end accounts receivable agings submitted by Rapid Metals to Bank of America as of February 28, 2023, through May 31, 2023, and the week-end June 23, 2023 accounts receivable aging as of June 23, 2023.  In connection with that review, I noted the following discrepancies:

### A.      Re-Aged Invoices

21.     Under the Loan Agreement, receivables only qualify as "Eligible Receivables" which can be included as eligible collateral in Rapid Metals' "Borrowing Base," if they are not "unpaid for more than 60 days after the original due date, or more than 90 days after the original invoice date."

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

22.     One of the procedures that I conducted was to compare the accounts receivable agings for month-end February 2023 and March 2023 to each other. This procedure revealed the re-aging of 29 invoices in the February 28, 2023 accounts receivable aging report that were 60 to 90 days old. These same invoices were less than 30 days old on the March aging as 90 to 120 days had been added to the original invoice dates.

23.     The February 28, 2023 accounts receivable aging submitted by Rapid Metals included 29 invoices with invoice dates ranging from November 9, 2022, through December 29, 2022, which totaled $458,773, and were re-aged in the March 31, 2023 receivable aging submitted to Bank of America. If 90 to 120 days had not been added to these invoices' dates in the accounts receivable aging (for example, changing the December 9, 2022 invoice date to March 9, 2023), these invoices would have been more than 90 days old on March 31, 2023, making them ineligible for inclusion as eligible accounts receivable in the March 31, 2023 BBR. By re-aging these accounts receivable, $458,773 was added to the accounts receivable collateral supporting the Loan in the March 31, 2023 "Borrowing Base Report" under the Loan Agreement.

24.     As another example, invoice number 7153545 listed in the February 28, 2023 aging report had an invoice date of November 9, 2022. That invoice had a balance of $14,570.49 and was more than 90 days old. However, in the following aging report, dated March 31, 2023, the invoice was dated March 9, 2023, with the same outstanding balance.

25.     Five other examples of re-aged invoices are shown below:

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

| AR Aging date | Invoice # | Invoice Date | 1 - 30 | 31 - 60 | 61 - 90 | Over 90 | Total | Customer |
|---|---|---|---|---|---|---|---|---|
| 3/31/2023 | 7153956 | 3/09/2023 | 28,152 | - | - | - | 28,152 | MAC CORPORATION |
| 2/28/2023 | 7153956 | 12/09/2022 | - | - | 28,152 | - | 28,152 | MAC CORPORATION |
| 3/31/2023 | 7154058 | 3/20/2023 | 25,469 | - | - | - | 25,469 | MAC CORPORATION |
| 2/28/2023 | 7154058 | 12/20/2022 | - | - | 25,469 | - | 25,469 | MAC CORPORATION |
| 3/31/2023 | 7153969 | 3/09/2023 | 24,633 | - | - | - | 24,633 | MAC CORPORATION |
| 2/28/2023 | 7153969 | 12/09/2022 | - | - | 24,633 | - | 24,633 | MAC CORPORATION |
| 3/31/2023 | 7154085 | 3/22/2023 | 22,285 | - | - | - | 22,285 | MAC CORPORATION |
| 2/28/2023 | 7154085 | 12/22/2022 | - | - | 22,285 | - | 22,285 | MAC CORPORATION |
| 3/31/2023 | 7153989 | 3/12/2023 | 15,728 | - | - | - | 15,728 | MAC CORPORATION |
| 2/28/2023 | 7153989 | 12/12/2022 | - | - | 15,728 | - | 15,728 | MAC CORPORATION |

### B.    Increased Dollar Value of Invoices

26.    Between February 1, 2023 and May 31, 2023, the values of 28 invoices appear to have been altered, primarily by increasing their value from one month to the next. In some cases, their value was decreased while most others were increased. In general, the invoices were altered by multiples of $10,000.

27.    For example, invoice number 7153775 was on the February 28, 2023 aging dated November 28, 2022 to Mac Corporation in the amount of $3,985. On the March 31, 2023 accounts receivable aging this invoice had been increased by $50,000 to $53,985 and the invoice date was changed to March 28, 2023. The invoice was no more than 90 days old (and was therefore not "Ineligible"), and was valued at an additional $50,000 in the March 31, 2023 BBR submitted to the bank.

28.    Invoice number 7154786 to Mac Corporation, dated February 16, 2023, was for $7,130 on the February 28, 2023 accounts receivable aging. The invoice had been increased to $57,130, on the March 31, 2023 accounts receivable aging. On the April 30, 2023 accounts receivable aging, the invoice was decreased by $50,000 to its original value of $7,130. The invoice was presumably paid by Mac Corporation sometime in April 30, 2023, at the actual amount of $7,130. This invoice is not in the May 31, 2023 accounts receivable aging.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

29.     On the February 28, 2023 accounts receivable aging, invoice number 7154620, dated February 7, 2023, to Valiant Steel & Equipment, was for $16,961.   This invoice had been increased by $40,000, to $56,961, on the March 31, 2023 accounts receivable aging.  The invoice had been increased to $126,961, on the April 30, 2023 accounts receivable aging.  The total increase to this invoice was $110,000.

30.     The March 31, 2023 accounts receivable aging listed invoice number 7155310, dated March 21, 2023 to Harvard Steel Sales, was for $23,506.  On the April 30, 2023 accounts receivable aging the invoice was increased by $200,000, to $223,506.  This invoice was still outstanding on the May 31, 2023 accounts receivable aging.

31.     The following is an example of an increase and reduction of the same invoice:

(a)     In the January 31, 2023 Aging Report, invoice number 7154574 was valued at $31,832.37.

(b)     In the February 28, 2023 Aging Report, the same invoice was valued at $131,832.37.

(c)     On the March 31, 2023 Aging Report, the invoice remained at $131,832.37.

(d)     On the April 30, 2023 Aging Report, the invoice was reduced by $100,000 to its original value of $31,832.37.

(e)     The invoice was not on the May 31, 2023 aging and had presumably been paid.

32.     A sample of five invoices is illustrated below:

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

| Aging date | Invoice # | Invoice Date | 1 - 30 | 31 - 60 | 61 - 90 | Over 90 | Total | $ Increase | Customer |
|---|---|---|---|---|---|---|---|---|---|
| 3/31/2023 | 7153775 | 3/28/2023 | 53,986 | - | - | - | 53,986 | 50,000 | MAC CORPORATION |
| 2/28/2023 | 7153775 | 11/28/2022 | - | - | - | 3,986 | 3,986 | | MAC CORPORATION |
| | | | | | | | | | |
| 4/30/2023 | 7154786 | 2/16/2023 | - | - | 7,130 | - | 7,130 | (50,000) | MAC CORPORATION |
| 3/31/2023 | 7154786 | 2/16/2023 | - | 57,130 | - | - | 57,130 | 50,000 | MAC CORPORATION |
| 2/28/2023 | 7154786 | 2/16/2023 | 7,130 | - | - | - | 7,130 | | MAC CORPORATION |
| | | | | | | | | | |
| 4/30/2023 | 7154620 | 2/07/2023 | - | - | 126,961 | - | 126,961 | 70,000 | VALIANT STEEL & EQUIPMENT |
| 3/31/2023 | 7154620 | 2/07/2023 | - | 56,961 | - | - | 56,961 | 40,000 | VALIANT STEEL & EQUIPMENT |
| 2/28/2023 | 7154620 | 2/07/2023 | 16,961 | - | - | - | 16,961 | | VALIANT STEEL & EQUIPMENT |
| | | | | | | | | | |
| 4/30/2023 | 7154777 | 2/16/2023 | - | - | 125,001 | - | 125,001 | 100,000 | VALIANT STEEL & EQUIPMENT |
| 3/31/2023 | 7154777 | 2/16/2023 | - | 25,001 | - | - | 25,001 | | VALIANT STEEL & EQUIPMENT |
| 2/28/2023 | 7154777 | 2/16/2023 | 25,001 | - | - | - | 25,001 | | VALIANT STEEL & EQUIPMENT |
| | | | | | | | | | |
| 5/31/2023 | 7155310 | 3/21/2023 | - | - | 223,506 | - | 223,506 | | HARVARD STEEL SALES |
| 4/30/2023 | 7155310 | 3/21/2023 | - | 223,506 | - | - | 223,506 | 200,000 | HARVARD STEEL SALES |
| 3/31/2023 | 7155310 | 3/21/2023 | 23,506 | - | - | - | 23,506 | | HARVARD STEEL SALES |

33.     The chart set forth below includes all of the amounts which were increased and/or decreased in the agings:

| Date of Aging Submitted to Bank of America | Invoice Number | Date of Invoice | Invoice Amount | Change |
|---|---|---|---|---|
| 4/30/23 | 7154579 | 1/31/2023 | $31,525.51 | ($100,000.00) |
| 3/31/23 | 7154579 | 1/31/2023 | $131,525.51 | $0.00 |
| 2/28/23 | 7154579 | 1/31/2023 | $131,525.51 | $100,000.00 |
| 1/31/23 | 7154579 | 1/31/2023 | $31,525.51 | |
| | | | | |
| 4/30/23 | 7154574 | 1/31/2023 | $31,832.37 | ($100,000.00) |
| 3/31/23 | 7154574 | 1/31/2023 | $131,832.37 | |
| 2/28/23 | 7154574 | 1/31/2023 | $131,832.37 | $100,000.00 |
| 1/31/23 | 7154574 | 1/31/2023 | $31,832.37 | |
| | | | | |
| 2/28/23 | 7154536 | 1/31/2023 | $36,855.66 | ($100,000.00) |
| 1/31/23 | 7154536 | 1/31/2023 | $136,855.66 | |
| | | | | |
| 2/28/23 | 7154537 | 1/31/2023 | $36,863.84 | ($100,000.00) |
| 1/31/23 | 7154537 | 1/31/2023 | $136,863.84 | |
| | | | | |
| 3/31/23 | 7153775 | 3/28/2023 | $53,985.50 | $50,000.00 |
| 2/28/23 | 7153775 | | $3,985.50 | |
| | | 11/28/2022 | | |

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

| | | | | |
|---|---|---|---|---|
| 3/31/23 | 7154341 | 1/19/2023 | $41,308.00 | **$40,000.00** |
| 2/28/23 | 7154341 | 1/19/2023 | $1,308.00 | |
| | | | | |
| 4/30/23 | 7154509 | 1/31/2023 | $31,518.50 | **$20,000.00** |
| 3/31/23 | 7154509 | 1/31/2023 | $11,518.50 | |
| 2/28/23 | 7154509 | 1/31/2023 | $11,518.50 | |
| | | | | |
| 4/30/23 | 7154506 | 1/31/2023 | $30,443.50 | **$20,000.00** |
| 3/31/23 | 7154506 | 1/31/2023 | $10,443.50 | |
| 2/28/23 | 7154506 | 1/31/2023 | $10,443.50 | |
| | | | | |
| 4/30/23 | 7154540 | 1/31/2023 | $34,857.92 | **$20,000.00** |
| 3/31/23 | 7154540 | 1/31/2023 | $14,857.92 | |
| 2/28/23 | 7154540 | 1/31/2023 | $14,857.92 | |
| | | | | |
| 4/30/23 | 7154576 | 1/31/2023 | $45,145.20 | **$30,000.00** |
| 3/31/23 | 7154576 | 1/31/2023 | $15,145.20 | |
| 2/28/23 | 7154576 | 1/31/2023 | $15,145.20 | |
| | | | | |
| 4/30/23 | 7154577 | 1/31/2023 | $43,769.60 | **$30,000.00** |
| 3/31/23 | 7154577 | 1/31/2023 | $13,769.60 | |
| 2/28/23 | 7154577 | 1/31/2023 | $13,769.60 | |
| | | | | |
| 4/30/23 | 7154620 | 2/07/2023 | $126,960.80 | **$70,000.00** |
| 3/31/23 | 7154620 | 2/07/2023 | $56,960.80 | **$40,000.00** |
| 2/28/23 | 7154620 | 2/07/2023 | $16,960.80 | |
| | | | | |
| 4/30/23 | 7154761 | 2/15/2023 | $123,710.20 | **$100,000.00** |
| 3/31/23 | 7154761 | 2/15/2023 | $23,710.20 | |
| 2/28/23 | 7154761 | 2/15/2023 | $23,710.20 | |
| | | | | |
| 4/30/23 | 7154777 | 2/16/2023 | $125,000.80 | **$100,000.00** |
| 3/31/23 | 7154777 | 2/16/2023 | $25,000.80 | |
| 2/28/23 | 7154777 | 2/16/2023 | $25,000.80 | |
| | | | | |
| 4/30/23 | 7154786 | 2/16/2023 | $7,129.65 | **($50,000.00)** |
| 3/31/23 | 7154786 | 2/16/2023 | $57,129.65 | **$50,000.00** |
| 2/28/23 | 7154786 | 2/16/2023 | $7,129.65 | |
| | | | | |
| 4/30/23 | 7154814 | 2/20/2023 | $130,331.57 | **$100,000.00** |
| 3/31/23 | 7154814 | 2/20/2023 | $30,331.57 | |
| 2/28/23 | 7154814 | 2/20/2023 | $30,331.57 | |
| | | | | |
| 4/30/23 | 7154837 | 2/21/2023 | $130,338.94 | **$100,000.00** |
| 3/31/23 | 7154837 | 2/21/2023 | $30,338.94 | |
| 2/28/23 | 7154837 | 2/21/2023 | $30,338.94 | |

