# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

| | |
|---|---|
| Rapid Metals, LLC, | Bankruptcy Case No. 23-46098 |
| | Chapter 11 |
| Debtor. | Hon. Maria L. Oxholm |

## COMPENSATION REPORT

Pursuant to the *Order Granting Debtor's Application to Continue the Appointment of Laura Marcero as Debtor's Chief Restructuring Officer and Huron Consulting Services, LLC as Supplemental Business Team,* attached hereto is a copy of the compensation report of the Chief Restructuring Officer and Huron Consulting Services, LLC.

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Elliot G. Crowder
Elliot G. Crowder (P76137)
Counsel for Debtor
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: ecrowder@sbplclaw.com

Dated: August 11, 2023

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Rapid Metals, LLC, | Bankruptcy Case No. 23-46098
Chapter 11
Debtor. | Hon. Maria L. Oxholm

## CERTIFICATE OF SERVICE

Elliot G. Crowder certifies that on August 11, 2023 a copy of the Compensation Report was filed electronically. Notice of this filing will be sent to all parties requesting service via the Court's Electronic Case Filing System. Parties may access these filings through the Court's system.

        Respectfully submitted,
        **STEVENSON & BULLOCK, P.L.C.**

        By: /s/ Elliot G. Crowder
        Elliot G. Crowder (P76137)
        Counsel for Debtor
        26100 American Drive, Suite 500
        Southfield, MI 48034
        Phone: (248) 354-7906
        Facsimile: (248) 354-7907
        Email: ecrowder@sbplclaw.com

Dated: August 11, 2023

**In re: Rapid Metals, LLC**
**Eastern District of Michigan Case No. 23-46098 (MLO)**
**Chief Restructuring Officer Monthly Report**

**For the period July 12, 2023 through August 4, 2023**

**A. Professional Fees incurred, by professional:**

| Professional | Title | Hours | Rate | Fees | |
|---|---|---:|---:|---:|---|
| Laura Marcero | Managing Director | 70.0 | $ 1,100.00 | $ 77,000.00 | |
| Kathleen Dobrovic | Senior Director | 150.7 | 950.00 | 143,165.00 | |
| Kathleen Dobrovic | Senior Director | 6.5 | 475.00 | 3,087.50 | (1) |
| Robert Loh | Senior Director | 81.3 | 950.00 | 77,235.00 | |
| Ching Wei Tan | Director | 23.7 | 800.00 | 18,960.00 | |
| Fernando Pena-Alfaro | Director | 5.3 | 700.00 | 3,710.00 | |
| | | 337.5 | | $ 323,157.50 | |

**B. Reimbursable Expenses:**

| | | |
|---|---:|---:|
| Airfare | $ | 621.58 |
| Hotels/Lodging | | 159.87 |
| Meals | | 57.40 |
| Ground Transportation / Car Rental / Milage | | 366.51 |
| | $ | 1,205.36 |

**Total Professional Fees and Reimbursable Expenses:** $ 324,362.86

(1) Non-working travel time billed at 50% of standard rate.

**In re: Rapid Metals, LLC**
**Eastern District of Michigan Case No. 23-46098 (MLO)**
**Chief Restructuring Officer Monthly Report**

**For the period July 12, 2023 through August 4, 2023**

**Total professional Fees incurred, by category:**

| Category | Hours | Fees | |
|---|---:|---:|---|
| Bankruptcy Reporting | 31.6 | $ 26,465.00 | |
| Compiling/Obtaining Access to Debtor Records | 25.8 | 24,510.00 | |
| Communications with Debtor Employees and Professionals | 27.4 | 29,330.00 | |
| Communications with Other Stakeholders and their Advisors | 18.0 | 19,575.00 | |
| Debtor's Business Operations and Records | 181.8 | 175,960.00 | |
| Pursuit of Sale of Debtor's Assets | 43.7 | 41,515.00 | |
| Court Hearings | 1.0 | 1,100.00 | |
| Retention and Billing | 1.7 | 1,615.00 | |
| Non-Working Travel Time | 6.5 | 3,087.50 | (1) |
| **** | **337.5** | **$ 323,157.50** | |

(1) Non-working travel time billed at 50% of standard rate.