# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

**IN THE MATTER OF:**

Rapid Metals, LLC,

　　　　　　　　Debtor.

Bankruptcy Case No. 23-46098
Chapter 11
Hon. Maria L. Oxholm

---

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

## INTRODUCTION

The Schedules of Assets and Liabilities (collectively, "Schedules") and Statements of Financial Affairs (collectively, "Statements," and, together with the Schedules, "Schedules and Statements") filed by the Debtor in the United States Bankruptcy Court for the Eastern District of Michigan ("Bankruptcy Court") were prepared in accordance with Section 521 of Title 11 of the United States Code ("Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") by Debtor's management with the assistance of Debtor's professional advisors, and are unaudited.

The Schedules and Statements have been signed by Laura Marcero, Chief Restructuring Officer of the Debtor. Mrs. Marcero has not (nor could have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classifications of such amounts, and addresses. In addition, Mrs. Marcero has not (nor could have) personally verified the completeness of the Schedules and Statements nor the accuracy of any information contained therein. In reviewing and signing the Schedules and Statements, Mrs. Marcero necessarily relied upon various personnel of the Debtor and the Debtor's professional advisors and their efforts, statements, and representations in connection therewith. Although Mrs. Marcero has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, subsequent information or the discovery thereof may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist.

1

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding Debtor's Schedules and Statements ("Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements. The Global Notes are in addition to any specific notes contained in Debtor's Schedules or Statements. The disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed, will be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtor.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1. <u>General Reservation of Rights</u>. Although the Mrs. Marcero has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material. Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtor reserves all rights to amend the Schedules and Statements from time to time in any and all respects and as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("Claim") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements will constitute an admission of any claims or a waiver of any of the Debtor's rights with respect to the Debtor's case, including issues involving substantive consolidation, recharacterization, equitable subordination, and causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2.    Description of Case and "As Of" Information Date. On July 12, 2023 ("Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court. The Debtor continues to operate its business and manage its assets as debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. No request for the appointment of a trustee or examiner has been made in the Debtor's Chapter 11 case. Unless otherwise stated in these Global Notes, assets and liabilities are reported as of July 12, 2023.

3.    Basis of Presentation. The Schedules and Statements purport to reflect the Debtor's assets and liabilities. The Debtor reserves all rights relating to the legal ownership of assets and liabilities and nothing in the Schedules or Statements will constitute a waiver or relinquishment of such rights. Information contained in the Schedules and Statements has been derived from the Debtor's books and records. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements.

4.    Totals. All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Debtor's books and records. To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

5.    Excluded Assets and Liabilities. The Debtor has excluded potential claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such claims exist. Certain immaterial assets and liabilities that are not reported or tracked centrally may have been excluded.

6.    Amendments and Supplements. All Rights Reserved. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; inadvertent errors or omissions, however, may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statements from time to time as is necessary and appropriate in its sole discretion.

7.    References. References to applicable loan agreements and related documents are necessary for a complete description of the collateral and the nature, extent, and priority of liens or claims. Nothing in the Global Notes or the Schedules

3

and Statements will be deemed a modification or interpretation of the terms of such agreements.

8. <u>Currency</u>. All amounts are reflected in U.S. dollars. Amounts originally denominated in foreign currencies have been converted to U.S. dollar equivalents in accordance with Debtor's pre-filing accounting practices.

9. <u>Book Value</u>. Unless otherwise indicated, the Debtor's assets and liabilities are shown on the basis of its net book values as of July 12, 2023. Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the Debtor's books. Net book values may vary, sometimes materially, from market values. The Debtor does not intend to amend these Schedules and Statements to reflect market values.

10. <u>Recharacterization</u>. Notwithstanding that the Debtor has made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtor nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtor reserves all rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statements at a later time as it determines to be necessary and appropriate before any plan or disclosure statement being filed.

11. <u>Claims of Third-Party Entities</u>. Although the Debtor has made reasonable efforts to properly classify each Claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, or contingent or non-contingent, the Debtor has not been able to fully reconcile all payments made to certain third-party entities on account of the Debtor's obligations to both such entity and its affiliates. Therefore, if the Debtor has classified its estimate of Claims of a creditor as disputed, for example, all Claims of such creditor's affiliates listed in the Schedules and Statements will similarly be considered disputed, regardless of whether they are individually designated as such.

12. <u>Liabilities</u>. The Debtor has allocated liabilities between the prepetition and post-petition periods based on information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available, and further research is conducted, particularly with respect to the Debtor's payable accounts, the allocation of liabilities between the prepetition and post- petition periods may change. The Debtor reserves all rights to amend the Schedules and Statements as it deems appropriate.

4

The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under Section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all rights to dispute or challenge the validity of any asserted claims under Section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

13. <u>Guarantees and Other Secondary Liability Claims</u>. It is possible that certain guarantees embedded in the Debtor's executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. The Debtor reserves all rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

14. <u>Intellectual Property Rights</u>. The exclusion of certain intellectual property will not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property will not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Accordingly, the Debtor reserves all rights with respect to the legal status of any and all such intellectual property rights.

15. <u>Executory Contracts and Unexpired Leases</u>. The Debtor has not set forth executory contracts or unexpired leases as assets in the Schedules and Statements. Instead, the Debtor's executory contracts and unexpired leases have been set forth in Schedule G. In addition, while the Debtor has made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred.

16. <u>Claims Description</u>. Schedules D and E/F permit the Debtor to designate a Claim as "disputed," "contingent," or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection. The Debtor reserves all rights to dispute any Claim reflected on its Schedules and Statements on any grounds, including, without limitation,

5

liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent," or "unliquidated." In addition, the Debtor reserves the right to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

17.     Causes of Action. Despite reasonable efforts, the Debtor may not have listed all causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, avoidance actions arising under Chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets. The Debtor reserves all of the rights for any claims, causes of action, or avoidance actions it may have, and neither these Global Notes nor the Schedules and Statements will be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

18.     Undetermined Amounts. Claim amounts that could not readily be quantified by the Debtor are scheduled as "unknown," "TBD," or "undetermined". The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

19.     Liens. Assets listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property or equipment.

20.     Estimates. To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtor reserves all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

21.     Credits and Adjustments. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all of the rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections or setoffs with respect to the same.

22.     Setoffs. The Debtor incurs certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, merchandise quality, pricing

6

discrepancies, returns, warranties, filebacks, negotiations, or disputes between the Debtor and its vendors and customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately. Although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for and are therefore excluded from the Schedules.

23. <u>Global Notes Control</u>. If the Schedules and Statements differ from these Global Notes, the Global Notes will control.

## **General Disclosures Applicable to Schedules**

24. <u>Classifications</u>. Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's rights to recharacterize or reclassify such Claim or contract.

25. <u>Schedule A/B – Real and Personal Property</u>.

(a) Schedule A/B.3: Checkings, Savings, Money Market, or Financial Brokerage accounts. Bank account balances are as of the end of business on the Petition Date.

(b) Schedule A/B.11: Accounts Receivable. Accounts Receivable balances are listed based upon the Debtor's books and records and not the verification conducted at the direction of Huron Consulting Group and extrapolated against the Debtor's books and records. The Debtor reserves the right to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

(c) Schedule A/B Parts 5, 7, 8, and 9: Inventory, Excluding Agriculture Assets; Office Furniture, Fixtures, and Equipment and Collectibles; Machinery, Equipment, and Vehicles; Real Property. Inventory valuation is listed based upon based upon the Debtor's books and records and not testing conducted at the direction of Huron Consulting Group and extrapolated against the Debtor's books and records. The Debtor reserves the right to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

7

(d) Schedule A/B.60, A/B.61, A/B.62 and A/B.63: Patents, Copyrights, Trademarks, and Trade Secrets; Internet Domain Names and Websites; Licenses, Franchises, and Royalties; Customer Lists, Mailing Lists, or Other Compilations. Patents, trademarks, and other intellectual property listed in Schedules A/B.60, A/B.61, A/B.62, and A/B.63 have an undetermined value on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value. Nothing in these Global Notes or in the Schedules and Statements will be construed as an admission or acknowledgment by the Debtor that any particular intellectual property is not transferable either pursuant to its terms or pursuant to provisions of the Bankruptcy Code or has no market value, and the Debtor reserves all rights with respect to any such issues

26. <u>Schedule D – Creditors Holding Secured Claims</u>. The Claims listed on Schedule D arose or were incurred on various dates. A determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim. All Claims listed on Schedule D, however, appear to have arisen or have been incurred on or before July 12, 2023.