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

7530292.1

| | | | | |
|---|---|---|---|---|
| 4/30/23 | 7154843 | 2/21/2023 | $47,293.82 | **$47,293.82** |
| 4/30/23 | 7154843 | 2/21/2023 | $129,971.20 | |
| 3/31/23 | 7154843 | 2/21/2023 | $47,293.82 | |
| 3/31/23 | 7154843 | 2/21/2023 | $129,971.20 | |
| 2/28/23 | 7154843 | 2/21/2023 | $129,971.20 | |
| | | | | |
| 5/31/23 | 7155094 | 3/08/2023 | $29,545.75 | |
| 4/30/23 | 7155094 | 3/08/2023 | $29,545.75 | |
| 3/31/23 | 7155094 | 3/08/2023 | $129,545.75 | |
| | | | | |
| 5/31/23 | 7155310 | 3/21/2023 | $223,506.20 | |
| 4/30/23 | 7155310 | 3/21/2023 | $223,506.20 | **$200,000.00** |
| 3/31/23 | 7155310 | 3/21/2023 | $23,506.20 | |
| | | | | |
| 5/31/23 | 7155434 | 3/27/2023 | $118,938.50 | |
| 4/30/23 | 7155434 | 3/27/2023 | $118,938.50 | **$99,594.71** |
| 3/31/23 | 7155434 | 3/27/2023 | $19,343.79 | |
| | | | | |
| 3/31/23 | 7154170 | 1/05/2023 | $44,429.28 | **$40,000.00** |
| 2/28/23 | 7154170 | 1/05/2023 | $4,429.28 | |
| | | | | |
| 3/31/23 | 7154341 | 1/19/2023 | $41,308.00 | **$40,000.00** |
| 2/28/23 | 7154341 | 1/19/2023 | $1,308.00 | |
| | | | | |
| 3/31/23 | 7154360 | 1/20/2023 | $52,567.40 | **$50,000.00** |
| 2/28/23 | 7154360 | 1/20/2023 | $2,567.40 | |
| | | | | |
| 4/30/23 | 7154486 | 1/30/2023 | $22,505.30 | |
| 3/31/23 | 7154486 | 1/30/2023 | $22,505.30 | |
| 2/28/23 | 7154486 | 1/30/2023 | $122,505.30 | **$100,000.00** |
| 1/31/23 | 7154486 | 1/30/2023 | $22,505.30 | |
| | | | | |
| 4/30/23 | 7154487 | 1/30/2023 | $22,505.30 | |
| 3/31/23 | 7154487 | 1/30/2023 | $22,505.30 | |
| 2/28/23 | 7154487 | 1/30/2023 | $122,505.30 | **$100,000.00** |
| 1/31/23 | 7154487 | 1/30/2023 | $22,505.30 | |
| | | | | |
| 4/30/23 | 7154544 | 1/31/2023 | $30,144.75 | **$20,000.00** |
| 3/31/23 | 7154544 | 1/31/2023 | $10,144.75 | |
| 2/28/23 | 7154544 | 1/31/2023 | $10,144.75 | |
| | | | | |
| 4/30/23 | 7154540 | 1/31/2023 | $34,857.92 | **$20,000.00** |
| 3/31/23 | 7154540 | 1/31/2023 | $14,857.92 | |
| 2/28/23 | 7154540 | 1/31/2023 | $14,857.92 | |

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

7530292.1

34.    As numerous invoices had been adjusted up or down, it was not possible to determine the impact on collateral availability each month.

**C.    Invoices in Rapid Metals' Accounts Receivable Agings that Appeared to be at Overstated Values**

35.    A sample of 15 invoices, together with their stated sales dollars per ton and stated steel cost per ton, is shown below:

| Invoice Number | InvoiceDate | Customer Name | # of Tons | Invoice Receivable | Steel Cost | Sales $ Per Ton | Steel Cost $ Per Ton |
|---|---|---|---|---|---|---|---|
| 7155069 | 3/07/2023 | VALIANT STEEL & EQUIPMENT | 21 | 127,506 | 116,080 | 6,026 | 5,486 |
| 7155103 | 3/08/2023 | HIGHWAY SAFETY CORP. | 18 | 114,041 | 118,531 | 6,417 | 6,669 |
| 7155188 | 3/13/2023 | HIGHWAY SAFETY CORP. | 18 | 114,015 | 108,516 | 6,427 | 6,117 |
| 7155310 | 3/21/2023 | HARVARD STEEL SALES | 22 | 223,506 | 212,624 | 10,269 | 9,769 |
| 7155324 | 3/21/2023 | MIDDLEVILLE TOOL & DIE CO | 15 | 124,209 | 110,598 | 8,204 | 7,305 |
| 7155543 | 4/03/2023 | GRIFFON STEEL CORP | 24 | 223,134 | 213,233 | 9,443 | 9,024 |
| 7155672 | 4/13/2023 | HIGHWAY SAFETY CORP. | 18 | 117,760 | 107,794 | 6,560 | 6,005 |
| 7155919 | 4/26/2023 | ESSEX WELD SOLUTIONS | 13 | 111,141 | 105,831 | 8,769 | 8,350 |
| 7155926 | 4/27/2023 | HAYDON CORPOATION | 20 | 123,486 | 115,936 | 6,199 | 5,820 |
| 7155936 | 4/27/2023 | HAYDON CORPOATION | 21 | 124,819 | 116,043 | 6,030 | 5,606 |
| 7155939 | 4/27/2023 | HAYDON CORPOATION | 20 | 124,358 | 115,744 | 6,121 | 5,697 |
| 7155944 | 4/27/2023 | HAYDON CORPOATION | 21 | 124,984 | 116,149 | 5,998 | 5,574 |
| 7156030 | 5/05/2023 | HARVARD STEEL SALES | 24 | 222,711 | 218,393 | 9,120 | 8,943 |
| 7156084 | 5/10/2023 | HARVARD STEEL SALES | 24 | 221,776 | 213,492 | 9,370 | 9,020 |
| 7156342 | 5/31/2023 | ALLEGHENY STEEL | 21 | 221,079 | 220,235 | 10,478 | 10,438 |

36.    To determine whether the amount of an invoice in the accounts receivable aging appeared to be overstated, I used the "Gross Margin Report" covering the period from January 1, 2023 through May 31, 2023, provided by Dan Butler on June 22, 2023. This report detailed the number of tons of steel sold on each invoice, the invoice receivable, and the cost of the steel, and I calculated the sales dollars per ton and steel cost per ton as shown above.

37.    Rapid Metals' selling price on more than 2,100 invoices from February 1, 2023 through May 31, 2023, which did not appear to be overstated averaged less than $1,200 per ton, while its cost per ton shown on the same 2,100 invoices averaged less than $1,000 per ton, which

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

is in line with steel prices. However, Rapid Metals' selling price and cost per ton for the 15 invoices in the above table were six to ten times higher.

38. Consequently, I adjusted the invoice receivable and steel cost to reflect what I believe represents the actual selling price and cost, as shown below, for the same 15 invoices:

| Invoice Number | Customer Name | # of Tons | Invoice Receivable | Examiner Calculations | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Overstated Receivable $ per Examiner | Invoice Receivable Adj | Steel Cost Adj | Sales $ Per Ton Adj | Steel Cost $ Per Ton Adj |
| 7155069 | VALIANT STEEL & EQUIPMENT | 21 | 127,506 | 100,000 | 27,506 | 16,080 | 1,300 | 760 |
| 7155103 | HIGHWAY SAFETY CORP. | 18 | 114,041 | 100,000 | 14,041 | 18,531 | 790 | 1,043 |
| 7155188 | HIGHWAY SAFETY CORP. | 18 | 114,015 | 100,000 | 14,015 | 8,516 | 790 | 480 |
| 7155310 | HARVARD STEEL SALES | 22 | 223,506 | 200,000 | 23,506 | 12,624 | 1,080 | 580 |
| 7155324 | MIDDLEVILLE TOOL & DIE CO | 15 | 124,209 | 100,000 | 24,209 | 10,598 | 1,599 | 700 |
| 7155543 | GRIFFON STEEL CORP | 24 | 223,134 | 200,000 | 23,134 | 13,233 | 979 | 560 |
| 7155672 | HIGHWAY SAFETY CORP. | 18 | 117,760 | 100,000 | 17,760 | 7,794 | 989 | 434 |
| 7155919 | ESSEX WELD SOLUTIONS | 13 | 111,141 | 100,000 | 11,141 | 5,831 | 879 | 460 |
| 7155926 | HAYDON CORPOATION | 20 | 123,486 | 100,000 | 23,486 | 15,936 | 1,179 | 800 |
| 7155936 | HAYDON CORPOATION | 21 | 124,819 | 100,000 | 24,819 | 16,043 | 1,199 | 775 |
| 7155939 | HAYDON CORPOATION | 20 | 124,358 | 100,000 | 24,358 | 15,744 | 1,199 | 775 |
| 7155944 | HAYDON CORPOATION | 21 | 124,984 | 100,000 | 24,984 | 16,149 | 1,199 | 775 |
| 7156030 | HARVARD STEEL SALES | 24 | 222,711 | 200,000 | 22,711 | 18,393 | 930 | 753 |
| 7156084 | HARVARD STEEL SALES | 24 | 221,776 | 200,000 | 21,776 | 13,492 | 920 | 570 |
| 7156342 | ALLEGHENY STEEL | 21 | 221,079 | 200,000 | 21,079 | 20,235 | 999 | 959 |

39. I reduced the receivable and steel cost by between $100,000 to $200,000 to compute what I believe to be the actual cost of these invoices. The adjusted sales dollars per ton averaged $1,069 and the adjusted steel cost per ton averaged $695 for these 15 invoices, which is in line with the average costs for invoices that did not appear to be overstated.

40. Using the same process, I determined that there were 61 invoices from February 1, 2023, through May 31, 2023, on which the value of the receivable appeared to be overstated by $50,000 to $200,000. The total overstatement for these invoices was $6,020,000.

41. In addition, other invoices on the May 31, 2023 accounts receivable aging appeared to be overstated by less than $50,000. If these amounts were also adjusted in the same manner, the full extent of the dollar amount of the overstated invoices from February 1, 2023, through May 31, 2023, would be greater than $6,020,000.

7530292 1

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

42.    There were also several instances of the cost per ton of steel in the Gross Margin Report remained at what appeared to be the actual cost for particular invoices while the receivable (selling price) at which the gross margin report claimed the steel was sold appeared to be overstated. Thus, for these invoices, there was a proportionally larger difference between the steel cost and sale price than for other invoices.

43.    As an example, invoice number 7154487, dated January 30, 2023 to Valiant Steel & Equipment Inc., included a receivable of $122,505 and a steel cost of $15,787 in the Gross Margin Report provided. The equates to a sales price per ton value of $7,294 per ton, while the steel cost was $940 per ton. Similarly, invoice number 7154579, dated January 31, 2023 to Valiant Steel & Equipment Inc., included a receivable of $130,595 and a steel cost of $19,739. This equates to a sales price per ton of $5,591 and a steel cost per ton of $839, which also does not appear to be reasonable.

**D.    Re-Use of the Same Invoice Number for Different Sales**

44.    In examining Rapid Metals' accounts receivable aging reports for the months ended from February 28, 2023, through May 31, 2023, I found several instances in which Rapid Metals used the same invoice number for two different sales to different customers in the accounts receivable aging reports. For example:

(a)    Invoice number 7156288 was included twice on Rapid Metals' May 31, 2023 accounts receivable aging report. One invoice with that number dated May 24, 2023, with an amount due of $4,005.75, was to MBA Building Supplies. The May 31, 2023 accounts receivable aging had that same invoice number a second time with an amount due of $112,001.58 from Venture Steel Inc.

(b)    Invoice number 7156289 was referred to twice on Rapid Metals' May 31, 2023 accounts receivables aging report for different sales to different customers. That

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

report included one invoice with that invoice number with an invoice date of May 24, 2023, with an amount due of $21,379.12 from Accurate Perforating Company. That report also included a second entry with the same invoice number, showing an invoice date of May 31, 2023 with an amount due of $106,200.27 from Venture Steel Inc.

(c)     Invoice number 7165858 was referred to for two entirely separate transactions on Rapid Metals' accounts receivable aging reports. That number first appeared on Rapid Metals' accounts receivable aging report as of February 28, 2023, for an invoice dated February 16, 2023, with an amount due of $35,585.25 for an order from Shur Lok Products. The same invoice number was later repeated on Rapid Metals' accounts receivable aging report as of May 31, 2023, for an invoice dated May 1, 2023, with an amount due from MAC Corporation totaling $14,050.67.

**E.      Duplicate Invoices in the Accounts Receivable Aging as of June 23, 2023**

45.     In the June 23, 2023 accounts receivable aging, I found 16 invoices totaling $902,472 to three customers with duplicate invoice numbers. Accounts receivable agings should not contain duplicate invoice numbers for different invoice amounts.

**F.      The Invoice and Shipping Test**

46.     As part of my field examination, on June 28, 2023, I performed an invoice and shipping test. An invoice and shipping test is customarily used in asset-based lending examinations.

47.     On June 22, 2023, I provided Mr. Butler with a list of 25 invoices totaling $3,439,806 which I had designated would be subject to the invoice and shipping test. This amounted to 19.6% of the total accounts receivable listed on the accounts receivable aging for the month ended May 31, 2023. I requested the following documentation for each of those invoices:

7530292 1                                    18

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

(a) Customer Invoice;

(b) Proof of shipment that the product that Rapid Metals sold to the customer was shipped to that customer; and

(c) Proof of Payment, if the invoice has been subsequently paid. Proof of payment includes a copy of the customer's check or ACH that paid the invoice along with the customer's remittance advice showing which invoices had been paid with the payment.