Except as otherwise ordered by the Bankruptcy Court, the Debtor reserves its right to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on the Debtor's Schedule D. Moreover, although the Debtor may have scheduled Claims of various creditors as secured Claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim. To that end, the Debtor takes no position as to the extent or priority of any particular creditor's lien in the Schedules and Statements. The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability. Reference to the applicable loan documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements will be deemed a modification or interpretation of the terms of such agreements. The Debtor has made reasonable, good faith efforts to

8

include all known liens on Schedule D but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after the Debtor's Uniform Commercial Code search was performed or a vendor may not have filed the requisite perfection documentation.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. The Debtor reserves all rights to amend Schedule D if the Debtor determines that any Claims associated with such agreements should be reported on Schedule D.

The Debtor has not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

27.     <u>Schedule E/F – Creditors Holding Unsecured Claims</u>. The Debtor has used reasonable efforts to report all general unsecured Claims against the Debtor on Schedule E/F based upon the Debtor's existing books and records as of the Petition Date; however, inadvertent errors or omissions may have occurred. The Claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. In addition, the Claims of individual creditors for, among other things, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits, rebates, or allowances due from such creditors to the Debtor. The Claims and amounts listed in respect of certain trade payables reflect amounts owed as of the Petition Date.

The Debtor may pay additional Claims listed on Schedule E/F during its Chapter 11 case pursuant to orders of the Bankruptcy Court, and reserves all rights to update Schedule E/F to reflect such payments. In addition, certain Claims listed on Schedule E/F may be entitled to priority under Section 503(b)(9) of the Bankruptcy Code.

Schedule E/F also contains information regarding pending litigation involving the Debtor. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to Section 510 of the Bankruptcy Code.

28.  <u>Schedule G – Executory Contracts and Unexpired Leases</u>. While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or overinclusion may have occurred. Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals, and partial releases, all of which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of business, such as financing agreements, indemnity agreements, subordination, non-disturbance agreements, supplemental agreements, amendments and letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

The Debtor reserves all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. The omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Likewise, the inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect on the Petition Date or is valid and enforceable, and the Debtor reserves all rights in that regard, including the right to assert that any agreement is not executory, has expired pursuant to its terms, is severable in whole or in part, or was terminated before the Petition Date.

29.  <u>Schedule H – Co-debtors</u>. Although the Debtor has made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtor reserves all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.

The Debtor further reserves all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's Claim. The listing of a contract, guaranty, or other

obligation on Schedule H will not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of its business, the Debtor is involved in pending or threatened litigation and claims arising out of the conduct of its business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because such claims are listed elsewhere in the Statements and Schedules, they may not have been set forth individually on Schedule H.

Schedule H also reflects guarantees by the Debtor. The Debtor may not have identified certain guarantees that are embedded in the Debtor's executory contracts, unexpired leases, debt instruments, and other such agreements. Thus, the Debtor reserves the right to amend the Schedules if additional guarantees are identified or if such guarantees are discovered to have expired or are unenforceable.

### General Disclosures Applicable to Statement of Financial Affairs

30.     <u>Questions 1 and 2</u>. The gross revenue and non-business revenue reported for the current fiscal year are through July 12, 2023.

31.     <u>Questions 3 and 4</u>. The Debtor has taken reasonable efforts to identify those recipients of transfers are requested in Questions 3 and 4b using the Debtor's books and records; however a complete analysis of the prepetition transfers that may be responsive to such Questions has not been completed. The Debtor reserves all rights, including, *inter alia*, the right to amend the responses to Questions 3 and 4; to prosecute actions against those parties not presently disclosed in response to Questions 3 and 4; and to prosecute actions in excess of the stated amounts set forth in response to Questions 3 and 4.

30.     <u>Question 7</u>. The Debtor reserves all rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suit or proceeding will not constitute an admission by the Debtor of any liabilities or that the suit or proceeding was correctly filed against the Debtor. The Debtor also reserves its rights to assert that the Debtor is not an appropriate party to any such suit or proceeding.

31.     <u>Question 10</u>. While the Debtor has made reasonable efforts to respond comprehensively to Question 10, certain de minimis losses, which are not tracked separately, may have been omitted.

11

32. <u>Question 13</u>. While the Debtor has have made reasonable efforts to respond comprehensively to Question 13, certain de minimis asset sales and transfers may be omitted unintentionally.

33. <u>Question 26(d)</u>. The Debtor has taken reasonable efforts to identify those financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case; however, the Debtor may have issued additional statements not otherwise disclosed. The Debtor reserves the right to amend and/or supplement its response to this Question.

34. <u>Question 30</u>. For this question, please reference Statement of Financial Affairs, Question 4.

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

✔ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

✔ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

✔ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

✔ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

✔ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/09/2023

✗ /s/ *Laura Marcero*
Signature of individual signing on behalf of debtor

Laura Marcero
Chief Restructuring Officer

**Fill in this information to identify the case:**

Debtor:  Rapid Metals, LLC

United States Bankruptcy Court for the:  Eastern  District of Michigan

Case number:  23-46098

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals          12/15

---

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................

   | Undetermined |
   |---|

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................

   | $31,335,851.96 |
   |---|

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................

   | $31,335,851.96 |
   |---|

---

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................

   | $19,486,791.00 |
   |---|

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 line 5a of *Schedule E/F* ............................................

   | $0 |
   |---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 line 5b of *Schedule E/F* .......................

   | + $11,209,280.97 |
   |---|

4. **Total liabilities**...............................................................................................
   Lines 2 + 3a + 3b

   | $30,696,071.97 |
   |---|

**Fill in this information to identify the case:**

Debtor: Rapid Metals, LLC

United States Bankruptcy Court for the: Eastern District of Michigan

Case number: 23-46098

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ✔ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**                                                                     $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America, N.A. | Business Checking | 7165 | $474,267.86 |
| 3.2. Bank of America, N.A. | Business Checking | 9555 | $71,205.36 |
| 3.2. Comerica Bank | Business Checking | 3507 | $1,113.16 |

4. **Other cash equivalents** *(Identify all)*

   4.1. Cashier's check                                                              $1,467,744.29

   4.2. _____        $_____

5. **Total of Part 1**                                                              | $2,014,330.67 |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ✔ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____        $_____
   7.2. _____        $_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____     $_____

8.2. _____     $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                           $_____

---

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

✔ Yes. Fill in the information below.

Current value of debtor's Interest

**11. Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | $11,025,181.89 face amount | − $0 doubtful or uncollectible accounts | = ........➔ | $11,025,181.89 |
| 11b. Over 90 days old: | $1,445,924.61 face amount | − $491,575.00 doubtful or uncollectible accounts | = ........➔ | $954,349.61 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $11,979,531.50

---

## Part 4:  Investments

**13. Does the debtor own any investments?**

✔ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____     _____     $_____

14.2. _____     _____     $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1. _____     _____%     $_____

15.2. _____     _____%     $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____     _____     $_____

16.2. _____     _____     $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                          $_____

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

 ☐ No. Go to Part 6.

 ✔ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $ | | $ |
| **20. Work in progress** | MM / DD / YYYY | $ | | $ |
| **21. Finished goods, including goods held for resale** | N/A | $17,316,197.29 | Recent cost | $17,316,197.29 |
| **22. Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

 Add lines 19 through 22. Copy the total to line 84.

 $17,316,197.29

24. **Is any of the property listed in Part 5 perishable?**

 ✔ No

 ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

 ☐ No

 ✔ Yes. Book value _____    Valuation method_____    Current value  Unknown

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

 ✔ No

 ☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

 ✔ No. Go to Part 7.

 ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

✔ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Miscellaneous office furniture | $0 | Liquidation | $10,000.00 |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 15 computers, 15 printers, 15 desk phones and 5 TVS | $0 | Liquidation | $5,000.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$15,000.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

✔ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

✔ No

☐ Yes

23-46098-mlo    Doc 99    Filed 08/21/23    Entered 08/21/23 10:30:31    Page 18 of 62

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

✔ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2021 Ford Bronco - VIN 1FMDE5BH2MLA96636 | | | Undetermined |
| 47.2 2018 Jeep Grand Cherokee - VIN 1C4RJFBG1JC310000 | | | Undetermined |
| 47.3 2020 Jeep Gladiator - VIN 1C6HJTAG9LL112660 | | | Undetermined |
| 47.4 2022 Cadillac XT5 - VIN 1GYKNDRS1NZ112356 (Leasehold interest only) | | | Undetermined |
| 47.5 2021 Merc Benz GLE Coupe - VIN 4JGFD6BB3MA575382 (Leasehold interest only) | | | Undetermined |
| 47.6 2023 Ranger Rover (Leasehold interest only) | | | Undetermined |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

| Undetermined |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

✔ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

✔ No

☐ Yes

23-46098-mlo    Doc 99    Filed 08/21/23    Entered 08/21/23 10:30:31    Page 19 of 62

## Part 9:  Real property

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

✔ Yes. Fill in the information below.