48. I provided this list to Mr. Butler because he told me that he was the only person at Rapid Metals who could provide any information needed for the field examination. Rapid Metals does not have a chief financial officer or controller and Mr. Butler handles Rapid Metals' accounts receivable, inventory, accounts payable and the accounting functions.

49. As of June 30, 2023, Mr. Butler had provided some of the documents requested above for only fifteen (15) of the twenty-five (25) invoices selected for testing. Moreover, the invoices and supporting documents which he provided were not considered adequate to show that Rapid Metals had shipped steel coils to their customers at the invoice amount on the May 31, 2023 accounts receivable aging.

50. For example, the material provided by Mr. Butler for five of the invoices selected for testing is described below:

(a) **Invoice Number 7155919**, dated April 26, 2023, to Essex Weld Solutions for $111,141.35, was for a shipment of eight coils weighing 40,280 pounds at a price of $275 per CWT (price per hundred pounds) or $2.75 per pound. Sales price per ton equals price per pound multiplied by $2,000. Consequently, the selling price per ton was $5,500. As discussed above, Rapid Metals' selling price for steel averaged less than $1,200 per ton this year. As a result, this does not appear to be the invoice that was sent to Essex Weld Solutions.

The "Bill of Lading" provided lists only Rapid Metals and not Essex Weld as the customer to ship the coils to. In addition, the bill of lading for this shipment is dated March 21, 2023 and the invoice was dated April 26, 2023, which would mean that Rapid Metals delayed billing Essex Weld for 35 days, which is also not likely since invoices are usually generated on the same day as the shipment or the following day. Instead, this appears to be the bill of lading for product purchased

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

by Rapid Metals and shipped to its vendor, FerrouSouth, a steel processor used by Rapid Metals.

Copies of those documents are attached hereto as Exhibit A.

(b)     **Invoice Number 7155920**, dated April 26, 2023, to Essex Weld Solutions for $135,140.30, was for the shipment of 79,955 lbs. of coils at a price of $1.65 per CWT or $0.0165 per pound. The sales price per ton would be $33.00 per ton. Based on this, the invoice should have totaled $1,319, not $135,140. The weight multiplied by the price per CWT on the face of the invoice was incorrect and did not add to the total. As a result, this also does not appear to be the invoice that was sent to Essex Weld Solutions.

The bill of lading, dated April 5, 2023, indicated that the product should be "Ship[ed] To" Rapid Metals, was for 60,195 pounds, not 79,995 pounds, and was invoiced to Essex Weld.

Copies of those documents are attached hereto as Exhibit B.

(c)     **Invoice Number 7155584**, dated April 5, 2023, to Miami Valley Steel, was for $103,870.99 and was for the shipment of four coils weighing 179,420 lbs. The document dated April 13, 2023, to show the product was shipped to Miami Valley Steel, was for two of the four coils, and listed Rapid Metals as the party the product was "Sold To" and "Ship[ped] To." Moreover, this document does not reference any transportation company and is not a bill of lading. The document is also dated eight days after the invoice was generated. Copies of those documents are attached hereto as Exhibit C.

(d)     **Invoice Number 7155344**, dated March 22, 2023, to Universal Metals for $282,947.66 was for the shipment of ten coils weighing 449,480 pounds. The invoice amount according the May 31, 2023 accounts receivable aging was $283,997.66. The amount shown on the invoice was the invoice amount in the March 31, 2023 and April 30, 2023 agings. The invoice was increased in May by $1,050.

The four-page document dated March 21, 2023, to show proof of shipment to Universal Metals is a certification of the coils by Mill Steel Company for the 10 coils. However, the certificate shows the product was "Ordered By" Rapid Metals on all four pages. The "Ship To" party on page 1 of the document is Universal Metals, LLC in Toledo, OH. The "Ship To" party on pages 2-4 is Capacity Warehouse, a steel processor in Melvindale, Michigan used by Rapid Metals. In my experience, it is unlikely that there would be a different "Ship To" party on the same document.

Copies of those documents are attached hereto as Exhibit D.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

(e) **Invoice Number 7155943**, dated April 27, 2023, to Venture Steel Detroit for $135,831.15, was for the shipment of 5 coils weighing 232,190 pounds. Dan Butler provided three documents dated April 27, 2023 from Alpine Steel, a steel processor used by Rapid Metals. The "Ship To" party on all three documents is for Rapid Metals, not Venture Steel Detroit. These documents are not proof of shipment of 5 coils to Venture Steel Detroit. Copies of those documents are attached hereto as Exhibit E.

51. The proof of shipment documents for these five invoices as a part of the the "invoice and shipping test" were not considered adequate proof that Rapid Metals had shipped to the customers the products that had been invoiced by Rapid Metals.

## IV. OVERSTATEMENTS OF THE VALUE OF INVENTORY

52. As part of my field examination, I reviewed and attempted to verify the quantities and values of the inventory reported in the BBRs and perpetual inventories submitted to Bank of America. For example, I reviewed the perpetual inventory reports dated as of April 30, 2023, May 31, 2023, June 9, 2023, June 16, 2023, and June 23, 2023 (respectively, the "April 30, 2023 Perpetual Inventory," the "May 31, 2023 Perpetual Inventory, the "June 9, 2023 Perpetual Inventory," the "June 16, 2023 Perpetual Inventory," and the "June 23, 2023 Perpetual Inventory," collectively, the "Perpetual Inventories"). As a result of that examination, I found numerous discrepancies in the Perpetual Inventories.

## B. The May 31, 2023 Perpetual Inventory

53. Rapid Metals maintains a perpetual inventory report. The perpetual inventory reports I reviewed listed each coil by tag number (a specific identifier), cost of each coil, the facility where the coil is located at the quantity and other coils specifications. i. As each coils has its own tag number, each coil should have a quantity of 1 in the perpetual report.

54. In the perpetual inventories I reviewed, I found numerous items of inventory that had zero quantities assigned to them. These coils should also have a value of zero dollars or should

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

not be included in the inventory reports at all. The coils with zero quantities contained values that were included in the total value of inventory.

55.     I was provided a copy of the May 31, 2023 Perpetual Inventory. Rapid Metals' inventory is located at the places of business of more than 80 third-party steel (or aluminum) processors throughout the United States. I have been informed that Rapid Metals does not own or lease any of those facilities. Instead, it purchases steel or aluminum and has it processed (slit, galvanized, etc.) to a customer's specifications by those metals processors at their places of business. Those third-party processors store Rapid Metals' steel coils both before and after they do the processing for Rapid Metals.

56.     In reviewing the inventory listed on the May 31, 2023 Perpetual Inventory, I could not tie out the inventory for each individual location to the total report. The difference   was in the Hascall Steel Company's Nashville, Tennessee, location (referred to as "HASNA" on the Perpetual Inventories). The May 31, 2023 Perpetual Inventory listed 34 coils for which it showed quantities of "0," but it included dollar values for each of those coils inventory in the totals. The total value listed for the 34 coils was $1,130,037, and that amount was added to Rapid Metals' inventory collateral in the BBRs as of May 31, 2023.

57.     Ten of those coils are listed below. ("No Pcs" refers to the Number of Pieces, or coils, in this facility.)

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

| Mill Tag | Location | Tag No | Weight | | Value | Width | No Pcs | Gage | Product |
|----------|----------|--------|--------|---|-------|-------|--------|------|---------|
| 1333885 | HASNA | 211588 | 42,700.00 | $ | 32,636.98 | 60.00 | 0 | 0.064 | GALV |
| 1333890 | HASNA | 211595 | 42,450.00 | $ | 32,111.77 | 60.00 | 0 | 0.064 | GALV |
| 1333850 | HASNA | 211596 | 42,100.00 | $ | 34,321.23 | 60.00 | 0 | 0.079 | GALV |
| 1333855 | HASNA | 211597 | 40,100.00 | $ | 35,000.66 | 60.00 | 0 | 0.079 | GALV |
| 1333860 | HASNA | 211598 | 41,000.00 | $ | 31,478.69 | 60.00 | 0 | 0.079 | GALV |
| 1333861 | HASNA | 211599 | 42,070.00 | $ | 31,601.23 | 60.00 | 0 | 0.064 | GALV |
| 1333856 | HASNA | 211560 | 40,100.00 | $ | 32,688.96 | 60.00 | 0 | 0.064 | GALV |
| 1333871 | HASNA | 211566 | 42,050.00 | $ | 30,412.36 | 60.00 | 0 | 0.064 | GALV |
| 1333388 | HASNA | 211570 | 42,350.00 | $ | 31,111.88 | 60.00 | 0 | 0.079 | GALV |
| 1333390 | HASNA | 211577 | 49,885.00 | $ | 31,741.25 | 60.00 | 0 | 0.079 | GALV |

58.     The addition of the 34 coils listed with quantities of zero made HASNA the largest inventory location, with $1,839,514 in total inventory as of May 31, 2023.

59.     The $1,130,037 in coils with zero quantities was included as eligible inventory in the May 31, 2023 BBR provided to the bank, which had the effect of increasing the amount of available inventory collateral in the "Borrowing Base" under the Loan Agreement and increasing the amount Rapid Metals could borrow under the Loan Agreement.

60.     On the morning of Tuesday, June 27, 2023 (approximately 8:30 am), I informed Mr. Butler that we would be conducting a "test count" of the inventory at HASNA one day the following week (July 5, 2023, to July 7, 2023), as that was when a field examiner was available in Nashville. Mr. Butler asked me whether I could instead count inventory at a facility in Detroit, so that he could send his representative to assist me in the counts. I told him that I would be happy to perform a test count with his representative in Detroit, but that the bank would be conducting the test counts in Nashville because it had Rapid Metals' largest concentration of inventory as of May 31, 2023. He responded that under those circumstances I did not need to count inventory in Detroit. I told Mr. Butler that I needed to have contact information at Hascall Steel Company in Nashville for the facility manager: name, phone number, email address. Mr. Butler stated that he would provide this information to me.

7530292.1

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

61.     After speaking with Mr. Butler, I emailed Amy Garner at the Jabez Group on June 27, 2023, at 8:38 a.m. In that email, I provided her with the address for the facility and told her that I was waiting for Mr. Butler to provide me with a contact at the facility.

62.     On June 27, 2023, at 3:28 p.m., I emailed Mr. Butler again, with copies to Amy Garner at Jabez and Jang Kim, Steve Siravo and Tom Shearin at Bank of America, requesting a contact at the Nashville, Tennessee, facility for the test counts.

63.     On June 27, 2023, at 3:37 p.m. on June 27, 2023, Mr. Butler sent me an email stating: "yes trying to see who all will be there. Super short notice and a holiday week."

64.     When we perform test counts, we normally schedule test them for the week that we contact the facility or the following week at the latest. However, Mr. Butler failed to provide the contact information for the Nashville facility.

65.     On Friday, June 30, 2023, at the bank's request, Kurt Kalliomaa of KC Kallio, LLC, conducted test counts at Hascall Steel Company's Nashville facility on Friday, June 30, 2023. I provided Mr. Kalliomaa with the list of 34 coils with zero quantities as a part of the coils to be counted. He called me after completing the test counts to let me know that none of those 34 coils were at the facility.

66.     In an email I received from Mr. Kalliomaa email on July 2, 2023, he stated:

Management (at HASNA) advised that the coils were not in the possession of Hascall-Nashville. A review of random mill tags relating to these 34 coils was performed by plant manager Rob Carahan, *indicating many were never in possession of Hascall-Nashville. While some were in Hascall's possession at one time, that was 1½ to 2 years prior. Mr. Carahan confirmed none had been on site in Nashville over the past 1½ to 2 years*. [Emphasis added].

67.     A copy of that email is attached hereto as Exhibit F.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

C.    The June 23, 2023 Perpetual Inventory

68.    Dan Butler submitted a weekly BBR report for the week ended June 23, 2023, together with the supporting files to Jang Kim at 7:22 p.m. on June 27, 2023. I was copied on that email.

69.    I reviewed the June 23, 2023 Perpetual Inventory that was submitted with, and was incorporated into the weekly BBC as of June 23, 2023. I was again unable to reconcile the totals per location to the total report.

70.    In the June 23, 2023 Perpetual Inventory, the 34 coils with zero quantities and $1,130,037 in total value were no longer listed for the HASNA location, and the quantities on hand and dollars reconciled to the total for this location.

71.    The June 23, 2023 Perpetual Inventory included more zero-quantity coils spread out over four other separate locations: FERDE, FERSO, MAINL and PREVO locations, each of which referred to an independent third-party processor: $669,497.17 for FERDE, $558,996.14 for FERSO, $558,996.14 for MAINL, and $372,346.61 for PREVO.