55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 Leasehold improvements 7031 Orchard Lake Road Suite 203 West Bloomfield, MI 48322 | Leased | $92,013.80 | Net book value | Undetermined |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| Undetermined |
|---|

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

✔ No

☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

✔ No

☐ Yes

## Part 10:  Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

✔ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61.  Internet domain names and websites | $ | | Unknown |
| 62.  Licenses, franchises, and royalties | $ | | $ |
| 63.  Customer lists, mailing lists, or other compilations | $ | | Unknown |
| 64.  Other intangibles, or intellectual property | $ | | $ |
| 65.  Goodwill | $ | | Unknown |

66.  **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| Unknown |
|---|

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    ✔ No
    ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
    ✔ No
    ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
    ✔ No
    ☐ Yes

## Part 11:   All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    ☐ No. Go to Part 12.
    ✔ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**
    Description (include name of obligor)

    _____   —   _____   = ➔   $_____
                                      Total face amount          doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

    _____   $_____

73. Interests in insurance policies or annuities
    See Exhibit 1                                                  $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    Claims against Long View Steel, Corp for breach of contract and related causes of action      Unknown
    **Nature of claim**       Breach of contract
    **Amount requested**      $1,000,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____   $_____

    **Nature of claim**      _____
    Amount requested      $_____

76. Trusts, equitable or future interests in property

    _____   $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    Credit from MST Steel Corp.                        $1,275.00
    Credit from Premium Steel Sales                    $427.50
    Credit from Samuel Steel Trading                   $8,937.25
    Credit from Tri-Union Express Inc.                 $152.75

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.          $10,792.50

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ✔ No
    ☐ Yes

# Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,014,330.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $11,979,531.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $17,316,197.29 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | Undetermined | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ ➜ | | Undetermined |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $10,792.50 | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | $31,335,851.96 | + 91b. Undetermined |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ................................................................................  $31,335,851.96

**Schedules of Assets and Liabilities - Exhibit 1**
**Schedule A/B: Interests in Insurance Policies or Annuities**
**Rapid Metals, LLC    23-46098**

|  | Current Value of Debtor's Interest |
|---|---|
| Interest in Commercial General Liablity with Essex Insurance Company (No loan or surrender value) | $0.00 |
| Interest In Automobile Lialbity with Progressive Insurance (No loan or surrender value) | $0.00 |
| Interest in Workers Compensation and Employers' Liablity with Retailers Mutual Insruance Co (No loan or surrender value) | $0.00 |
| Interest D&O Employee Lialbity with Philadelphia Indemnity Ins Co (No loan or surrender value) | $0.00 |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ✔ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| Bank of America, N. A. | All Asset Lien | $19,486,791.00 | $31,335,851.96 |
| **Creditor's mailing address** | | | |
| 2600 W. Big Beaver Road<br>Troy, MI 48084 | **Describe the lien**<br>U.C.C Lien | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>✔ No<br>☐ Yes | | |
| **Date debt was incurred** 11/09/2022 | **Is anyone else liable on this claim?**<br>✔ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>✔ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

**2.2**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
|  |  | $ | $ |
| **Creditor's mailing address** | | | |
|  | **Describe the lien** | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H). | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Have you already specified the relative priority?<br>☐ No. Specify each creditor, including this creditor, and its relative priority.<br>☐ Yes. The relative priority of creditors is specified on lines | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $19,486,791.00

## Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Bank of America<br>c/o Doron Yitzchaki and Adam D. Grant<br>500 Woodward Ave., Suite 4000 Detroit, MI 48226 | Line 2.1 | |
| Bank of America, N. A.<br>c/o Steve M. Siravo<br>One Bryant Park New York, NY 10036 | Line 2.1 | |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **Rapid Metals, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) **23-46098**

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Unknown** | **$0.00** |
|  | Date or dates debt was incurred<br>**Prior to filing** | Basis for the claim:<br>**Listed for notice purposes only** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**State of Michigan**<br>**Department of Treasury**<br>**P.O. Box 77437**<br>**Detroit, MI 48277-0437** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Unknown** | **$0.00** |
|  | Date or dates debt was incurred<br>**Prior to filing** | Basis for the claim:<br>**Listed for notice purposes only** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.95 |
|---|---|---|---|
| | **Absopure**<br>PO Box 701760<br>Plymouth, MI 48170 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,290.40 |
|---|---|---|---|
| | **Ace Doran Hauling & Rigging Co**<br>PO Box 896805<br>Charlotte, NC 28289 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2023 | Basis for the claim: __Transportation Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,294.36 |
|---|---|---|---|
| | **Ace Steel, LLC**<br>1432 Easton Rd.<br>Warrington, PA 18976 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,782.21 |
|---|---|---|---|
| | **Acero Prime Feralloy**<br>8534 TX-89<br>Suite 5 and 6<br>Sinton, TX 78387 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2023 | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,490.00 |
|---|---|---|---|
| | **Advanaced Steel Co.**<br>100 E Big Beaver Rd<br>Troy, MI 48083 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2023 | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,340.56 |
|---|---|---|---|
| | **Advanced Steel Canada, Inc.**<br>8-180 Shearson Cres.<br>Cambridge, On N1T 1P4 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2023 | Basis for the claim: __Processing Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,160,376.83 |
|---|---|---|---|
| | **Algoma Steel**<br>105 West Street<br>Sault Ste Marie, Ontario, P6A 7B4 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred 2023 | Basis for the claim: __Vendor__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,013.40 |

**All Transport Solutions Inc**
1201 Marine View St
Portage, IN 46368

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.99 |

**Allegheny Steel Distributors**
PO Box 645363
Pittsburgh, PA 15264

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Basis for the claim: **Shipping**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,870.00 |

**Alliance Critical Capacity**
PO Box 826896
Philadelphia, PA 19182

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Basis for the claim: **Shipping**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,662.04 |

**Alliance Steel**
24342 Network Place
Chicago, IL 60673

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,423.91 |

**Alpine Slitting**
9301 Central
Detroit, MI 48204

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alpine Steel Processing, LLC**
12910 Inkster Road
Redford, MI 48239

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,828.65 |

**American Coil Processing LLC**
PO Box 343
Geneva, OH 44041

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Basis for the claim: **Processing Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,361.32 |
|---|---|---|---|

**3.15** Nonpriority creditor's name and mailing address
Andes Coil Processing
201 Mississippi Street
Gary, IN 46402

Date(s) debt was incurred  2023
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Processing Services

Is the claim subject to offset? ■ No ☐ Yes

$22,361.32

---

**3.16** Nonpriority creditor's name and mailing address
Andes Coil Processing
202 South Railroad Street
Lewisville, TX 75057

Date(s) debt was incurred  2023
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Processing Services

Is the claim subject to offset? ■ No ☐ Yes

$588.24

---

**3.17** Nonpriority creditor's name and mailing address
ARC Media Inc/ Metal Center
PO Box 3127
Oak Brook, IL 60523

Date(s) debt was incurred  2023
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Advertising

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

**3.18** Nonpriority creditor's name and mailing address
Arrow Office Supply Co.
17005 Grand River Ave.
Detroit, MI 48227

Date(s) debt was incurred  2023
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Office Supplies

Is the claim subject to offset? ■ No ☐ Yes

$1,834.81

---

**3.19** Nonpriority creditor's name and mailing address
ATS Logistics Services, Inc
LBX 7130
Minneapolis, MN 55485

Date(s) debt was incurred  2023
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Transporation Services

Is the claim subject to offset? ■ No ☐ Yes

$4,650.00

---

**3.20** Nonpriority creditor's name and mailing address
Axle Logistics, LLC
PO Box 631490
Cincinnati, OH 45263

Date(s) debt was incurred  2023
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Transporation Services

Is the claim subject to offset? ■ No ☐ Yes

$69,650.00

---

**3.21** Nonpriority creditor's name and mailing address
Bailey Metal Processing LTD.
1211 Heritage Rd
Burlington, ON L7L4Y1

Date(s) debt was incurred  2023
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Processing Services