72.    A summary of five coils at each of the four locations that now have overstated inventory values is shown below. "No Pcs" = the Number of Pieces, or coils in this facility.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

| Mill Tag | Location | Tag No | Weight | Value | Width | No Pcs | Gage | Product |
|----------|----------|--------|--------|-------|-------|--------|------|---------|
| 150202 | FERDE | 224151 | 40,500 | 25,650.50 | 48 | 0 | 0.071 | GALV |
| 150203 | FERDE | 224152 | 40,550 | 25,660.10 | 48 | 0 | 0.071 | GALV |
| 150210 | FERDE | 224158 | 41,960 | 27,005.32 | 48 | 0 | 0.071 | GALV |
| 150211 | FERDE | 224159 | 42,300 | 27,221.02 | 48 | 0 | 0.071 | GALV |
| 150216 | FERDE | 224160 | 43,580 | 28,500.25 | 48 | 0 | 0.071 | GALV |
| 45900801 | PREVO | 223118 | 40,500 | 25,650.50 | 72 | 0 | 0.058 | GALV |
| 45900802 | PREVO | 223120 | 40,550 | 25,660.10 | 72 | 0 | 0.058 | GALV |
| 45900810 | PREVO | 223121 | 41,960 | 27,005.32 | 72 | 0 | 0.058 | GALV |
| 45900811 | PREVO | 223200 | 42,300 | 27,221.02 | 72 | 0 | 0.058 | GALV |
| 45900820 | PREVO | 223201 | 43,580 | 28,500.25 | 72 | 0 | 0.058 | GALV |
| 911022581 | FERSO | 224600 | 44,000 | 30,705.20 | 55 | 0 | 0.088 | GALV |
| 911022560 | FERSO | 224601 | 44,150 | 33,566.85 | 55 | 0 | 0.088 | GALV |
| 911022566 | FERSO | 224630 | 44,200 | 30,723.65 | 55 | 0 | 0.088 | GALV |
| 911022567 | FERSO | 224603 | 44,500 | 33,021.80 | 55 | 0 | 0.088 | GALV |
| 911022570 | FERSO | 224604 | 46,850 | 38,024.21 | 55 | 0 | 0.088 | GALV |
| 197800 | MAINL | 212013 | 43,526 | 30,705.20 | 60 | 0 | 0.115 | GALV |
| 197801 | MAINL | 212014 | 43,542 | 33,566.85 | 60 | 0 | 0.115 | GALV |
| 197805 | MAINL | 212017 | 43,615 | 30,723.65 | 60 | 0 | 0.115 | GALV |
| 197806 | MAINL | 212022 | 40,109 | 33,021.80 | 60 | 0 | 0.115 | GALV |
| 197600 | MAINL | 212023 | 40,120 | 38,024.21 | 60 | 0 | 0.115 | GALV |

73.     In all, the 70 coils listed for the FERDE, PREVO, FERSO and MAINL locations added a total of $2,159,836 to the total value of the inventory in the June 23, 2023 Perpetual Inventory.   None of the zero-quantity items were listed for the HASNA location.

74.     There was duplication among certain of entries for zero-quantity inventory listed for different locations.  For example, the June 23, 2023 Perpetual Inventory showed $669,497.17 worth of zero quantity inventory at the FERDE location recorded, while it recorded $472,346.61 worth of zero quantity inventory at the PREVO location.  However, a subset of the same inventory values and weights recorded for the zero-quantity inventory at the FERDE location were also recorded as being at the PREVO location, despite differences in product specifications including widths and tag numbers:

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

## FERDE

| Tag No | Weight | Value | Width |
|--------|--------|-------|-------|
| 224151 | 40,500 | $ 25,650.50 | 48 |
| 224152 | 40,550 | $ 25,660.10 | 48 |
| 224158 | 41,960 | $ 27,005.32 | 48 |
| 224159 | 42,300 | $ 27,221.02 | 48 |
| 224160 | 43,580 | $ 28,500.25 | 48 |
| 224166 | 47,000 | $ 30,012.10 | 48 |
| 224188 | 47,100 | $ 31,100.23 | 48 |
| 224189 | 45,800 | $ 29,653.30 | 48 |
| 224194 | 46,950 | $ 30,200.30 | 48 |
| 224197 | 46,210 | $ 31,122.58 | 48 |
| 224198 | 43,280 | $ 30,254.21 | 48 |
| 224199 | 44,100 | $ 31,258.32 | 48 |
| 224202 | 43,980 | $ 29,658.41 | 48 |
| 224206 | 46,000 | $ 31,258.96 | 48 |
| 224209 | 45,870 | $ 32,312.32 | 48 |
| 223230 | 42,580 | $ 31,478.69 | 48 |
| 211588 | 42,700 | $ 32,636.98 | 48 |
| 211595 | 42,450 | $ 32,111.77 | 48 |
| 211596 | 42,100 | $ 34,321.23 | 48 |
| 211597 | 40,100 | $ 35,000.66 | 48 |
| 211598 | 41,000 | $ 31,478.69 | 48 |
| 211599 | 42,070 | $ 31,601.23 | 48 |

## PREVO

| Tag No | Weight | Value | Width |
|--------|--------|-------|-------|
| 223118 | 40,500 | $25,650.50 | 72 |
| 223120 | 40,550 | $25,660.10 | 72 |
| 223121 | 41,960 | $27,005.32 | 72 |
| 223200 | 42,300 | $27,221.02 | 72 |
| 223201 | 43,580 | $28,500.25 | 72 |
| 223202 | 47,000 | $30,012.10 | 72 |
| 223206 | 47,100 | $31,100.23 | 72 |
| 223208 | 45,800 | $29,653.30 | 72 |
| 223209 | 46,950 | $30,200.30 | 72 |
| 223210 | 46,210 | $31,122.58 | 72 |
| 223211 | 43,280 | $30,254.21 | 72 |
| 223212 | 44,100 | $31,258.32 | 72 |
| 223220 | 43,980 | $29,658.41 | 72 |
| 223221 | 46,000 | $31,258.96 | 72 |
| 223228 | 45,870 | $32,312.32 | 72 |
| 223230 | 42,580 | $31,478.69 | 72 |

75.     Additionally, at the FERSO, MAINL, and MISPR[2] locations, each location showed $558,996.14 in zero-quantity inventory entries, and the weights and value of inventory were, as in the last example, the same between the three locations, as illustrated by the tables below:

## FERSO

| Tag No | Weight | Value | Width |
|--------|--------|-------|-------|
| 224600 | 44,000 | $30,705.20 | 55 |
| 224601 | 44,150 | $33,566.85 | 55 |
| 224630 | 44,200 | $30,723.65 | 55 |
| 224603 | 44,500 | $33,021.80 | 55 |
| 224604 | 46,850 | $38,024.21 | 55 |
| 224609 | 47,100 | $38,041.01 | 55 |
| 224606 | 47,520 | $39,985.63 | 55 |

## MAINL

| Tag No | Weight | Value | Width |
|--------|--------|-------|-------|
| 212013 | 43,526 | $30,705.20 | 60 |
| 212014 | 43,542 | $33,566.85 | 60 |
| 212017 | 43,615 | $30,723.65 | 60 |
| 212022 | 40,109 | $33,021.80 | 60 |
| 212023 | 40,120 | $38,024.21 | 60 |
| 216968 | 44,500 | $38,041.01 | 60 |
| 215647 | 44,650 | $39,985.63 | 60 |

[2] $558,996.14 of zero-quantity inventory was listed in individual entries for the location referred to as MISPR. However, those entries were omitted from the location total for MISPR and from the total inventory listed on the June 23, 2023 Perpetual Inventory.

7530292.1

27

| Tag No | Weight | Value | Width | Tag No | Weight | Value | Width |
|---|---|---|---|---|---|---|---|
| 224610 | 46,300 | $37,112.36 | 55 | 215367 | 43,150 | $37,112.36 | 60 |
| 224623 | 45,850 | $39,582.36 | 55 | 215638 | 43,020 | $39,582.36 | 48 |
| 224625 | 46,500 | $37,121.36 | 55 | 215919 | 40,050 | $37,121.36 | 48 |
| 224646 | 44,180 | $33,562.36 | 55 | 215474 | 42,070 | $33,562.36 | 48 |
| 224647 | 43,650 | $32,636.98 | 55 | 215969 | 42,700 | $32,636.98 | 48 |
| 224645 | 42,700 | $32,111.77 | 55 | 215747 | 42,450 | $32,111.77 | 48 |
| 224696 | 43,690 | $36,321.25 | 55 | 215888 | 44,100 | $36,321.25 | 48 |
| 224690 | 45,140 | $35,000.66 | 55 | 215411 | 43,200 | $35,000.66 | 48 |
| 224688 | 42,750 | $31,478.69 | 55 | 215101 | 41,000 | $31,478.69 | 48 |

**MISPR**

| Tag No | Weight | Value | Width |
|---|---|---|---|
| 224505 | 43,526 | $30,705.20 | 66.8 |
| 224502 | 43,542 | $33,566.85 | 66.8 |
| 224501 | 43,615 | $30,723.65 | 66.8 |
| 224506 | 40,109 | $33,021.80 | 66.8 |
| 224510 | 40,120 | $38,024.21 | 66.8 |
| 224511 | 44,500 | $38,041.01 | 66.8 |
| 224513 | 44,650 | $39,985.63 | 66.8 |
| 224516 | 43,150 | $37,112.36 | 66.8 |
| 224519 | 43,020 | $39,582.36 | 66.8 |
| 224520 | 40,050 | $37,121.36 | 66.8 |
| 224526 | 42,070 | $33,562.36 | 66.8 |
| 224528 | 42,700 | $32,636.98 | 66.8 |
| 224531 | 42,450 | $32,111.77 | 66.8 |
| 224536 | 44,100 | $36,321.25 | 66.8 |
| 224538 | 43,200 | $35,000.66 | 66.8 |
| 224540 | 41,000 | $31,478.69 | 66.8 |

**D.**    **The April 30, 2023, June 9, 2023, and June 16, 2023 Perpetual Inventories**

76.    In addition, I reviewed the April 30, 2023 Perpetual Inventory which did not list any coils with zero quantities.

77.    I also reviewed the June 9, 2023 Perpetual Inventory and the June 16, 2023 Perpetual Inventory submitted along with the weekly BBRs as of those dates. Both show the same 34 coils with zero quantities and a total value of $1,130,037 in the HASNA location that was reported in the May 31, 2023 Perpetual Inventory.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

78.     In summary, overstated inventory values appear to have started with the May 31, 2023 Perpetual Inventory and the addition of $1,130,037 at the HASNA location, and to have continued in the June 9, 2023 Perpetual Inventory and the June 16, 2023 Perpetual Inventory. Overstated inventory was almost doubled to $2,159,836 in the June 23, 2023 Perpetual Inventory, and spread across multiple locations rather than just one location. None of the four locations with zero quantities of inventory were the largest locations in the June 23, 2023 Perpetual Inventory.

## V.     I ACQUIRED THE COMERICA ACCOUNT STATEMENTS

79.     Mr. Butler provided me with certain account statements for Rapid Metals' deposit account at Comerica Bank, which I provided to Bank of America. Copies of the statements showing those amounts are attached hereto as "Exhibit G."

_Denise Docal_
Denise Docal

Sworn to before me this

_6 th_ day of July, 2023

_Donna Lynn Bragg_
Notary Public

DONNA LYNN BRAGG
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Jun 25, 2025
ACTING IN COUNTY OF Oakland

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

# Exhibit A
## (Invoice 7155919 and Documents)

Document Submitted for Filing to MI Oakland County 6th Circuit Court.



**RAPID METALS**
7031 ORCHARD LAKE RD.
SUITE #203
WEST BLOOMFIELD, MI 48322
Phone: (248) 855-9100

#12

log # dentch match

| INVOICE |
|---|

Invoice Number: 7155919
Invoice Date......: 4/26/2023
Page: 1 of 1

| Bill To: | Ship To: | Remit To: |
|---|---|---|
| ESSEX WELD SOLUTIONS<br>340 ALLEN AVE<br>ESSEX, ONTARIO N8M 3G6 | ESSEX LEAMINGTON<br>50 VICTORIA AVE NORTH<br>LEAMINGTON, ONTARIO N8H 2W<br>CANADA<br>Phone: (519) 776-9153 | 7031 ORCHARD LAKE RD.<br>SUITE #203 (NEW SUITE)<br>WEST BLOOMFIELD, MI 48322 |

| | | |
|---|---|---|
| Cust I.D..: ESSWE | Ship Via.: N.M. TRANSTECH TRANS | P.O. Number..:5368-11729-0 |
| Ship Date.: 3/17/2023 | Terms....: | Job Order No: 128610 |
| Due Date.: 5/26/2023 | FOB......: LEAMINGTON, ONTARIO, | Salesperson..: GLENN JASKULA |

| Item | Item Description | No PCS | Weight | Price | UOM | Net Due |
|---|---|---|---|---|---|---|
| 1 | 2.50 NOM X 60.000 X  96.000 HRB<br>TAG#: I40587559<br>PART# 2.50 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 2 | 10,070 | 275.000 | CWT | 27,692.50 |
| 2 | 2.50 NOM X 60.000 X  96.000 HRB<br>TAG#: I40587560<br>PART# 2.50 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 2 | 10,070 | 275.000 | CWT | 27,692.50 |
| 3 | 2.50 NOM X 60.000 X  96.000 HRB<br>TAG#: I40587561<br>PART#  2.50 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 2 | 10,070 | 275.000 | CWT | 27,692.50 |
| 4 | 2.50 NOM X 60.000 X  96.000 HRB<br>TAG#: I40587562<br>PART#  2.50 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 2 | 10,070 | 275.000 | CWT | 27,692.50 |
| 5 | FREIGHT | 1 | | | LOT | 371.35 |
| **Grand Totals** | | **8** | **40,280** | | | **111,141.35** |

20-0957672
BOL: 37523

Disclaimer

**INVOICE TOTAL (USD):**   **111,141.35**

The sole and exclusive terms and conditions of purchase and sale (the "Terms and Conditions") are available at www.rapidmetals.com or upon
request from Rapid Metals, LLC. It is the responsibility of Buyer to obtain a copy of Rapid Metals, LLC's Terms and Conditions. By acceptance of
this order Buyer accepts the Terms and Conditions and agrees that the Terms and Conditions govern the relationship between the parties.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

## STRAIGHT BILL OF LADING. - SHORT FORM - ORIGINAL - NOT NEGOTIABLE

CARRIER: UNKNOWN (SCAC: ZZZZ) Veh ID: 37523

274760-1

RECEIVED, subject to the classification and tariffs in effect on the date of the issue of this Bill of Lading.