Is the claim subject to offset? ■ No ☐ Yes

$208,146.87

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,180.81 |
|---|---|---|---|

**BBL Transportation, LLC**
PO Box 3192
Cuyahoga Falls, OH 44223

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Transporation services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,585.50 |
|---|---|---|---|

**BCC Steel Inc.**
PO Box 585
Ephraim, WI 54211

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,657.00 |
|---|---|---|---|

**Bedrock Logistics**
PO Box 679242
Dallas, TX 75267

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Transporation Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,330.00 |
|---|---|---|---|

**Beemac Trucking LLC**
PO Box 6315
Hermitage, PA 16148

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Transportation Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,775.00 |
|---|---|---|---|

**Blue Dolphin Logistics Corporation**
1610 Chestnut St
Portsmouth, VA 23704

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Transporation Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $266,324.20 |
|---|---|---|---|

**Blue Fin Steel Corp**
372 Bay Street
Toronto, Ontario, M5H 2W9

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,030.15 |
|---|---|---|---|

**C&G Transporation**
1110 Wayne Rd
Wayne, OH 43466

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Transporation Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,273.75 |
|---|---|---|---|

**C&J Steel Processing**
3545 Scotten St.
Detroit, MI 48210

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,600.00 |
|---|---|---|---|

**Cantrell Transportation**
102 Forest Dr
Houston, MO 65483

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Certified Steel Co.**
199 Whitehead Road
Trenton, NJ 08619

Date(s) debt was incurred  **Notice Only**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chappell Steel**
3545 Scotten Ave
Detroit, MI 48210

Date(s) debt was incurred  **Notice Only**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,245.40 |
|---|---|---|---|

**Chase Freight Systems**
7622 St. RT 109
Delta, OH 43515

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Transporation Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,410.57 |
|---|---|---|---|

**Chicago Coil, LLC**
19250 Everette Lane
Mokena, IL 60448

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,058.20 |
|---|---|---|---|

**Chicago Steel Holdings, LLC**
700 Chase Street
#100
Gary, IN 46404

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,690.00 |
|---|---|---|---|

**City Logistics, LLC**
**801 Broad Street**
**Portsomouth, VA 23707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $694,893.43 |
|---|---|---|---|

**Cleveland-Cliff Steel Corp**
**PO Box 735146**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,525,831.28 |
|---|---|---|---|

**Cleveland-Cliffs Inc.**
**25465 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,099.43 |
|---|---|---|---|

**Coil Steel Processing, LLC**
**1604 Prosperity Rd**
**Toledo, OH 43612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Processing Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,806.96 |
|---|---|---|---|

**Coiltrade Inc**
**4140 S. Co Road 210**
**Knox, IN 46534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,180.96 |
|---|---|---|---|

**Concord Steel Trading Inc.**
**147 Ashbridge Circle**
**Woodbridge, IN L4L 3R5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,945.00 |
|---|---|---|---|

**Cowan Logistics, LLC**
**4555 Hollins Ferry Rd**
**Halethorpe, MD 21227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Transporation Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,510.00 |
|---|---|---|---|
| | Coyote Logistics, LLC<br>PO Box 742636<br>Atlanta, GA 30374 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _202346,510_ | Basis for the claim: **Transporation Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,400.00 |
|---|---|---|---|
| | Crawford Transportation/Logistics<br>P.O. Box 178<br>Lamont, IA 50650 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _2023_ | Basis for the claim: **Transpotation Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,753.86 |
|---|---|---|---|
| | Crystal Steel Corp<br>50 Log Bridge Road<br>Middleton, MA 01949 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: _ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,902.52 |
|---|---|---|---|
| | Davis Gate & Wire<br>PO Box 100<br>Dunnville, KY 42528 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _2023_ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $207,761.06 |
|---|---|---|---|
| | Delaware Steel Company<br>311 Lindenwold Ave<br>Ambler, PA 19002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _2023_ | Basis for the claim: **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|
| | Exo Freight<br>7455 Arroyo Crossing Parkway<br>Las Vegas, NV 89113 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: _ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,956.35 |
|---|---|---|---|
| | Feralloy - Ghent<br>155 Montgomery Road<br>Ghent, KY 41045 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: _ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ferralloy Corp**
PO Box 100204
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ferralloy Corp**
PO Box 745742
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,355.80 |
|---|---|---|---|

**Ferralloy Corp. Midwest**
12899 Collection Center
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,541.48 |
|---|---|---|---|

**Ferralloy Corporation-Decatur**
PO Box 100174
Atlanta, GA 30384

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,299.35 |
|---|---|---|---|

**Ferralloy Huger SC**
1020 N Steel Circle
Huger, SC 29450

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,116.92 |
|---|---|---|---|

**Ferrous South**
PO Box 74516
Cleveland, OH 44194

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2023

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,075.00 |
|---|---|---|---|

**Fifth Wheel Freight, LLC**
4460 44th Street
Kentwood, MI 49512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,025.00 |
|---|---|---|---|
| | **First Star Logistics, LLC**<br>PO Box 912394<br>Denver, CO 80291 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2023__ | Basis for the claim: __Trasporation Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,350.00 |
|---|---|---|---|
| | **Fitzmark**<br>PO Box 010825<br>Milwaukee, WI 53288 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2023__ | Basis for the claim: __Tranporation Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,975.00 |
|---|---|---|---|
| | **Foodmaster Logistics LLC**<br>7202 S Beneva Rd<br>Sarasota, FL 34238 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2023__ | Basis for the claim: __Transporation Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,889.53 |
|---|---|---|---|
| | **Fulton County Processing**<br>PO Box 67<br>Delta, OH 43515 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2023__ | Basis for the claim: __Processing Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|
| | **G&F Trucking Leasing Inc.**<br>PO Box 4032<br>Hammond, IN 46324 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2023__ | Basis for the claim: __Transporation Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,900.00 |
|---|---|---|---|
| | **GEO.F.Alger Company**<br>28650 Hildebrand St<br>Romulus, MI 48174 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2023__ | Basis for the claim: __Transporation Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,175.00 |
|---|---|---|---|
| | **Give2Get Inc**<br>16W485 S. Frontage Rd.<br>Willowbrook, IL 60527 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2023__ | Basis for the claim: __Transporation Services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.64** Nonpriority creditor's name and mailing address
Globe Trucking, Inc.
5261 Stickney Ave.
Toledo, OH 43612

Date(s) debt was incurred  2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Transporation Services

Is the claim subject to offset? ■ No ☐ Yes

$8,902.61

---

**3.65** Nonpriority creditor's name and mailing address
GM Financial
PO Box 78143
Phoenix, AZ 85062-8143

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,149.20

---

**3.66** Nonpriority creditor's name and mailing address
Greenpoint Metals
301 Shotwell Dr.
Franklin, OH 45005

Date(s) debt was incurred  Notice Only

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.67** Nonpriority creditor's name and mailing address
Haddad International Transport
5000 Wyoming
Dearborn, MI 48126

Date(s) debt was incurred  2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Transporation Services

Is the claim subject to offset? ■ No ☐ Yes

$17,111.40

---

**3.68** Nonpriority creditor's name and mailing address
Harvard Coil Processing, Inc.
5400 Harvard Ave.
Cleveland, OH 44105

Date(s) debt was incurred  2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Processing Services

Is the claim subject to offset? ■ No ☐ Yes

$2,260.93

---

**3.69** Nonpriority creditor's name and mailing address
Hascall Steel Nashville
4165 Spartan Ind DR SW
Grandville, MI 49418

Date(s) debt was incurred  2023

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor

Is the claim subject to offset? ■ No ☐ Yes

$43,008.79

---

**3.70** Nonpriority creditor's name and mailing address
Heidtman - Chicago
4407 Railroad Ave
East Chicago, IN 46312

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$23,592.24

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.71**

Nonpriority creditor's name and mailing address
**Heidtman Steel Products**
**21895 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.72**

Nonpriority creditor's name and mailing address
**Heidtman Steel Products IL**
**2401 Front Street**
**Toledo, OH 43605**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$9,970.30**

---

**3.73**

Nonpriority creditor's name and mailing address
**Heidtman Steel Products, Inc. MI**
**640 Lavoy Rd**
**Erie, MI 48133**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$183,279.70**

---

**3.74**

Nonpriority creditor's name and mailing address
**Heidtman Steel-Butler**
**4400 County Road**
**Butler, IN 46721**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,344.81**

---

**3.75**

Nonpriority creditor's name and mailing address
**Hycal Corporation**
**PO Box 74059**
**Cleveland, OH 44194**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Processing Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,487.48**