**F  FERROUSOUTH (9214)(035543474)**
**R  38 C.R. 370**
**M  IUKA, MS 38852**

*** Ship Tally ***
Page 1 of 1

MASTER BOL NO:
274760

Date: 03/21/23   09:38

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Official, Southern, Western and Illinois Freight Classifications in effect on the date hereof, if this is a rail or a rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns

**CONSIGNEE (146213074)**
**RAPID METALS, LLC**
**7031 ORCHARD LAKE RD SUITE #101**
**WEST BLOOMFIELD, MI 48322**

Ship Ord: 164759
PO/Rls: 128610

WO:
164759

SHP DUNS:  777777707

**CONSIGNOR (146213074)**
**RAPID METALS, LLC**
**7031 ORCHARD LAKE RD SUITE #101**
**WEST BLOOMFIELD, MI 48322**

S
H  CALL DISPATCH
I
P

BILL FRT TO: RAPID METALS, LLC, 7031 ORCHARD LAKE RD SUITE #101, WEST BLOOMFIELD, MI, 48322

Mode: TRUCK    Nbr of Pkgs:  4    Gross Wgt: 40280    Net Wgt: 40280    Shp: COMPLETE
BOL Comments: REL 37523 // FS 274760 // CPO 5367-11729-0
Tally Cmnts:

Desc:

Pckg:  2 PCS PER LIFT W/ 15000# MAX // 3X3 OR 2X2 RUNEERS

Ship:  FORKLIFT SIDE UNLOADING

| Material ID | Cust Matl ID | Lin-Ft/Pcs | Net Wt | Actual Size(G x W x L) |
|---|---|---|---|---|
| I40587553 | 4666738 | 2 | 10070 | 2.500 X 60.000 X 96.000 |
| Rcpt Tag: 910868336 | | | | |
| Part Nbr: 2.5X60X96 HRB | | Cust PO: 5368-11729-0 | | |
| I40587554 | 4666738 | 2 | 10070 | 2.500 X 60.000 X 96.000 |
| Rcpt Tag: 910868336 | | | | |
| Part Nbr: 2.5X60X96 HRB | | Cust PO: 5368-11729-0 | | |
| I40587555 | 4666738 | 2 | 10070 | 2.500 X 60.000 X 96.000 |
| Rcpt Tag: 910868336 | | | | |
| Part Nbr: 2.5X60X96 HRB | | Cust PO: 5368-11729-0 | | |
| I40587556 | 4666738 | 2 | 10070 | 2.500 X 60.000 X 96.000 |
| Rcpt Tag: 910868336 | | | | |
| Part Nbr 2.5X60X96 HRB | | Cust PO: 5368-11729-0 | | |

| In: | Scheduled: | *** TARP LOAD *** | Out: TOTAL 40280 | Door: |
|---|---|---|---|---|

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: "The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges."

Signature of Consignor _____

If charges are to be prepaid, write or stamp here, "To be Prepaid."

**PREPAID**

Received $ _____
To apply in prepayment of the charges on the property described hereon.

Agent or Cashier _____

Per _____
(The signature here acknowledges only the amount prepaid.)

Charges Advanced $ _____

The F.B/L boxes used for this shipment conform to the specifications set forth in the box maker's certificate thereon and all other requirements of Consolidated Freight Classification.

"Shipper's imprint in lieu of stamp; not a part of bill of lading approved by the Department of Transportation"

This is to certify that the above named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
NOTE  Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of this property.

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____

Inspector: _____    DRIVER: _____    DATE: _____    Customer: _____

BOL#: 274760

OFFICE

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

# Exhibit B

(Invoice 7155920 and Documents)

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**RAPID METALS**

7031 ORCHARD LAKE RD.
SUITE #203
WEST BLOOMFIELD, MI 48322
Phone: (248) 855-9100

*handwritten: # 13, 2nd Dec? BOL #1, 201 Pieces Inv. 265 Cust-Pu*

| Bill To: | Ship To: | REMIT TO: |
|---|---|---|
| ESSEX WELD SOLUTIONS<br>340 ALLEN AVE<br>ESSEX, ONTARIO N8M 3G6 | ESSEX LEAMINGTON<br>50 VICTORIA AVE NORTH<br>LEAMINGTON, ONTARIO N8H 2W<br>CANADA<br>Phone: (519) 776-9153 | 7031 ORCHARD LAKE RD.<br>SUITE #203 (NEW SUITE)<br>WEST BLOOMFIELD, MI 48322 |

Cust I.D..: ESSWE
Ship Date.: 4/05/2023
Due Date.: 5/26/2023

Ship Via.: SANDY BAY FREIGHT BR
Terms....:
FOB......: LEAMINGTON, ONTARIO,

P.O. Number..:5368-11729-0
Job Order No: 128790, 128610
Salesperson..: GLENN JASKULA

| Item | Item Description | No PCS | Weight | Price | UOM | Net Due |
|---|---|---|---|---|---|---|
| 1 | 0.188 NOM X 60.000 X  96.000 HRB<br>TAG#: 1111594<br>PART# .1875 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 16 | 4,750 | 1.65000 | CWT | 7,837.50 |
| 2 | 0.188 NOM X 60.000 X  96.000 HRB<br>TAG#: 1111595<br>PART# .1875 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 16 | 4,750 | 1.65000 | CWT | 7,837.50 |
| 3 | 0.188 NOM X 60.000 X  96.000 HRB<br>TAG#: 1111596<br>PART# .1875 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 16 | 4,750 | 1.65000 | CWT | 7,837.50 |
| 4 | 0.188 NOM X 60.000 X  96.000 HRB<br>TAG#: 1111597<br>PART# .1875 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 16 | 4,750 | 1.65000 | CWT | 7,837.50 |
| 5 | 0.188 NOM X 60.000 X  96.000 HRB<br>TAG#: 1111598<br>PART# .1875 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 16 | 4,750 | 1.65000 | CWT | 7,837.50 |
| | **Sub Totals** | 80 | 23,750 | | | 39,187.50 |

*handwritten: ⌀ 78.38*

CONTINUED:

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

psdata cc invoice 9



**RAPID METALS**
7031 ORCHARD LAKE RD.
SUITE #203
WEST BLOOMFIELD, MI 48322
Phone: (248) 855-9100

**Bill To:**
ESSEX WELD SOLUTIONS
340 ALLEN AVE
ESSEX, ONTARIO N8M 3G6

**Ship To:**
ESSEX LEAMINGTON
50 VICTORIA AVE NORTH
LEAMINGTON, ONTARIO N8H 2W
CANADA
Phone: (519) 776-9153

**REMIT TO:**
7031 ORCHARD LAKE RD.
SUITE #203 (NEW SUITE)
WEST BLOOMFIELD, MI 48322

Cust I.D..: ESSWE
Ship Date.: 4/05/2023
Due Date.: 5/26/2023

Ship Via.: SANDY BAY FREIGHT BR
Terms....:
FOB......: LEAMINGTON, ONTARIO,

P.O. Number..:5368-11729-0
Job Order No: 128790, 128610
Salesperson..: GLENN JASKULA

| Item | Item Description | No PCS | Weight | Price | UOM | Net Due |
|------|-----------------|--------|--------|-------|-----|---------|
| 6 | 0.188 NOM X 60.000 X 96.000 HRB<br>TAG#: 1111599<br>PART# .1875 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 16 | 4,750 | 1.65000 | CWT | 7,837.50 |
| 7 | 0.188 NOM X 60.000 X 96.000 HRB<br>TAG#: 1111600<br>PART# .1875 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 16 | 4,750 | 1.65000 | CWT | 7,837.50 |
| 8 | 0.188 NOM X 60.000 X 96.000 HRB<br>TAG#: 1111602<br>PART# .1875 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 16 | 4,750 | 1.65000 | CWT | 7,837.50 |
| 9 | 0.188 NOM X 60.000 X 96.000 HRB<br>TAG#: 1111604<br>PART# .1875 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 16 | 4,750 | 1.65000 | CWT | 7,837.50 |
| 10 | 0.188 NOM X 60.000 X 96.000 HRB<br>TAG#: 1111608<br>PART# .1875 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 16 | 4,750 | 1.65000 | CWT | 7,837.50 |
| | **Sub Totals** | **160** | **47,500** | | | **78,375.00** |

CONTINUED:

psdata cc.invoice 9

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**RAPID METALS**

7031 ORCHARD LAKE RD.
SUITE #203
WEST BLOOMFIELD, MI 48322
Phone: (248) 855-9100

| Bill To: | Ship To: | REMIT TO: |
|---|---|---|
| ESSEX WELD SOLUTIONS<br>340 ALLEN AVE<br>ESSEX, ONTARIO N8M 3G6 | ESSEX LEAMINGTON<br>50 VICTORIA AVE NORTH<br>LEAMINGTON, ONTARIO N8H 2W<br>CANADA<br>Phone: (519) 776-9153 | 7031 ORCHARD LAKE RD.<br>SUITE #203 (NEW SUITE)<br>WEST BLOOMFIELD, MI 48322 |

Cust I.D.: ESSWE    Ship Via: SANDY BAY FREIGHT BR    P.O. Number...: 5368-11729-0
Ship Date: 4/05/2023    Terms....:    Job Order No: 128790, 128610
Due Date.: 5/26/2023    FOB......: LEAMINGTON, ONTARIO,    Salesperson..: GLENN JASKULA

| Item | Item Description | No PCS | Weight | Price | UOM | Net Due |
|---|---|---|---|---|---|---|
| 11 | 0.188 NOM X 60.000 X 96.000 HRB<br>TAG#: 1111610<br>PART# .1875 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 16 | 4,750 | 1.65000 | CWT | 7,837.50 |
| 12 | 0.188 NOM X 60.000 X 96.000 HRB<br>TAG#: 1111612<br>PART# .1875 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 16 | 4,750 | 1.65000 | CWT | 7,837.50 |
| 13 | 0.188 NOM X 60.000 X 96.000 HRB<br>TAG#: 1111605<br>PART# .1875 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 9 | 2,675 | 1.65000 | CWT | 4,280.00 |
| 14 | 0.188 NOM X 60.000 X 96.000 HRB<br>TAG#: I40587557<br>PART# .1875 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 16 | 5,070 | 1.65000 | CWT | 8,365.50 |
| 15 | 0.188 NOM X 60.000 X 96.000 HRB<br>TAG#: I40587555<br>PART# .1875 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 16 | 5,070 | 1.65000 | CWT | 8,365.50 |
| | Sub Totals | 233 | 69,815 | | | 115,061.00 |

#4.14

CONTINUED:

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

psdata cc invoice 9



RAPID METALS
7031 ORCHARD LAKE RD.
SUITE #203
WEST BLOOMFIELD, MI 48322
Phone: (248) 855-9100

| Bill To: | Ship To: | REMIT TO: |
|---|---|---|
| ESSEX WELD SOLUTIONS<br>340 ALLEN AVE<br>ESSEX, ONTARIO N8M 3G6 | ESSEX LEAMINGTON<br>50 VICTORIA AVE NORTH<br>LEAMINGTON, ONTARIO N8H 2W<br>CANADA<br>Phone: (519) 776-9153 | 7031 ORCHARD LAKE RD.<br>SUITE #203 (NEW SUITE)<br>WEST BLOOMFIELD, MI 48322 |

Cust I.D..: ESSWE
Ship Date.: 4/05/2023
Due Date.: 5/26/2023

Ship Via.: SANDY BAY FREIGHT BR
Terms ...:
FOB......: LEAMINGTON, ONTARIO,

P.O. Number..:5368-11729-0
Job Order No: 128790, 128610
Salesperson..: GLENN JASKULA

| Item | Item Description | No PCS | Weight | Price | UOM | Net Due |
|---|---|---|---|---|---|---|
| 16 | 0.188 NOM X 60.000 X 96.000 HRB<br>TAG#: I40587556<br>PART# .1875 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 16 | 5,070 | 1.65000 | CWT | 8,365.50 |
| 17 | 0.188 NOM X 60.000 X 96.000 HRB<br>TAG#: I40587554<br>PART# .1875 X 60" X 96" HRB<br>CUST PO: 5368-11729-0 | 16 | 5,070 | 1.65000 | CWT | 8,365.50 |
| | **Grand Totals** | **265** | **79,955** | | | **135,140.30** |

20-0957672
BOL: 37894

Disclaimer

INVOICE TOTAL (USD):     135,140.30

The sole and exclusive terms and conditions of purchase and sale (the "Terms and Conditions") are available at www.rapidmetals.com or upon request from Rapid Metals, LLC. It is the responsibility of Buyer to obtain a copy of Rapid Metals, LLC's Terms and Conditions. By acceptance of this order, Buyer accepts the Terms and Conditions and agrees that the Terms and Conditions govern the relationship between the parties.

psdata cc invoice 9

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

STRAIGHT BILL OF LADING — SHORT FORM — ORIGINAL - NON NEGOTIABLE

| RELEASE NO:<br>RAPME-202304 | CUSTOMER PO:<br>128790 | BILL OF LADING<br>**3036027** |
|---|---|---|
| SUPPLIER NO: | MANIFEST NO: | Page: 1 of 1 |

SHIP-TO INSTRUCTIONS

**ISSUED BY:**
RAPID METALS
7031 ORCHARD LAKE RD
STE #101
WEST BLOOMFIELD, MI 48322
Phone:

**SHIP TO:**
RAPID METALS
RELEASE FOR YOUR PICKUP
CPU, MI CPU
USA

Contact:
Phone:

| NAME OF CARRIER | TRUCK NO. | DROP OFF NO. | PRO BILL NO. |
|---|---|---|---|
| ICI CARRIERS | 266 | | |

| DATE SHIPPED | FREIGHT | F.O.B. |
|---|---|---|
| 4/05/2023 | | |

Subject to Section 7 of conditions of applicable bill of lading. If this shipment is to be delivered to the lading. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of the shipment without payment of freight and other lawful charges