---

**3.76**

Nonpriority creditor's name and mailing address
**Indiana Pickling & Processing**
**12940 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Processing**

Is the claim subject to offset? ■ No ☐ Yes

**$2,818.05**

---

**3.77**

Nonpriority creditor's name and mailing address
**Integrity Express Logistics**
**62488 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Transporation**

Is the claim subject to offset? ■ No ☐ Yes

**$57,425.00**

| | | |
|---|---|---|
| **3.78** | Nonpriority creditor's name and mailing address<br>**International Freight Systems**<br>PO Box 1148<br>Tilbury, On N0P 2L0<br><br>Date(s) debt was incurred  _2023_<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _Transporation_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $2,684.67 |
| **3.79** | Nonpriority creditor's name and mailing address<br>**International Steel & Counter**<br>140 North West Ave<br>Youngstown, OH 44502<br><br>Date(s) debt was incurred  _2023_<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _Vendor_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $93,576.15 |
| **3.80** | Nonpriority creditor's name and mailing address<br>**JP Graham Transport, Inc.**<br>PO Box 390<br>Rochester, PA 15074<br><br>Date(s) debt was incurred  _2023_<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _Transporation Services_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $6,450.00 |
| **3.81** | Nonpriority creditor's name and mailing address<br>**Kaplan Trucking Company**<br>PO Box 92618<br>Cleveland, OH 44190<br><br>Date(s) debt was incurred  _2023_<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _Transporation Services_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $9,348.63 |
| **3.82** | Nonpriority creditor's name and mailing address<br>**Kenwal Pickling**<br>8223 West Warren Ave.<br>Dearborn, MI 48126<br><br>Date(s) debt was incurred  _2023_<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _Processing_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $8,475.81 |
| **3.83** | Nonpriority creditor's name and mailing address<br>**Kenwal Steel Co. Burns Harbor**<br>307 Tech Drive<br>Chesterton, IN 46304<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1,211.06 |
| **3.84** | Nonpriority creditor's name and mailing address<br>**KIEH Corp**<br>PO Box 681477<br>Franklin, TN 37068<br><br>Date(s) debt was incurred  _2023_<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  _Testing Services_<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $65.00 |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,300.00 |
|------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**King of Freight**
110 S Main Street
Wichita, KS 67202

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | | $0.00 |
|------|--------------------------------------------------|---|--------|

**Kloeckner Metals Corp**
1090 North Steel Circle
Huger, SC 29450

Date(s) debt was incurred **Notice Only**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | | $27,517.03 |
|------|--------------------------------------------------|---|------------|

**Koil Metals, LLC**
Lockbox#774897
Minneapolis, MN 55485

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | | $240.00 |
|------|--------------------------------------------------|---|---------|

**L&M Processing, LLC**
7775 Addison Rd.
Detroit, MI 48213

Date(s) debt was incurred **Notice Only**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | | $63,575.00 |
|------|--------------------------------------------------|---|------------|

**Landstar Ranger, Inc.**
PO Box 784293
Philadelphia, PA 19178

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Transporation Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | | $2,250.00 |
|------|--------------------------------------------------|---|-----------|

**Leen Logistics LLC**
19230 W. Centerra Dr.
Buckeye, AZ 85326

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Transporation Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | | $3,103.01 |
|------|--------------------------------------------------|---|-----------|

**Liberty Steel Processing Corp.**
100 East Big Beaver Rd
Troy, MI 48083

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Processing Servcices**

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $805.00 |
|---|---|---|---|

**3.92** Nonpriority creditor's name and mailing address
Lisa Sherman
4610 Valleyview Dr
West Bloomfield, MI 48323

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$805.00

---

**3.93** Nonpriority creditor's name and mailing address
M&J Chicago Transport Inc.
4246 West 77th Street
Chicago, IL 60652

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$14,597.00

---

**3.94** Nonpriority creditor's name and mailing address
Mainline Metals
21 Bala Ave.
Bala Cynwyd, PA 19004

Date(s) debt was incurred __Notice Only__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.95** Nonpriority creditor's name and mailing address
Mainline Processing
PO Box 74378
Cleveland, OH 44194

Date(s) debt was incurred __2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Processing Services__

Is the claim subject to offset? ■ No ☐ Yes

$7,150.13

---

**3.96** Nonpriority creditor's name and mailing address
Maksteel USA
PO Box 95398
Chicago, IL 60694

Date(s) debt was incurred __2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

$72,982.26

---

**3.97** Nonpriority creditor's name and mailing address
McClays Logistics USA LLC
31201 Chicago Rd
Warren, MI 48093

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$30,300.00

---

**3.98** Nonpriority creditor's name and mailing address
MD Metals
6499 West 66th Place
Chicago, IL 60638

Date(s) debt was incurred __2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Processing Services__

Is the claim subject to offset? ■ No ☐ Yes

$2,099.12

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,171.67 |
|---|---|---|---|

**Metal Processing**
201 Mississippi St.
Gary, IN 46400

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Processing Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,583.05 |
|---|---|---|---|

**Metal Processors, Inc.**
200 S. Falkenburg Rd.
Tampa, FL 33619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Notice Only**

Basis for the claim:  __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,289.16 |
|---|---|---|---|

**MGR Logistics LLC**
1016 Hoffman St
Hammond, IN 46327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Transporation Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,925.00 |
|---|---|---|---|

**Midway Logistics, LLC**
6100 E. Centgral Ave
Wichita, KS 67208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Transporation Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,174.52 |
|---|---|---|---|

**Midwest Materials, Inc.**
PO Box 345
Perry, OH 44081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Processing Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $215.85 |
|---|---|---|---|

**Millennium Business System**
P.O. Box 660831
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Copier**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $210,972.00 |
|---|---|---|---|

**Milll Steel**
2905 Lucerne Drive SE
Grand Rapids, MI 49546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,718.87 |
|---|---|---|---|

**Mississippi Steel Processing**
400 North Steel Road
Columbus, MS 39701

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Processing Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,193.00 |
|---|---|---|---|

**N.M. Transtech Transport Inc**
PO Box 52009
Laval Quebec, H7P 5S1

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Transporation Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,585.91 |
|---|---|---|---|

**National Galvanizing L.P.**
1500 Telb Rd
Monroe, MI 48162

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Processing Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,300.78 |
|---|---|---|---|

**National Material Co.**
4506 Cline Ave.
East Chicago, IN 46312

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**National Processing Plant**
4502 West Cline Ave
East Chicago, IN 46312

Date(s) debt was incurred  **Notice Only**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**New Process Steel**
280 Industrial Park Road
Columbus, MS 39701

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,465.52 |
|---|---|---|---|

**NLMK Pennsylvania LLC**
62520 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $386,463.68 |
|-------|--------------------------------------------------|-------------------------------------------------------------------|-------------|

**3.113** Nonpriority creditor's name and mailing address
North Star Bluescope Steel LLC
25544 Netword Place
Chicago, IL 60673

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$386,463.68

---

**3.114** Nonpriority creditor's name and mailing address
Northern Steel Tranport Co.
PO Box 6996
Toledo, OH 43612

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$41,225.00

---

**3.115** Nonpriority creditor's name and mailing address
Nucor Sheet Mill Group
4537 S. Nucor Road
Crawfordsville, IN 47933

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$438,692.50

---

**3.116** Nonpriority creditor's name and mailing address
Nurcor Steel
4537 Nucor Road
Crawfordsville, IN 47933

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$880,014.31

---

**3.117** Nonpriority creditor's name and mailing address
Ohio Intra Express, Inc.
852 Lyles Dr
Hermitage, PA 16148

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Transporation Services**

Is the claim subject to offset? ■ No ☐ Yes

$750.00

---

**3.118** Nonpriority creditor's name and mailing address
Ohio Kentucky Steel LLC
PO Box 933287
Cleveland, OH 44193

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$5,037.61

---

**3.119** Nonpriority creditor's name and mailing address
Ohio Pickling & Processing
PO Box 3005
Toledo, OH 43607

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Processing Services**

Is the claim subject to offset? ■ No ☐ Yes

$24,401.22

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,544.76 |
|---|---|---|---|

**Ohio Slitting and Storage**
PO Box 206281
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,575.00 |
|---|---|---|---|

**Online Freight Services, Inc.**
PO Box 860789
Minneapolis, MN 55486

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Tranporation Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,503.00 |
|---|---|---|---|

**OPS Sales Comp**
PO Box 189
Dewey, OK 74029

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,520.00 |
|---|---|---|---|

**P.S. Date Services**
1029 Central Ave.
Middletown, OH 45044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **IT Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**PACO Steel**
4949 N.Country Road 967
Armorel, AR 72310