(Signature of Consignor)

SO #: -   PO#:128790

PART #:.1875 X 60 X 96 HRB

PART DESC : .1875 X 60.00 X 96.00 HRB

| TAG # | STO TAG # | MILL TAG # | HEAT NO. | # PCS | WEIGHT IN KGs | | | WEIGHT IN LBs | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | NET | TARE | GROSS | NET | TARE | GROSS |
| 1111594 | 1104264-A01-A01415129 | 843Y45113 | 16 | 2,155 | 18 | 2,173 | 4,750 | 40 | 4,790 |
| 1111595 | 1104264-A01-A01415129 | 843Y45113 | 16 | 2,155 | 18 | 2,173 | 4,750 | 40 | 4,790 |
| 1111596 | 1104264-A01-A01415129 | 843Y45113 | 16 | 2,155 | 18 | 2,173 | 4,750 | 40 | 4,790 |
| 1111597 | 1104264-A01-A01415129 | 843Y45113 | 16 | 2,155 | 18 | 2,173 | 4,750 | 40 | 4,790 |
| 1111598 | 1104264-A01-A01415129 | 843Y45113 | 16 | 2,155 | 18 | 2,173 | 4,750 | 40 | 4,790 |
| 1111599 | 1104264-A01-A01415129 | 843Y45113 | 16 | 2,155 | 18 | 2,173 | 4,750 | 40 | 4,790 |
| 1111600 | 1104264-A01-A01415129 | 843Y45113 | 16 | 2,155 | 18 | 2,173 | 4,750 | 40 | 4,790 |
| 1111602 | 1104264-A01-A01415129 | 843Y45113 | 16 | 2,155 | 18 | 2,173 | 4,750 | 40 | 4,790 |
| 1111604 | 1104264-A01-A01415129 | 843Y45113 | 16 | 2,155 | 18 | 2,173 | 4,750 | 40 | 4,790 |
| 1111605 | 1104264-A01-A01415129 | 843Y45113 | 9 | 1,213 | 18 | 1,231 | 2,675 | 40 | 2,715 |
| 1111608 | 1104264-A01-A01415129 | 843Y45113 | 16 | 2,155 | 18 | 2,173 | 4,750 | 40 | 4,790 |
| 1111610 | 1104264-A01-A01415129 | 843Y45113 | 16 | 2,155 | 18 | 2,173 | 4,750 | 40 | 4,790 |
| 1111612 | 1104264-A01-A01415129 | 843Y45113 | 16 | 2,155 | 18 | 2,173 | 4,750 | 40 | 4,790 |
| **SUBTOTALS** | 13 | | | 201 | 27,073 | 234 | 27,307 | 59,675 | 520 | 60,195 |
| **TOTALS** | 13 | | | 201 | 27,073 | 234 | 27,307 | 59,675 | 520 | 60,195 |
| | | | | | (WEIGHT IN KGs) | | | (WEIGHT IN LBs) | | |

Special Instructions:

RAPME

**LOAD MUST BE TARPED & PROPERLY SECURE TO MEET FEDERAL MOTOR CARRIER SAFETY REGULATIONS**
**ALL DRIVERS MUST WEAR HARD HAT, SAFETY BOOTS AND SAFETY GLASSES IN THE PLANT**

THIS SHIPMENT IS
**CLASS 50 - STEEL**

MAXIMUM LEGAL PAYLOAD
_____ lbs
I CERTIFY THE ABOVE WEIGHT'S CORRECT

DRIVER _____

AGENT _____

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

# Exhibit C
(Invoice 7155584 and Documents)

Document Submitted for Filing to MI Oakland County 6th Circuit Court.



RAPID
METALS
7031 ORCHARD LAKE RD.
SUITE #203
WEST BLOOMFIELD, MI 48322
Phone: (248) 855-9100

*#9*

| INVOICE |
| --- |

Invoice Number: 7155584
Invoice Date......: 4/05/2023
Page: 1 of 1

**Bill To:**
MIAMI VALLEY STEEL SERVICE INC
201 FOX DR.
PIQUA, OH 45356

**Ship To:**

**REMIT TO:**
7031 ORCHARD LAKE RD.
SUITE #203 (NEW SUITE)
WEST BLOOMFIELD, MI 48322

Cust I.D..: MIAMI
Ship Date.: 4/05/2023
Due Date.: 5/05/2023

Ship Via.:
Terms.....: N30
FOB.......: CPU

P.O. Number..:093501
Job Order No: 128314
Salesperson..: VICTOR JOHNSON

| Item | Item Description | No PCS | Weight | Price | UOM | Net Due |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 0.043 MIN X 60.000 X CL CR<br>TAG#: 223563<br>CUST PO: 093501 | 1 | 37,440 | 60.9500 | CWT | 22,819.68 |
| 2 | 0.043 MIN X 60.000 X CL CR<br>TAG#: 223564<br>CUST PO: 093501 | 1 | 37,180 | 60.9500 | CWT | 22,661.21 |
| 3 | 0.043 MIN X 60.000 X CL CR<br>TAG#: 223567<br>CUST PO: 093501 | 1 | 47,680 | 60.9500 | CWT | 29,060.96 |
| 4 | 0.043 MIN X 60.000 X CL CR<br>TAG#: 223568<br>CUST PO: 093501 | 1 | 48,120 | 60.9500 | CWT | 29,329.14 |
| **Grand Totals** | | **4** | **170,420** | | | **103,870.99** |

20-0957672
BOL: 37915

Disclaimer
The sole and exclusive terms and conditions of purchase and sale (the "Terms and Conditions") are available at www.rapidmetals.com or upon request from Rapid Metals, LLC. It is the responsibility of Buyer to obtain a copy of Rapid Metals, LLC's Terms and Conditions. By acceptance of this order, Buyer accepts the Terms and Conditions and agrees that the Terms and Conditions govern the relationship between the parties.

**INVOICE TOTAL (USD):    103,870.99**

psdata cc invoice.9

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

UNITED 1ONE                                                          639751

ALPINE STEEL PROCESSING, LLC                                         RAPME
9301 CENTRAL
DETROIT, MI  48204

                                                    Page# 1
                                                    SHIP DATE 4/13/23

SOLD TO:  RAPID METALS, LLC.          SHIP TO:  RAPID METALS, LLC.
          7031 ORCHARD LAKE RD STE 303           7031 ORCHARD LAKE RD STE 303
          WEST BLOOMFIELD, MI. 48322             WEST BLOOMFIELD, MI. 48322

| TAG# | SKIDS | PIECES | WEIGHT | TARE | GROSS | HEAT# | MILL COIL# |
|------|-------|--------|--------|------|-------|-------|------------|
| POE | | | | | | SOB | |
| | | CR | .0430 | | 60.25 | X COIL | |
| 223564 | 1 | 1 | 37180 | | 37180 | | TDJ1514 |
| SUBTOTAL-> | 1 | 1 | 37180 | | 37180 | | |
| | | CR | .0430 | | 60.25 | X COIL | |
| 223568 | 1 | 1 | 48120 | | 48120 | | TDJ5815 |
| SUBTOTAL-> | 1 | 1 | 48120 | | 48120 | | |
| TOTAL-> | 2 | 2 | 85300 | | 85300 | | |

DRIVER SIGNATURE----

PLANT SIGNATURE----

(10F10-0)

* * * ALL MATERIAL MUST BE TARPED * * *

THE PROPERTY ABOVE IS IN APPARENT GOOD ORDER, EXCEPT AS NOTED.  IT IS THE
RESPONSIBILITY OF THE DRIVER AND THE COMPANY THEY REPRESENT TO ENSURE THE
VEHICLE PROVIDED MEETS THE REQUIREMENTS FOR THE LOAD, IS PROPERLY SECURED
AND IS ROUTINELY INSPECTED AFTER LEAVING OUR FACILITY.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

# Exhibit D
## (Invoice 7155344 and Documents)

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

 **RAPID METALS**

7031 ORCHARD LAKE RD.
SUITE #203
WEST BLOOMFIELD, MI 48322
Phone: (248) 855-9100

## INVOICE

Invoice Number: 7155344
Invoice Date......: 3/22/2023
Page: 1 of 2

| Bill To: | Ship To: | REMIT TO: |
|---|---|---|
| UNIVERSAL METALS LLC<br>805 CHICAGO ST.<br>TOLEDO, OH 43611 | | 7031 ORCHARD LAKE RD.<br>SUITE #203 (NEW SUITE)<br>WEST BLOOMFIELD, MI 48322 |

Cust I.D.: UNIME  Ship Via:
Ship Date: 3/21/2023  Terms: N30
Due Date: 4/21/2023  FOB: CPU

P.O. Number..:34504
Job Order No: 128674
Salesperson..: DAN BUTLER

| Item | Item Description | No PCS | Weight | Price | UOM | Net Due |
|---|---|---|---|---|---|---|
| 1 | 0.047 NOM X 60.000 X CL GALV<br>TAG#: 5300441<br>CUST PO: 34504 | 1 | 45,000 | 62.9500 | CWT | 28,327.50 |
| 2 | 0.047 NOM X 60.000 X CL GALV<br>TAG#: 5300446<br>CUST PO: 34504 | 1 | 40,200 | 62.9500 | CWT | 25,305.90 |
| 3 | 0.047 NOM X 60.000 X CL GALV<br>TAG#: 5300999<br>CUST PO: 34504 | 1 | 44,080 | 62.9500 | CWT | 27,748.36 |
| 4 | 0.047 NOM X 60.000 X CL GALV<br>TAG#: 5301016<br>CUST PO: 34504 | 1 | 45,480 | 62.9500 | CWT | 28,629.66 |
| 5 | 0.047 NOM X 60.000 X CL GALV<br>TAG#: 5301003<br>CUST PO: 34504 | 1 | 42,840 | 62.9500 | CWT | 26,967.78 |
| 6 | 0.047 NOM X 60.000 X CL GALV<br>TAG#: 5301009<br>CUST PO: 34504 | 1 | 45,940 | 62.9500 | CWT | 28,919.23 |
| 7 | 0.047 NOM X 60.000 X CL GALV<br>TAG#: 5301011<br>CUST PO: 34504 | 1 | 45,040 | 62.9500 | CWT | 28,352.68 |
| | **Sub Totals** | **7** | **308,580** | | | **194,251.11** |

CONTINUED:

Invoice #6  pg 1 of 2

Document Submitted for Filing to MI Oakland County 6th Circuit Court.



**RAPID METALS**
7031 ORCHARD LAKE RD.
SUITE #203
WEST BLOOMFIELD, MI 48322
Phone: (248) 855-9100

| Bill To: | Ship To: | REMIT TO: |
| --- | --- | --- |
| UNIVERSAL METALS LLC<br>805 CHICAGO ST.<br>TOLEDO OH 43611 | | 7031 ORCHARD LAKE RD.<br>SUITE #203 (NEW SUITE)<br>WEST BLOOMFIELD, MI 48322 |

| | | | |
| --- | --- | --- | --- |
| Cust I.D. : UNIME | Ship Via : | P.O. Number..:34504 | |
| Ship Date: 3/21/2023 | Terms ... N30 | Job Order No: 128674 | |
| Due Date.: 4/21/2023 | FOB ..... CPU | Salesperson..: DAN BUTLER | |

| Item | Item Description | No PCS | Weight | Price | UOM | Net Due |
| --- | --- | --- | --- | --- | --- | --- |
| 8 | 0.047 NOM X 60.000 X CL GALV<br>TAG#: 5301020<br>CUST PO: 34504 | 1 | 48.320 | 62.9500 | CWT | 30,417.44 |
| 9 | 0.047 NOM X 60.000 X CL GALV<br>TAG#: 5303088<br>CUST PO: 34504 | 1 | 46.680 | 62.9500 | CWT | 29,385.06 |
| 10 | 0.047 NOM X 60.000 X CL GALV<br>TAG#: 5303092<br>CUST PO: 34504 | 1 | 45.900 | 62.9500 | CWT | 28,894.05 |
| **Grand Totals** | | **10** | **449,480** | | | **282,947.66** |

20-0957672
BOL: 37617

Disclaimer

The sole and exclusive terms and conditions of purchase and sale (the "Terms and Conditions") are available at www.rapidmetals.com or upon request from Rapid Metals, LLC. It is the responsibility of Buyer to obtain a copy of Rapid Metals, LLC's Terms and Conditions. By acceptance of this order, Buyer accepts the Terms and Conditions and agrees that the Terms and Conditions govern the relationship between the parties.