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Notice Only**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,885.20 |
|---|---|---|---|

**Paragon Steel Enterprises, LLC**
PO Box 861
Indianapolis, IN 46206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Patriot Steel Processing**
3545 Scotten Ave
Detroit, MI 48210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Notice Only**

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,389.58 |
|-------|--------|--------|--------|
| | Performance Master<br>3752 E 350 S<br>Crawfordsville, IN 47933 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2023 | Basis for the claim:  Vendor | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,325.00 |
|-------|--------|--------|--------|
| | PGT Trucking, Inc.<br>PO Box 150167<br>Ogden, UT 84415 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2023 | Basis for the claim:  Transporation Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,961.17 |
|-------|--------|--------|--------|
| | Precision Slitting SVC<br>28975 Smith Rd<br>Romulus, MI 48174 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2023 | Basis for the claim:  Processing Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------|--------|--------|
| | Precision Strip Inc.<br>440 Oxford State Rd.<br>Middletown, OH 45044 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  Notice Only | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,932.14 |
|-------|--------|--------|--------|
| | Precision Strip-Tipp City<br>315 Park Ave<br>Tipp City, OH 45371 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-------|--------|--------|--------|
| | Precision Stripping<br>PO Box 7147414<br>Cincinnati, OH 45271 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2023 | Basis for the claim:  Processing Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $838.35 |
|-------|--------|--------|--------|
| | Precoat Metals<br>PO Box 90392<br>Chicago, IL 60696 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2023 | Basis for the claim:  Processing Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|-------|--------------------------------------------------|------------------------------------------------------------------------|-----------|

**3.134**

Nonpriority creditor's name and mailing address
PSI Services, Inc.
6363 Oak Tree Blvd
Independence, OH 44131

Date(s) debt was incurred _2023_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Processing Services**

Is the claim subject to offset? ■ No ☐ Yes

$2,000.00

---

**3.135**

Nonpriority creditor's name and mailing address
R&R Express Inc.
100 Commerce Drive
Pittsburgh, PA 15275

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trasportation Services**

Is the claim subject to offset? ■ No ☐ Yes

$1,350.00

---

**3.136**

Nonpriority creditor's name and mailing address
Red Wing Transporation, Inc.
7170 E.McNichols
Detroit, MI 48212

Date(s) debt was incurred _2023_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Transporation Services**

Is the claim subject to offset? ■ No ☐ Yes

$14,750.00

---

**3.137**

Nonpriority creditor's name and mailing address
Reliable Delivery
21450 Trolley Industrial Dr
Taylor, MI 48180

Date(s) debt was incurred _2023_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Transporation Services**

Is the claim subject to offset? ■ No ☐ Yes

$279.07

---

**3.138**

Nonpriority creditor's name and mailing address
RTI Laboratories, Inc.
33080 Industrial Rd.
Livonia, MI 48150

Date(s) debt was incurred _2023_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Processing Services**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.139**

Nonpriority creditor's name and mailing address
Rubicon Transporation, LLC
PO Box 3785
Cookeville, TN 38502

Date(s) debt was incurred _2023_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Transporation Services**

Is the claim subject to offset? ■ No ☐ Yes

$590.00

---

**3.140**

Nonpriority creditor's name and mailing address
Sandy Bay Freight Broker
PO Box 108
Arden, ON K0H 1B0

Date(s) debt was incurred _2023_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Transporation Services**

Is the claim subject to offset? ■ No ☐ Yes

$3,000.00

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,050.00 |

**Schneider Transporation**
2567 Paysphere Circle
Chicago, IL 60674

Date(s) debt was incurred **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Transporation Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,174.11 |

**Scott Steel LLC**
PO Box 244
Middletown, OH 45042

Date(s) debt was incurred **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**SEL Supply-Chain Solutions, LLC**
1200 West Freeway
Fort Worth, TX 76102

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,900.00 |

**Shark Logistics Inc**
PO Box 42931
Bakersfield, CA 93384

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,250.00 |

**Shine Logistics LLC**
7320 Tawny Port Way
Sacramento, CA 95829

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,296.00 |

**Specialty Sript & Oscillating**
1262 Standard Ave
Masury, OH 44438

Date(s) debt was incurred **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Processing Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Steel Dynamics**
36248 Treasury Center
Chicago, IL 60694

Date(s) debt was incurred **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $970,176.11 |
|---|---|---|---|
| | Steel Dynamics Columbus, LLC<br>1945 Airport Road<br>Columbus, MS 39703 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $398,082.44 |
|---|---|---|---|
| | Steel Dynamics Southwest, LLC<br>8534 Hwy 89<br>Sinton, TX 78387 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $113,120.44 |
|---|---|---|---|
| | Steel Dynamics, Inc<br>24760 Network Place<br>Chicago, IL 60673-1247 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,851.34 |
|---|---|---|---|
| | Steel Spectrum LLC<br>80 Bonaventure Way<br>Sugar Land, TX 77479 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _2023_ | Basis for the claim: _Vendor_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|
| | Steel Warehouse<br>PO Box 854005<br>Minneapolis, MN 55485 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _2023_ | Basis for the claim: _Vendor_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,366.38 |
|---|---|---|---|
| | Target Steel Inc.<br>24601 Vreeland Road<br>Flat Rock, MI 48134 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _2023_ | Basis for the claim: _Processing Services_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Taylor Coil Procesing<br>2260 Industrial Drive<br>Warren, OH 44481 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _Notice Only_ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,417.05 |
|---|---|---|---|

**Taylor Steel Inc.**
477 Arvin Avenue
Stoney Creek, ON L8E 2N1

Date(s) debt was incurred __2023__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Tensile Testing**
4520 Willow Pky.
Cleveland, OH 44125

Date(s) debt was incurred __2023__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Processing Services__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,800.00 |
|---|---|---|---|

**The Tiny Bull Inc.**
4433 Village Green Circle
Birmingham, AL 35226

Date(s) debt was incurred __2023__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thormax Enterprises**
2250 15th St.
Columbus, IN 47201

Date(s) debt was incurred __Notice Only__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,368.69 |
|---|---|---|---|

**Thunder Struck Transporation**
8699 S Dixe Hwy
Rudolph, OH 43462

Date(s) debt was incurred __2203__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Transporation Services__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $700.00 |
|---|---|---|---|

**Timberstone Steel**
8000 Yankee Rd
Ottawa Lake, MI 49267

Date(s) debt was incurred __2023__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,796.00 |
|---|---|---|---|

**Torch Steel**
PO Box 933394
Cleveland, OH 44193

Date(s) debt was incurred __2023__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ☐ No ☐ Yes

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,900.00 |
|---|---|---|---|

**Tortorigi Transport LLC**
428 Main Street
Trussville, AL 35173

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Transporation Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,800.00 |
|---|---|---|---|

**Total Quality Logistics LLC**
PO Box 634558
Cincinnati, OH 45263

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Transporation Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,550.00 |
|---|---|---|---|

**Transloop Logistics LLC**
PO Box 735318
Chicago, IL 60673

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Transporation Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.00 |
|---|---|---|---|

**Trek Transport, Inc.**
16717 W. Michigan
Albion, MI 49224

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Transportation Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,100.00 |
|---|---|---|---|

**Trident Transport LLC**
PO Box 746991
Atlanta, GA 30374

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Transporation Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,775.00 |
|---|---|---|---|

**Truxio, Inc.**
5100 Poplar Ave
Memphis, TN 38137

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Transporation Services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Uniserv LLC**
PO Box 149
Brookfield, OH 44403

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Processing Service**

Is the claim subject to offset? ■ No ☐ Yes

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,781.23 |
|---|---|---|---|

**United Steel Service**
4500 Parkway
Brookfield, OH 44403

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __Notice Only__

Basis for the claim: _

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $64,824.08 |
|---|---|---|---|

**Universal Metals LLC**
PO Box 932719
Cleveland, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,479.61 |
|---|---|---|---|

**Universal Steel PA**
PO Box 74690
Cleveland, OH 44194

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,050.00 |
|---|---|---|---|

**US Logistics**
PO Box 14309
Cincinnati, OH 45250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Transporation Services__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Valor Steel, Inc.**
4145 North Service Road
Burlington, ON L7L 6A3
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,575.00 |
|---|---|---|---|

**Varstar Alliance Inc.**
5395 Cogwell Rd.
Wayne, MI 48184

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Vendor__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.22 |
|---|---|---|---|