**INVOICE TOTAL (USD):     282,947.66**

psdata.cc/invoice 9

#6 Page 202

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

CERTIFICATION

Invoice: 823080446
Date: 03/21/23

Ship-To: (7824)
UNIVERSAL METALS, LLC -
805 CHICAGO ST TOLEDO OH
43611

Ordered By: (11825)
RAPID METALS, LLC (W)
7031 ORCHARD LAKE RD #101
WEST BLOOMFIELD, MI  48322

Bill-To: (11825)
RAPID METALS, LLC (W)
7031 ORCHARD LAKE RD #101
WEST BLOOMFIELD, MI  48322

| Order | Rls | Frt | Customer P.O. | Gauge | Tolerance | Quality |
|-------|-----|-----|---------------|-------|-----------|---------|
| 435080032 | 1 | COL | 128674 | .0470 | +.0020 | HDNO |

| Date | Time | Customer Part# | Width | Tolerance | Length | #Lifts |
|------|------|----------------|-------|-----------|--------|--------|
| 3/21/23 | 13:14:11 | .047 X 60 | 60.000 | +.9999 | | 10 |

Coated Weight: 60.000 - 90.000 G/M2

Engineering Material Specification:
  Type: SPOT BUY   Desc: Cert Approved

---

722265034-2    Alt: 5300441         Mill Order:              Footage:   4,669

TMW:    0 lbs   Net:  45,000 lbs   Tare:   0 lbs   Gross:  45,000 lbs

| C: | .030 | Mn: | .180 | P: | .006 | S: | .013 | Si: | .013 | Al: | .040 | Cr: | .045 |
| Ni: | .020 | Cu: | .057 | Ti: | .002 | V: | .002 | Nb: | .002 | B: | .000 | Mo: | .008 |
| | | | | Sn: | .003 | | | Fe: | .000 | Mg: | .000 | Zn: | .000 |

Tensile:        ksi  Yield:        ksi  ASTM Elg:       % NValue:        Rockwell(B)
                                        JIS Elg:        % RValue:
                                          Heat:  708869

---

722265053-2    Alt: 5300448         Mill Order:              Footage:   4,174

TMW:    0 lbs   Net:  40,200 lbs   Tare:   0 lbs   Gross:  40,200 lbs

| C: | .030 | Mn: | .180 | P: | .006 | S: | .013 | Si: | .012 | Al: | .041 | Cr: | .046 |
| Ni: | .024 | Cu: | .058 | Ti: | .002 | V: | .002 | Nb: | .002 | B: | .000 | Mo: | .009 |
| | | | | Sn: | .003 | | | Fe: | .000 | Mg: | .000 | Zn: | .000 |

Tensile:        ksi  Yield:        ksi  ASTM Elg:       % NValue:        Rockwell(B)
                                        JIS Elg:        % RValue:
                                          Heat:  708867

---

722269139-2    Alt: 5300999         Mill Order:              Footage:   4,574

TMW:    0 lbs   Net:  44,080 lbs   Tare:   0 lbs   Gross:  44,080 lbs

| C: | .030 | Mn: | .180 | P: | .006 | S: | .013 | Si: | .012 | Al: | .041 | Cr: | .046 |
| Ni: | .024 | Cu: | .058 | Ti: | .002 | V: | .002 | Nb: | .002 | B: | .000 | Mo: | .009 |
| | | | | Sn: | .003 | | | Fe: | .000 | Mg: | .000 | Zn: | .000 |

Tensile:        ksi  Yield:        ksi  ASTM Elg:       % NValue:        Rockwell(B)
                                        JIS Elg:        % RValue:
                                          Heat:  708867

BOL #6 page 1 of 4

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**Mill Steel Company** 7824
CERTIFICATION

Invoice: 823080446
Date: 03/21/23

**Ship-To:** (7824)
CAPACITY WAREHOUSE
17065 HESS AVENUE
MELVINDALE, MI 48122

**Ordered By:** (11825)
RAPID METALS, LLC (W)
7031 ORCHARD LAKE RD #101
WEST BLOOMFIELD, MI 48322

**Bill-To:** (11825)
RAPID METALS, LLC (W)
7031 ORCHARD LAKE RD #101
WEST BLOOMFIELD, MI 48322

| Order | Rls | Frt | Customer P.O. | Gauge | Tolerance | Quality |
|---|---|---|---|---|---|---|
| 423051032 | 1 | COL | 129474 | .0470 | -.0020 | HDNO |

| Date | Time | Customer Part# | Width | Tolerance | Length | #Lifts |
|---|---|---|---|---|---|---|
| 3/21/23 | 16:04:11 | .047 X 60 | 60.000 | +.9999 | | 10 |

Coated Weight: 60.000 - 90.000 G/M2

---

**722269140-2**   Alt: 5301016        Mill Order:                     Footage: 4,737

TMW:    0 lbs    Net: 45,480 lbs   Tare:    0 lbs   Gross: 45,480 lbs

| C: | .030 | Mn: | .180 | P: | .003 | S: | .009 | Si: | .009 | Al: | .030 | Cr: | .030 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni: | .025 | Cu: | .073 | Ti: | .002 | V: | .002 | Nb: | .002 | B: | .000 | Mo: | .007 |
| | | | | Sn: | .004 | | | Fe: | .000 | Mg: | .000 | Zn: | .000 |

Tensile:    ksi   Yield:    ksi   ASTM Elg:    % NValue:     Rockwell(B)
                                  JTS Elg:    % RValue:
                                  Heat: 854111

---

**722269141-2**   Alt: 5301003        Mill Order:                     Footage: 4,447

TMW:    0 lbs    Net: 42,840 lbs   Tare:    0 lbs   Gross: 42,840 lbs

| C: | .030 | Mn: | .160 | P: | .004 | S: | .010 | Si: | .013 | Al: | .040 | Cr: | .045 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni: | .020 | Cu: | .057 | Ti: | .002 | V: | .002 | Nb: | .002 | B: | .000 | Mo: | .008 |
| | | | | Sn: | .003 | | | Fe: | .000 | Mg: | .000 | Zn: | .000 |

Tensile:    ksi   Yield:    ksi   ASTM Elg:    % NValue:     Rockwell(B)
                                  JTS Elg:    % RValue:
                                  Heat: 708869

---

**722269142-2**   Alt: 5301009        Mill Order:                     Footage: 4,784

TMW:    0 lbs    Net: 45,940 lbs   Tare:    0 lbs   Gross: 45,940 lbs

| C: | .030 | Mn: | .180 | P: | .006 | S: | .010 | Si: | .013 | Al: | .040 | Cr: | .045 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ni: | .020 | Cu: | .057 | Ti: | .002 | V: | .002 | Nb: | .002 | B: | .000 | Mo: | .008 |
| | | | | Sn: | .003 | | | Fe: | .000 | Mg: | .000 | Zn: | .000 |

Tensile:    ksi   Yield:    ksi   ASTM Elg:    % NValue:     Rockwell(B)
                                  JTS Elg:    % RValue:
                                  Heat: 708869

BOL #6 page 2 of 4

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**Invoice:** 823080446
**Date:** 03/21/23

**Ship-To:** (7824)
CAPACITY WAREHOUSE
17065 HESS AVENUE
MELVINDALE, MI 48122

**Ordered By:** (11825)
RAPID METALS, LLC (W)
7031 ORCHARD LAKE RD #101
WEST BLOOMFIELD, MI 48322

**Bill-To:** (11825)
RAPID METALS, LLC (W)
7031 ORCHARD LAKE RD #101
WEST BLOOMFIELD, MI 48322

| Order | Rls | Frt | Customer P.O. | Gauge | Tolerance | Quality |
|---|---|---|---|---|---|---|
| 423080032 | 1 | COL | 128874 | .0470 | +.0020 | HDNO |

| Date | Time | Customer Part# | Width | Tolerance | Length | #Lifts |
|---|---|---|---|---|---|---|
| 3/21/23 | 12:04:11 | .047 X 60 | 60.000 | +.9999 | | 10 |

Coated Weight: 60.000 - 90.000 G/M2

---

**722269143-2**   Alt: 5301011      Mill Order:         Footage:   4,666

     TMW:    0 lbs    Net:   45,040 lbs   Tare:   0 lbs   Gross:   45,040 lbs

| C: | .030 | Mn: | .180 | P: | .003 | S: | .008 | Si: | .009 | Al: | .030 | Cr: | .030 |
| Ni: | .025 | Cu: | .073 | Ti: | .002 | V: | .002 | Nb: | .002 | B: | .000 | Mo: | .007 |
| | | | | Sn: | .004 | | | Fe: | .000 | Mg: | .000 | Zn: | .000 |

Tensile:    ksi   Yield:    ksi   ASTM Elg:    %   NValue:     Rockwell(B)
                             JIS Elg:    %   RValue:
                              Heat:   954111

---

**722269144-2**   Alt: 5301020      Mill Order:         Footage:   5,023

     TMW:    0 lbs    Net:   48,320 lbs   Tare:   0 lbs   Gross:   48,320 lbs

| C: | .030 | Mn: | .190 | P: | .011 | S: | .010 | Si: | .011 | Al: | .044 | Cr: | .051 |
| Ni: | .021 | Cu: | .051 | Ti: | .002 | V: | .002 | Nb: | .002 | B: | .000 | Mo: | .008 |
| | | | | Sn: | .003 | | | Fe: | .000 | Mg: | .000 | Zn: | .000 |

Tensile:    ksi   Yield:    ksi   ASTM Elg:    %   NValue:     Rockwell(B)
                             JIS Elg:    %   RValue:
                              Heat:   708971

---

**722278059-2**   Alt: 5303088      Mill Order:         Footage:   4,845

     TMW:    0 lbs    Net:   46,680 lbs   Tare:   0 lbs   Gross:   46,680 lbs

| C: | .030 | Mn: | .180 | P: | .006 | S: | .010 | Si: | .013 | Al: | .040 | Cr: | .045 |
| Ni: | .020 | Cu: | .057 | Ti: | .002 | V: | .002 | Nb: | .002 | B: | .000 | Mo: | .008 |
| | | | | Sn: | .003 | | | Fe: | .000 | Mg: | .000 | Zn: | .000 |

Tensile:    ksi   Yield:    ksi   ASTM Elg:    %   NValue:     Rockwell(B)
                             JIS Elg:    %   RValue:
                              Beat:   708869

BDL #6 Pg 3-84

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Invoice: 823080446
  Date: 03/21/23

Ship-To:  (7824)
CAPACITY WAREHOUSE
17065 HESS AVENUE
MELVINDALE, MI  48122

Ordered By:  (11825)
RAPID METALS, LLC (W)
7031 ORCHARD LAKE RD #101
WEST BLOOMFIELD, MI  48322

Bill-To:  (11825)
RAPID METALS, LLC (W)
7031 ORCHARD LAKE RD #101
WEST BLOOMFIELD, MI  48322

| Order | Rls | Frt | Customer P.O. | Gauge | Tolerance | Quality |
|-------|-----|-----|---------------|-------|-----------|---------|
| 42375C032 | 1 | COL | 125674 | .0470 | +.0020 | HDNO |

| Date | Time | Customer Part# | Width | Tolerance | Length | #Lifts |
|------|------|----------------|-------|-----------|--------|--------|
| 3/21/23 | 16:14:11 | .047 X 60 | 60.000 | +.9999 | | 10 |

Coated Weight: 60.000 - 90.000 G/M2

722278060-2    Alt:  5303092          Mill Order:                  Footage:  4,770

TMW:     0 lbs    Net:  45,900 lbs    Tare:   0 lbs    Gross:  45,900 lbs

| C: | .030 | Mn: | .187 | P: | .010 | S: | .011 | Si: | .012 | Al: | .046 | Cr: | .053 |
|----|------|-----|------|-----|------|-----|------|-----|------|-----|------|-----|------|
| Ni: | .030 | Cu: | .051 | Ti: | .002 | V: | .002 | Nb: | .002 | B: | .001 | Mo: | .007 |
| | | Sb: | .006 | Sn: | .007 | | | Fe: | .000 | Mg: | .000 | Zn: | .000 |

Tensile:   50.9 ksi   Yield:   40.0 ksi   ASTM Elg:   31.7 %   NValue:   .195   Rockwell(B)   59
                                          JIS Elg:    35.9 %   RValue:
                                          Heat:    708871

*** TOTAL ***          Net:  449,480 lbs   Tare   0 lbs   Gross:  449,480 lbs

Lift Summary

| Tag#: | 722265034-2 | Cnt: | 1 | Net: | 45,000 lbs | Tare | 0 lbs | Gross: | 45,000 lbs |
|-------|-------------|------|---|------|-------------|------|-------|--------|-------------|
| Tag#: | 722265053-2 | Cnt: | 1 | Net: | 40,200 lbs | Tare | 0 lbs | Gross: | 40,200 lbs |
| Tag#: | 722269139-2 | Cnt: | 1 | Net: | 44,080 lbs | Tare | 0 lbs | Gross: | 44,080 lbs |
| Tag#: | 722269140-2 | Cnt: | 1 | Net: | 45,480 lbs | Tare | 0 lbs | Gross: | 45,480 lbs |
| Tag#: | 722269141-2 | Cnt: | 1 | Net: | 42,840 lbs | Tare | 0 lbs | Gross: | 42,840 lbs |
| Tag#: | 722269142-2 | Cnt: | 1 | Net: | 45,940 lbs | Tare | 0 lbs | Gross: | 45,940 lbs |
| Tag#: | 722269143-2 | Cnt: | 1 | Net: | 45,040 lbs | Tare | 0 lbs | Gross: | 45,040 lbs |
| Tag#: | 722269144-2 | Cnt: | 1 | Net: | 48,320 lbs | Tare | 0 lbs | Gross: | 48,320 lbs |
| Tag#: | 722278059-2 | Cnt: | 1 | Net: | 46,680 lbs | Tare | 0 lbs | Gross: | 46,680 lbs |
| Tag#: | 722278060-2 | Cnt: | 1 | Net: | 45,900 lbs | Tare | 0 lbs | Gross: | 45,900 lbs |