**Voss- Taylor**
7925 Beech Daly Rd.
Taylor, MI 48180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Processing Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,394.04 |
|---|---|---|---|

**3.176**
Nonpriority creditor's name and mailing address
**Voss-Clark**
**701 Loop Rd.**
**Jeffersonville, IN 47130**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Processing Services**

Is the claim subject to offset? ■ No ☐ Yes

$3,394.04

---

**3.177**
Nonpriority creditor's name and mailing address
**Wayne Industries**
**36253 Michigan Ave.**
**Wayne, MI 48184**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Processing Services**

Is the claim subject to offset? ■ No ☐ Yes

$13,127.21

---

**3.178**
Nonpriority creditor's name and mailing address
**West Boca Metals**
**5735 NW 40th Way**
**Jupiter, FL 33477**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$185,221.85

---

**3.179**
Nonpriority creditor's name and mailing address
**Worldwide Logistics, Inc.**
**PO Box 88637**
**Chicago, IL 60680**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Transporation Services**

Is the claim subject to offset? ■ No ☐ Yes

$30,970.00

---

**3.180**
Nonpriority creditor's name and mailing address
**Worthington Steel Porter**
**27404 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Transporation Services**

Is the claim subject to offset? ■ No ☐ Yes

$146.82

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1**   **Ace Doran Hauling & Rigging Co**<br>**PO Box 100004**<br>**McDonough, GA 30253** | Line **3.2**<br><br>☐ Not listed. Explain ____ | __ |
| **4.2**   **Acero Prime Feralloy Sinton PR**<br>**8534 Highway 89**<br>**Sinton, TX 78387** | Line **3.4**<br><br>☐ Not listed. Explain ____ | __ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | Allegheny Steel Distributors<br>PO Box 837<br>Indianola, PA 15051 | Line __3.9__<br>☐ Not listed. Explain ____ | __ |
| 4.4 | Alliance Steel<br>2700 E. 5th Avenue<br>Gary, IN 46402 | Line __3.11__<br>☐ Not listed. Explain ____ | __ |
| 4.5 | Altus Receivables Management<br>PO Box 1389<br>Kenner, LA 70063 | Line __3.107__<br>☐ Not listed. Explain ____ | __ |
| 4.6 | American Coil Processing LLC<br>17001 Saranac Road<br>Cleveland, OH 44110 | Line __3.14__<br>☐ Not listed. Explain ____ | __ |
| 4.7 | Andes Coil Processing<br>1401 W. Commerce Street<br>Dallas, TX 75208 | Line __3.16__<br>☐ Not listed. Explain ____ | __ |
| 4.8 | Axle Logistics, LLC<br>835 N Central Street<br>Knoxville, TN 37917 | Line __3.20__<br>☐ Not listed. Explain ____ | __ |
| 4.9 | Cleveland Cliffs<br>14661 Rotunda Drive<br>Dearborn, MI 48121-1644 | Line __3.37__<br>☐ Not listed. Explain ____ | __ |
| 4.10 | Detroit Welded Tube<br>3900 Beaufait St.<br>Detroit, MI 48207 | Line __3.5__<br>☐ Not listed. Explain ____ | __ |
| 4.11 | Feralloy Corp. Midwest<br>6755 Waterway Dr.<br>Portage, IN 46368 | Line __3.52__<br>☐ Not listed. Explain ____ | __ |
| 4.12 | Feralloy Huger SC<br>1020 N Steel Circle<br>Huger, SC 29450 | Line __3.50__<br>☐ Not listed. Explain ____ | __ |
| 4.13 | Feralloy- Decatur<br>1435 Red Hat Road<br>Decatur, AL 35601 | Line __3.53__<br>☐ Not listed. Explain ____ | __ |
| 4.14 | Feralloy-Ghent<br>155 Montgomery Road<br>Ghent, KY 41045 | Line __3.50__<br>☐ Not listed. Explain ____ | __ |
| 4.15 | Ferrous Metal Processing, Inc.<br>11103 Memphis Ave.<br>Cleveland, OH 44144 | Line __3.55__<br>☐ Not listed. Explain ____ | __ |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.16 | Ferrous South<br>38 Country Rd 370<br>Iuka, MS 38852 | Line **3.55**<br>☐ Not listed. Explain ___ | __ |
| 4.17 | Fulton County Processing<br>7800 State Route 109<br>Delta, OH 43515 | Line **3.60**<br>☐ Not listed. Explain ___ | __ |
| 4.18 | Hascall Steel Chicago<br>14100 S. Halsted Street<br>Riverdale, IL 60827 | Line **3.69**<br>☐ Not listed. Explain ___ | __ |
| 4.19 | Hascall Steel Nashville<br>407 Driftwood St<br>Nashville, TN 37210 | Line **3.69**<br>☐ Not listed. Explain ___ | __ |
| 4.20 | Hascall Steel- Grandville Plain<br>4165 Spartan Industrial Drive<br>Detroit, MI 48211 | Line **3.69**<br>☐ Not listed. Explain ___ | __ |
| 4.21 | Hascall Steel- Strong Plant<br>6349 Strong Street<br>Detroit, MI 48211 | Line **3.69**<br>☐ Not listed. Explain ___ | __ |
| 4.22 | Heidtman Steel Products<br>PO Box 95390<br>Chicago, IL 60694 | Line **3.71**<br>☐ Not listed. Explain ___ | __ |
| 4.23 | Heidtman Steel Products<br>640 Lavoy Rd<br>Erie, MI 48133 | Line **3.71**<br>☐ Not listed. Explain ___ | __ |
| 4.24 | Heidtman Steel- Butler<br>4400 Country Rd.<br>Butler, IN 46721 | Line **3.71**<br>☐ Not listed. Explain ___ | __ |
| 4.25 | Heidtman- Chicago<br>4407 Railroad Ave<br>East Chicago, IN 46312 | Line **3.71**<br>☐ Not listed. Explain ___ | __ |
| 4.26 | Indiana Pickling & Processing<br>6650 Nautical Drive<br>Portage, IN 46368 | Line **3.76**<br>☐ Not listed. Explain ___ | __ |
| 4.27 | Integrity Express Logistics<br>4420 Cooper Road<br>Cincinnati, OH 45242 | Line **3.77**<br>☐ Not listed. Explain ___ | __ |
| 4.28 | Landstar<br>PO Box 784293<br>Philadelphia, PA 19178-4293 | Line **3.89**<br>☐ Not listed. Explain ___ | __ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.29 **Liberty Steel Processing Corp.** 11070 Harper Avenue Detroit, MI 48213 | Line **3.91** ☐ Not listed. Explain \_\_\_\_ | — |
| 4.30 **Maksteel Holding ULC** 7615 Torbram Rd Mississauga, On  L4T 4A8 | Line **3.96** ☐ Not listed. Explain \_\_\_\_ | — |
| 4.31 **Maksteel Processing LLC** 4343 Wyoming Ave Dearborn, MI 48126 | Line **3.96** ☐ Not listed. Explain \_\_\_\_ | — |
| 4.32 **Michigan Department of Treasury** Collections/Bankruptcy Unit P.O. Box 30168 Lansing, MI 48909 | Line **2.2** ☐ Not listed. Explain \_\_\_\_ | — |
| 4.33 **Midwest Material, Inc.** 3687 Shepard Road Perry, OH 44081 | Line **3.103** ☐ Not listed. Explain \_\_\_\_ | — |
| 4.34 **National Processing** 429 W. 127th St. Chicago, IL 60628 | Line **3.110** ☐ Not listed. Explain \_\_\_\_ | — |
| 4.35 **National Processing Plant** 4502 W. Cline Ave East Chicago, IN 46312 | Line **3.110** ☐ Not listed. Explain \_\_\_\_ | — |
| 4.36 **NLMK Pennsylvania LLC** 15 Roemer Blvd. Farrell, PA 16121 | Line **3.112** ☐ Not listed. Explain \_\_\_\_ | — |
| 4.37 **Northern Steel Transport** 6041 Benore PO Box 6996 Toledo, OH 43612 | Line **3.114** ☐ Not listed. Explain \_\_\_\_ | — |
| 4.38 **Northstar Bluescope Steel LLC** 6767 County Road 9 Delta, OH 43515 | Line **3.113** ☐ Not listed. Explain \_\_\_\_ | — |
| 4.39 **Nucor Steel** PO Box 751412 Charlotte, NC 28275 | Line **3.116** ☐ Not listed. Explain \_\_\_\_ | — |
| 4.40 **Nucor Steel** PO Box 202581 Dallas, TX 75320 | Line **3.116** ☐ Not listed. Explain \_\_\_\_ | — |
| 4.41 **Nucor Steel** Lockbox 101835 Atlanta, GA 30354 | Line **3.116** ☐ Not listed. Explain \_\_\_\_ | — |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.42 | Nucor Steel<br>700 Holt Rd NE<br>Tuscaloosa, AL 35404 | Line **3.116**<br>☐ Not listed. Explain ___ | __ |
| 4.43 | Ohio Kentucky Steel<br>2001 Commerce Center<br>Franklin, OH 45005 | Line **3.118**<br>☐ Not listed. Explain ___ | __ |
| 4.44 | Ohio Pickling & Processing<br>1149 Campbell Street<br>Toledo, OH 43607 | Line **3.119**<br>☐ Not listed. Explain ___ | __ |
| 4.45 | Ohio Slitting and Storage<br>7000 N. Main<br>Camden, OH 45311 | Line **3.120**<br>☐ Not listed. Explain ___ | __ |
| 4.46 | Online Freight Services, Inc.<br>2275 Waters Dr<br>Saint Paul, MN 55120 | Line **3.121**<br>☐ Not listed. Explain ___ | __ |
| 4.47 | OPS Sales Comp<br>620 33rd Place North<br>Birmingham, AL 35220 | Line **3.122**<br>☐ Not listed. Explain ___ | __ |
| 4.48 | Paragon Steel Enterprises, LLC<br>4211 Country Rd. 61<br>Butler, IN 46721 | Line **3.125**<br>☐ Not listed. Explain ___ | __ |
| 4.49 | Precision Stip<br>315 Park Ave<br>Tipp City, OH 45371 | Line **3.132**<br>☐ Not listed. Explain ___ | __ |
| 4.50 | Precision Strip<br>7401 Ponderosa Rd.<br>Perrysburg, OH 43551 | Line **3.132**<br>☐ Not listed. Explain ___ | __ |
| 4.51 | Precoat Metals<br>858 East Hupp Road<br>La Porte, IN 46350 | Line **3.133**<br>☐ Not listed. Explain ___ | __ |
| 4.52 | State of Michigan<br>Department of Attorney General<br>Cadillac Place<br>3030 West Grand Boulevard<br>Detroit, MI 48202 | Line **2.2**<br>☐ Not listed. Explain ___ | __ |
| 4.53 | State of Michigan<br>Department of Treasury<br>Collections Division<br>Treasury Building<br>Lansing, MI 48922 | Line **2.2**<br>☐ Not listed. Explain ___ | __ |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.54  Steel Warehouse<br>4740 Hungerford Rd.<br>Memphis, TN 38118 | Line __3.152__<br>☐ Not listed. Explain ____ | __ |
| 4.55  Steel Warehouse<br>600 River Terminal Rd<br>Chattanooga, TN 37406 | Line __3.152__<br>☐ Not listed. Explain ____ | __ |
| 4.56  Target Steel<br>19800 Middle Gibraltr Road<br>Rockwood, MI 48173 | Line __3.153__<br>☐ Not listed. Explain ____ | __ |
| 4.57  Target Steel Inc.<br>24601 Vreeland<br>Flat Rock, MI 48134 | Line __3.153__<br>☐ Not listed. Explain ____ | __ |
| 4.58  Torch Steel<br>8103 Lynch Rd.<br>Detroit, MI 48234 | Line __3.161__<br>☐ Not listed. Explain ____ | __ |
| 4.59  U.S. Attorney<br>attn: Civil Division (IRS)<br>211 West Fort St., Ste 2001<br>Detroit, MI 48226 | Line __2.1__<br>☐ Not listed. Explain ____ | __ |
| 4.60  U.S. Attorney General<br>U.S. Dept. of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530 | Line __2.1__<br>☐ Not listed. Explain ____ | __ |
| 4.61  Universal Metals LLC<br>805 Chicago St.<br>Toledo, OH 43611 | Line __3.170__<br>☐ Not listed. Explain ____ | __ |
| 4.62  US Logistics<br>901 Adams Crossing<br>Cincinnati, OH 45202 | Line __3.172__<br>☐ Not listed. Explain ____ | __ |
| 4.63  Worldwide Logistics Inc<br>3611 109th Street<br>Urbandale, IA 50322 | Line __3.179__<br>☐ Not listed. Explain ____ | __ |
| 4.64  Worthington Steel Porter<br>100 Worthington Dr<br>Chesterton, IN 46304 | Line __3.180__<br>☐ Not listed. Explain ____ | __ |

**Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a.  $ | 0.00 |
| 5b. Total claims from Part 2 | 5b.  + $ | 11,209,280.97 |

Debtor    **Rapid Metals, LLC**
          _____
          Name

Case number (if known)    **23-46098**
                          _____

**5c. Total of Parts 1 and 2**
   Lines 5a + 5b = 5c.

5c.    $        **11,209,280.97**

**Fill in this information to identify the case:**

Debtor name: Rapid Metals, LLC

United States Bankruptcy Court for the: Eastern District of Michigan

Case number: 23-46098

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ✔ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

| | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 2023 Ranger Rover lease | Bank of America, N.A.<br>PO Box 17237<br>Wilmington, DE 19886-7237 |
| | State the term remaining | Current | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | 2021 Merc Benz GLE Coupe lease | Huntington National Bank<br>PO Box 182519<br>Columbus, OH 43218-2519 |
| | State the term remaining | Current | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | 2022 Cadillac XT5 lease | GM Financial<br>PO Box 78143<br>Phoenix, AZ 85062-8143 |
| | State the term remaining | Current | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | IT services | Data Tech Cafe, Inc.<br>25355 Dequindre<br>Madison Heights, MI 48071 |
| | State the term remaining | Current | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Accounting system | P.S. Data Services<br>1029 Central Ave<br>Middletown, OH 45044 |
| | State the term remaining | Current | |
| | List the contract number of any government contract | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2._  **State what the contract or lease is for and the nature of the debtor's interest**   Lease of 7031 Orchard Lake Road, Suite 203 in the amount of $6,600.00 per month

Crown Center

6775 Daly Road

Suite 101

West Bloomfield, MI 48322

**State the term remaining**   4 years

**List the contract number of any government contract**

---

2._  **State what the contract or lease is for and the nature of the debtor's interest**   Office equipment

Millenium Business

P O Box 660831

Dallas, TX 75266-0831

**State the term remaining**   Current

**List the contract number of any government contract**

---

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

---

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

---

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

---

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

---

2._  **State what the contract or lease is for and the nature of the debtor's interest**

**State the term remaining**

**List the contract number of any government contract**

Debtor name   **Rapid Metals, LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN

Case number (if known)   **23-46098**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|---|
| 2.1 | | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | | |
| | | City | State | Zip Code | | | |
| 2.2 | | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | | |
| | | City | State | Zip Code | | | |
| 2.3 | | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | | |
| | | City | State | Zip Code | | | |
| 2.4 | | | | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | | | | |
| | | City | State | Zip Code | | | |

# United States Bankruptcy Court
## Eastern District of Michigan

In re **Rapid Metals, LLC**

Debtor(s)

Case No. **23-46098**
Chapter **11**

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

   [ ]    **FLAT FEE**

   A.   For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    0.00

   B.   Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    0.00

   C.   The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    0.00

   [X]   **RETAINER**

   A.   Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    See below

   B.   Debtor agrees to pay all fees and expenses exceeding the retainer. Prior to the case being filed, Stevenson & Bullock, P.L.C. received $105,094.50 from the Debtor. $55,094.50 was applied prior to the filing for attorney fees and costs (including $1,738.00 for the filing fee) leaving a retainer of $50,000.00 on hand.

3. $ **1,738.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

   A.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   B.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   C.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   D.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   E.   ~~Reaffirmations;~~

   F.   ~~Redemptions;~~

   G.   ~~Other:~~

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

6. The source of payments to the undersigned was from:

   A.   **XX**    Debtor(s)' earnings, wages, compensation for services performed

   B.   _____    Other (describe, including the identity of payor) _____

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated:   **August 9, 2023**

/s/ Elliot G. Crowder
**Attorney for the Debtor(s)**
**Elliot G. Crowder**
**Stevenson & Bullock, P.L.C.**
**26100 American Drive**
**Suite 500**
**Southfield, MI 48034**
**(248)354-7906 Ext. 2224**
**ecrowder@sbplclaw.com**
**P76137 MI**

Agreed:   /s/ Laura Marcero
**Laura Marcero, Chief Restructuring Officer**
Debtor

Debtor