Transferred Ownership To Universal Metals - Toledo

BOL #6 page 4 of 4

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

# Exhibit E
(Invoice 7155943 and Documents)

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

 #14

**RAPID METALS**
7031 ORCHARD LAKE RD.
SUITE #203
WEST BLOOMFIELD, MI 48322
Phone: (248) 855-9100

## INVOICE

Invoice Number: 7155943
Invoice Date......: 4/27/2023
Page: 1 of 1

| Bill To: | Ship To: | REMIT TO: |
|----------|----------|-----------|
| VENTURE STEEL DETROIT<br>3600 MILITARY ST.<br>DETROIT, MI 48210 | | 7031 ORCHARD LAKE RD.<br>SUITE #203 (NEW SUITE)<br>WEST BLOOMFIELD, MI 48322 |

Cust I.D.: VENDE   Ship Via.:
Ship Date: 4/27/2023   Terms....:
Due Date: 5/27/2023   FOB......: CPU

P.O. Number..:82620
Job Order No: 128314
Salesperson..: VICTOR JOHNSON

| Item | Item Description | No PCS | Weight | Price | UOM | Net Due |
|------|------------------|--------|--------|-------|-----|---------|
| 1 | 0.045 MIN X 60.000 X CL CR<br>TAG#: 223643<br>CUST PO: 82620 | 1 | 46,370 | 58.5000 | CWT | 27,126.45 |
| 2 | 0.045 MIN X 60.000 X CL CR<br>TAG#: 223688<br>CUST PO: 82620 | 1 | 44,570 | 58.5000 | CWT | 26,073.45 |
| 3 | 0.045 MIN X 60.000 X CL CR<br>TAG#: 223708<br>CUST PO: 82620 | 1 | 46,430 | 58.5000 | CWT | 27,161.55 |
| 4 | 0.045 MIN X 60.000 X CL CR<br>TAG#: 223709<br>CUST PO: 82620 | 1 | 46,820 | 58.5000 | CWT | 27,389.70 |
| 5 | 0.044 MIN X 60.000 X CL CR<br>TAG#: 223614<br>CUST PO: 82620 | 1 | 48,000 | 58.5000 | CWT | 28,080.00 |
| **Grand Totals** | | **5** | **232,190** | | | **135,831.15** |

20-0957672
BOL: 38396

### Disclaimer

INVOICE TOTAL (USD):   **135,831.15**

The sole and exclusive terms and conditions of purchase and sale (the "Terms and Conditions") are available at www.rapidmetals.com or upon request from Rapid Metals, LLC. It is the responsibility of Buyer to obtain a copy of Rapid Metals, LLC's Terms and Conditions. By acceptance of this order, Buyer accepts the Terms and Conditions and agrees that the Terms and Conditions govern the relationship between the parties.

psdata cc.invoice 9

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

JPCR624      *Ours*      638867

ALPINE STEEL PROCESSING, LLC      RAPME
9301 CENTRAL
DETROIT, MI 48204

Page# 1
SHIP DATE 4/28/23

SOLD TO: RAPID METALS, LLC.
     7031 ORCHARD LAKE RD STE 303
     WEST BLOOMFIELD, MI. 48322

SHIP TO: RAPID METALS, LLC.
     7031 ORCHARD LAKE RD STE 303
     WEST BLOOMFIELD, MI. 48322

REL36396

| TAG# | SKIDS | PIECES | WEIGHT | TARE | GROSS | HEAT# | MILL COIL# |
|---|---|---|---|---|---|---|---|
| PO# | | | | | | SO# | |
| | | CR | .0450 | | 60.37500 X COIL | | |
| 223708 | 1 | 1 | 46430 | | 46430 | | TDJ7568 |
| SUBTOTAL-> | 1 | 1 | 46430 | | 46430 | | |
| | | CR | .0450 | | 60.37500 X COIL | | |
| 223709 | 1 | 1 | 46820 | | 46820 | | TDJ7569 |
| SUBTOTAL-> | 1 | 1 | 46820 | | 46820 | | |
| TOTAL > | 2 | 2 | 93250 | | 93250 | | |

DRIVER SIGNATURE
PLANT SIGNATURE

(10F10-3)

* * * ALL MATERIAL MUST BE TARPED * * *

THE PROPERTY ABOVE IS IN APPARENT GOOD ORDER, EXCEPT AS NOTED. IT IS THE
RESPONSIBILITY OF THE DRIVER AND THE COMPANY THEY REPRESENT TO ENSURE THE
VEHICLE PROVIDED MEETS THE REQUIREMENTS FOR THE LOAD, IS PROPERLY SECURED
AND IS ROUTINELY INSPECTED AFTER LEAVING OUR FACILITY.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

JP7637      *Ours*      639863

ALPINE STEEL PROCESSING, LLC      RAPMX
9301 CENTRAL
DETROIT, MI 48204

Page#   1
SHIP DATE 4/28/23

SHIP TO: RAPID METALS, LLC      SHIP TO: RAPID METALS, LLC.
      7031 ORCHARD LAKE RD STE 303        7031 ORCHARD LAKE RD STE 303
      WEST BLOOMFIELD, MI. 48322        WEST BLOOMFIELD, MI. 48322

REL-J8496

| TAG# | SKIDS | PIECES | WEIGHT | TARE | GROSS | HEAT# | MILL COIL# |
|------|-------|--------|--------|------|-------|-------|------------|
| YOU | | | | | | SO# | |
| | | CR | .0440 | | 60.25 | X COIL | |
| 303614 | 1 | 1 | 48000 | | 48000 | | T8J3073 |
| SUBTOTAL > | 1 | 1 | 48000 | | 48000 | | |
| | | CR | .0460 | | 60.62500 | X COIL | |
| 303684 | 1 | 1 | 44570 | | 44570 | | T8J7567 |
| SUBTOTAL > | 1 | 1 | 44570 | | 44570 | | |
| TOTAL > | 2 | 2 | 92570 | | 92570 | | |

DRIVER SIGNATURE----

PLANT SIGNATURE----

(30F10-0)

* * * ALL MATERIAL MUST BE TARPED * * *

THE PROPERTY ABOVE IS IN APPARENT GOOD ORDER, EXCEPT AS NOTED. IT IS THE
RESPONSIBILITY OF THE DRIVER AND THE COMPANY THEY REPRESENT TO ENSURE THE
VEHICLE PROVIDED MEETS THE REQUIREMENTS FOR THE LOAD, IS PROPERLY SECURED
AND IS ROUTINELY INSPECTED AFTER LEAVING OUR FACILITY.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

# Exhibit F
(July 2, 2023 Email from Kalliomaa)

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

 Gmail

Denise Docal <denisedocal@d4fieldexams.com>

---

## Rapid Metals LLC Inventory Test Count (6/30/2023)
1 message

---

**kurtkalliomaa@kckallio.com** <kurtkalliomaa@kckallio.com>      Sun, Jul 2, 2023 at 11:41 AM
To: Denise Docal <denisedocal@d4fieldexams.com>

Denise,

At the request of Bank of America, I arrived at Hascall Steel Company's Nashville, TN facility the morning of 6/30/2023 for the purpose of verifying Bank of America's inventory collateral owned by borrower, Rapid Metals, LLC. Hacall Steel Co. stores and processes steel coils on behalf of Rapid Metals, LLC.

### My goal was two-fold:

First, I was requested to confirm the status of 34 specific coils of steel, the details of which were provided to me prior to my arrival at Hascall (see attached listing). If the 34 coils were no longer in the possession of Hascall in Nashville, I was to determine when the coils were shipped out of the facility. Management advised the coils were not in the possession of Hascall-Nashville. A review of random mill tags relating to these 34 coils was performed by the plant manager, Rob Carnahan, indicating many were never in the possession of Hascall-Nashville. While some were in Hascall's possession at one time, that was 1 ½ to 2 years prior. Mr. Carnahan confirmed none had been on site in Nashville over the past 1 ½ to 2 years.

Second, I was to randomly select a sample of steel coils to verify as being on-site at Hascall-Nashville. This was completed without exception, the details of which will be provided to you Monday morning, the 3rd.

Thanks,

Kurt Kalliomaa

KCKALLIO, LLC

404.626.5619

---

📎 **34 Coils.xlsx**
14K

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

# Exhibit G
(April and May 2023 Comerica Statements)

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

80144

RAPID METALS LLC
7031 ORCHARD LAKE RD
STE 203
W BLOOMFIELD MI 48322-3656

*Small Business Checking*
**statement**

**April 1, 2023** to **April 30, 2023**
Account number ▉3507

# Account summary

| | |
|---|---|
| **Beginning balance** **on April 1, 2023** | **$239,825.60** |
| Plus deposits | |
| Electronic deposits | $2,219,769.95 |
| | |
| Less withdrawals | |
| Checks | -$620,000.00 |
| Electronic (EFT) withdrawals | -$1,410,906.39 |
| Other withdrawals | -$9,910.00 |
| Fees and service charges | -$8.50 |
| | |
| **Ending balance** **on April 30, 2023** | **$418,770.66** |

**To contact us**

**Call**
(800) 643-4418
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
PO BOX 75000
DETROIT, MI 48275-8144

**Important information**

The Account Balance Fee for this statement
period for this account is $0.00/$1,000.

**Thank you**

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

## *Small Business Checking* account details: ███ 3507

### Electronic deposits this statement period

| | | | Reference numbers | |
|---|---|---|---|---|
| Date | Amount | Activity | Customer | Bank |
| Apr 04 | 13,169.16 | M. D. Metals, IN ACH Pmt 230404 11015235347 | | 868 |
| Apr 05 | 36,730.00 | Mmc Misc Cash Disb Rapid Metals Ll | | 225 |
| Apr 07 | 22,555.68 | Priefert Mfg Corp Pay V-021290 | | 469 |
| Apr 11 | 47,016.46 | M. D. Metals, IN ACH Pmt 230411 11015829099 | | 034 |
| Apr 11 | 28,176.00 | Wire # 003585 Org Davis Gate & W Fed # 000230 | | 489 |
| Apr 14 | 112,364.20 | M. D. Metals, IN ACH Pmt 230414 11016202193 | | 300 |
| Apr 14 | 500,000.00 | Valiant Steel & Equipment Inv # 7154 | | 869 |
| Apr 14 | 22,774.35 | Priefert Mfg Corp Pay V-021290 | | 429 |
| Apr 18 | 49,074.00 | Wire # 004737 Org Davis Gate & W Fed # 000438 | | 510 |
| Apr 18 | 21,471.25 | Mvss 1791 Mvspayment Rapme | | 777 |
| Apr 20 | 32,782.97 | Amg Resources Check 230419 Cw16500 | | 784 |
| Apr 20 | 1,232.07 | Scott Steel Llc Vendor 1 Rm | | 606 |
| Apr 21 | 103,909.24 | I.E.S. Sales & Service Corp Paymt44587 | | 415 |
| Apr 21 | 90,487.50 | Priefert Mfg Corp Pay V-021290 | | 257 |
| Apr 25 | 34,570.00 | Mvss 1791 Mvspayment Rapme | | 948 |
| Apr 26 | 69,980.08 | Scott Steel Llc Vendor 1 Rm | | 391 |
| Apr 26 | 365,250.24 | Advance Steel Co. ACH Pmt 11665098911 | | 102 |
| Apr 30 | 68,226.75 | Royal Canadian Steel Co. ACH Vendor CDN | | 587 |
| Apr 30 | 600,000.00 | Valiant Steel & Equipment Inv # 7155 | | 869 |

**Total Electronic Deposits: $2,219,769.95**

**Total Number of Electronic Deposits: 19**

### Checks paid this statement period

\* Symbol indicates a break in check number sequence

\# Symbol indicates an original item not enclosed

@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|---|---|---|---|---|---|---|---|
| #15221 | -200,000.00 | Apr 03 | 439 | @15224 | -120,000.00 | Apr 17 | 753 |
| #15222 | -100,000.00 | Apr 13 | 010 | #15225 | -200,000.00 | Apr 25 | 701 |

**Total checks paid this statement period: -$620,000.00**

Total number of checks paid this statement period: 4

### Electronic withdrawals this statement period

| | | | Reference | numbers |
|---|---|---|---|---|
| Date | Amount ($) | Activity | Customer | Bank |
| Apr 03 | -598.44 | Capital One Auto Directpay | | 565 |
| Apr 05 | -27,703.74 | Paychex Eib Invoice 230405 X01773100001981 | | 088 |
| Apr 11 | -23,255.01 | Paychex Eib Invoice 230411 X01843000001408 | | 706 |
| Apr 18 | -25.00 | Paychex Eib Invoice 230418 X01943300000356 | | 163 |
| Apr 19 | -6.95 | Comerica Online Billingfee Ckf148688831pos | | 146 |
| Apr 19 | -23,255.01 | Paychex Eib Invoice 230419 X01952700001360 | | 955 |
| Apr 26 | -23,255.01 | Paychex Eib Invoice 230426 X02043600001814 | | 964 |
| Apr 26 | -1,312,807.23 | Steel Dynamics Sinton Corp PayX03021475991 | | 489 |

**Total ElectronicWithdrawals: -**
**$1,410,906.39**

Total Number of Electronic Withdrawals: 8

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

# Small Business Checking: ███ 3507

## Other withdrawals this statement period

| Date | Amount ($) | Activity |
|------|-----------|----------|
| Apr 04 | -9,910.00 | Withdrawal |

**Bank reference number**
███ 875

**Total Other Withdrawals: -$9,910.00**
**Total Number of Other Withdrawals: 1**

## Fees and service charges this statement period

| Date | Amount ($) | Activity |
|------|-----------|----------|
| Apr 13 | -8.50 | Service Charge |

**Bank reference number**
███ 176

**Total Fees and Service Charges: -$8.50**
**Total Number of Fees and Service Charges: 1**

## $ Lowest daily balance

Your lowest daily balance this statement period was **$25,997.21**
on **April 13, 2023**.

Document Submitted for Filing to MI Oakland County 6th Circuit Court.